

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

SAMSUNG ELECTRONICS CO.,
LTD., et al.,

      Plaintiffs,

v.                                              Civil Action No. 3:14cv757

NVIDIA CORPORATION,
et al.,

      Defendants.


**ORDER**

For the reasons set forth on the record on December 3, 2014, it is hereby ORDERED that:

(1) the plaintiffs shall file their Amended Complaint by December 19, 2014;

(2) the defendants shall file their Answers, Motions to Transfer; and any other responses to the Amended Complaint by January 12, 2015;

(3) the plaintiffs shall file their responses to the defendants' motions by January 26, 2015;

(4) the defendants shall file their replies thereto by February 2, 2015; and

(5)   DEFENDANTS [sic] MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT AND FOR EXPEDITED BRIEFING (Docket No. 21) is denied as moot.

It is so ORDERED.

_____ /s/      _____

Robert E. Payne
Senior United States District Judge


Richmond, Virginia
Date:  December  5, 2014