

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SAMSUNG ELECTRONICS CO.,
LTD., et al.,

    Plaintiffs,

v.                        Civil Action No. 3:14CV757

NVIDIA CORPORATION,
et al.,

    Defendants.

**ORDER**

For the reasons set forth on the record on January 6, 2015, DEFENDANTS [sic] MOTION FOR AN EXTENSION OF TIME TO ANSWER THE AMENDED COMPLAINT AND FOR EXPEDITED BRIEFING (Docket No. 33) is GRANTED. The defendants shall file their Answers to the Amended Complaint no later than January 26, 2015. The briefing schedule for all other motions remains unchanged from the Court's December 5, 2014 Order (Docket No. 29).

It is so ORDERED.

                                      /s/     REP
                          Robert E. Payne
                          Senior United States District Judge

Richmond, Virginia
Date: January 6, 2015