**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

|  |  |  |
|---|---|---|
| SAMSUNG ELECTRONICS CO. LTD., et. al., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:14cv757-REP |
| NVIDIA CORPORATION, et. al. | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT NVIDIA CORPORATION'S FIRST AMENDED ANSWER TO**
**AMENDED COMPLAINT**

Defendant NVIDIA Corporation ("NVIDIA" or "Defendant"), by and through its undersigned attorneys, hereby file this First Amended Answer to Plaintiffs Samsung Electronics Company, Ltd. ("SEC") and Samsung Electronics America, Inc.'s ("SEA") (collectively "Plaintiffs" or "Samsung") First Amended Complaint. Defendant states as follows:

**THE PARTIES**

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

3. Defendant admits that it is a Delaware corporation with its principal place of business at 2701 San Tomas Expressway, Santa Clara, California 95050. Defendant further admits that it imports into the United States, offers for sale, sells and/or uses in the United States certain graphics processing units and/or systems-on-a-chip, and denies any remaining allegations in this paragraph.

4.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

5.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

**SAMSUNG**

6.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

7.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

8.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

9.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

10.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

11.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

12.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

13.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

14.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

16. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

## NVIDIA

17. Defendant admits that it designs, develops, supplies, and sells graphics processing units and mobile system-on-chip products. The accuracy of the remaining allegations contained in this paragraph depends on context and the paragraph contains subjective assessments from Plaintiffs. Thus, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained in this paragraph and therefore denies them.

18. Defendant admits that it sells a device named the Shield Tablet. Defendant further admits that the Shield Tablet supports the Android operating system. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in this paragraph, and on that basis deny them.

19. Defendant admits that it sells products and services through the United States, including in Virginia, and denies any remaining allegations in this paragraph.

20. Defendant admits that it sells products nationwide, including in Virginia. Defendant further avers that the referenced document speaks for itself, and denies all other allegations in this paragraph.

21. Defendant admits that it is registered as a foreign corporation with the Commonwealth of Virginia and may be served with process through its registered agent, Corporation Service Company, 1111 East Main Street, Richmond, VA 23219.

## VELOCITY

3

22.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

23.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

24.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

25.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

26.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

27.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

28.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

29.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

30.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

31.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

## JURISDICTION AND VENUE

32.     Defendant admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code, but denies that this action has any merit or that

Plaintiffs are entitled to the relief sought.  Defendant also admits that this Court has subject matter jurisdiction, but denies the remaining allegations of this paragraph.

33.    Defendant denies the allegations in this paragraph.

34.    Defendant denies the allegations in this paragraph.

35.    Defendant denies the legal argument improperly included in this paragraph, and denies all remaining factual allegations.

36.    Defendant admits that it sells products nationwide, including in Virginia, and denies all other allegations in this paragraph.

37.    Defendant admits that it is registered as a foreign corporation with the Commonwealth of Virginia and may be served with process through its registered agent, Corporation Service Company, 1111 East Main Street, Richmond, VA 23219.

38.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

39.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

40.    Defendant denies the allegations in this paragraph.

### ACCUSED PRODUCTS

41.    Defendant admits that the Amended Complaint defines the term "Accused Products" to include "Accused GPUs" and "Accused SOCs" and all products that contain an "Accused GPU" or "Accused SOC" that have been made, sold, or offered for sale, or imported into the United States at any time since November 4, 2008.  Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents.  Defendant denies any remaining allegations.

5

42.     Defendant admits that the Amended Complaint defines the term "Accused GPUs" to include "all NVIDIA GPUs and all products that contain a NVIDIA GPU that have been made, used, sold, offered for sale, or imported into the United States since November 4, 2008, including the products identified in paragraphs 43 to 55." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

43.     Defendant admits that the Amended Complaint defines the term "938 Accused GPUs" to include "all NVIDIA GPUs and all products that contain NVIDIA GPUs that are designed to operate in conjunction with JEDEC standard SDRAM or SGRAM that includes posted CAS latency functionality or any equivalent thereof." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

44.     This allegation relies on a term found in the claims of the '938 patent. To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Because Plaintiffs have not provided an interpretation or construction for this term and "posted CAS latency functionality or any equivalent thereof," this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

45.     Defendant admits that the Amended Complaint defines the term "602 Accused GPUs" to include "all NVIDIA GPUs and all products that contain NVIDIA GPUs that are designed to support any SDRAM or SGRAM that includes an input data strobe feature supporting single-ended and differential signaling or any equivalent thereof." Defendant denies

6

that Defendant infringes any valid and enforceable claim of the asserted patents.  Defendant denies any remaining allegations.

46.     Defendant denies the allegations in this paragraph.

47.     Defendant admits that the Amended Complaint defines the term "Accused 28 nm GPUs" to include "all NVIDIA GPUs utilizing 28 nanometer fabrication processing and all products that contain such a GPU."  Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents.  Defendant denies any remaining allegations.

48.     Defendant admits that, depending on context, certain identified products could be considered to be fabricated by a 28 nanometer process.  The phrase "fabricated utilizing a 28 nanometer fabrication processing" is vague and ambiguous at least because Samsung has not explained what it means by "28 nanometer fabrication processing."  Defendant therefore is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

49.     Defendant admits that the Amended Complaint defines the term "Accused 40 nm and Other GPUs" to include "all NVIDIA GPUs utilizing 40 nanometer, 55 nanometer, 65 nanometer, 80 nanometer, or 90 nanometer fabrication processing and all products that contain such a GPU."  Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents.  Defendant denies any remaining allegations.

50.     Defendant admits that, depending on context, certain identified products could be considered to be fabricated by a 40 nanometer, 55 nanometer, 65 nanometer, 80 nanometer, or 90 nanometer process.  The phrase "fabricated utilizing 40 nanometer, 55 nanometer, 65 nanometer, 80 nanometer, or 90 nanometer fabrication processing" is vague and ambiguous at least because Samsung has not explained what it means by "40 nanometer, 55 nanometer, 65 nanometer, 80

7

nanometer, or 90 nanometer fabrication processing." Defendant therefore is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

51. Defendant admits that the Amended Complaint defines the term "'724 Accused Mobile GPUs" to include "all NVIDIA GPUs that support DisplayPort and that are used, or intended for use, in laptop computers." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

52. Defendant admits that certain identified products may contain an NVIDIA GPU that supports DisplayPort and can be used in a laptop computer, depending on the context in which these terms are used. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

53. Defendant admits that the Amended Complaint defines the term "724 Accused Mobile GPUs with Analog Output" to include "all NVIDIA GPUs that support DisplayPort and an analog output, such as DVI or VGA, and that are intended for use or used in laptop

computers." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

54. Defendant admits that certain identified products may contain an NVIDIA GPU that supports DisplayPort, DVI and/or VGA, and that is used, or intended for use, in a laptop computer, depending on the context in which these terms are used. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

55. Defendant admits that the Amended Complaint defines the term "Unified Cache GPUs" to include "all NVIDIA GPUs that include a unified L2 cache, as well as all products that contain such a GPU." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

56. Defendant admits, based on its present understanding, certain identified products may be or may contain an NVIDIA GPU with a unified L2 cache, depending on the context in which these terms are used. Defendant further admits that certain of the identified products are based on the Fermi, Kepler, or Maxwell microarchitectures. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore,

9

no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

57. Defendant admits that the Amended Complaint defines the term "Accused SOCs" to include "all NVIDIA SOCs and all products that contain a NVIDIA SOC that have been made, used, sold, offered for sale, or imported into the United States at any time since November 4, 2008." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

58. Defendant admits that the Amended Complaint defines the term "Accused 28 nm SOCs" to include "all NVIDIA SOCs utilizing 28 nanometer fabrication processing and all products that contain such an SOC." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

59. Defendant admits that, depending on context, certain identified products could be considered to be fabricated by a 28 nanometer process. The phrase "fabricated utilizing a 28 nanometer fabrication processing" is vague and ambiguous at least because Samsung has not explained what it means by "28 nanometer fabrication processing." Defendant therefore is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

60. Defendant admits that the Amended Complaint defines the term "Accused 40 nm and Other SOCs" to include "all NVIDIA SOCs utilizing 40 nanometer, 55 nanometer, 65 nanometer, 80 nanometer, or 90 nanometer fabrication processing and all products that contain such a SOC." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

61. Defendant admits that, depending on context, certain identified products could be considered to be fabricated by a 40 nanometer, 55 nanometer, 65 nanometer, 80 nanometer, or 90 nanometer process. The phrase "fabricated utilizing 40 nanometer, 55 nanometer, 65 nanometer, 80 nanometer, or 90 nanometer fabrication processing" is vague and ambiguous at least because Samsung has not explained what it means by "40 nanometer, 55 nanometer, 65 nanometer, 80 nanometer, or 90 nanometer fabrication processing." Defendant therefore is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

62. Defendant admits that the Amended Complaint defines the term "Cortex-A9 SOCs" to include "all NVIDIA SOCs based on the ARM Cortex-A9 design and all products that contain such an SOC." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

63. Defendant admits that depending on context, certain identified products may be based on the ARM Cortex-A9 design. This allegation is vague and ambiguous at least because Samsung has not explained what it means by "based on the ARM Cortex-A9 design." Defendant therefore is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

11

64. Defendant admits that the Amended Complaint defines the term "Cortex-A15 SOCs" to include "all NVIDIA SOCs based on the ARM Cortex-A15 design and all products that contain such an SOC." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

65. Defendant admits that depending on context, certain identified products may be based on the ARM Cortex-A15 design. This allegation is vague and ambiguous at least because Samsung has not explained what it means by "based on the ARM Cortex-A15 design." Defendant therefore is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

66. Defendant admits that the Amended Complaint defines the term "'158 Accused Products" to include "Accused SOCs" and "Unified Cache GPUs." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

67. Defendant admits that the Amended Complaint defines the term "938 Accused Products" to include "Accused SOCs" and "'938 Accused GPUs" and/or all systems containing any of the "Acused SOCs" or "'938 Accused GPUs". Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

68. Defendant admits that the Amended Complaint defines the term "902 Accused Products" to include "Accused Products." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

69. Defendant admits that the Amended Complaint defines the term "602 Accused Products" to include "602 Accused GPUs" and "Accused SOCs." Defendant denies that

Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

70. Defendant admits that the Amended Complaint defines the term "675 Accused Products" to include "Accused 28 nm GPUs" and "Accused 28 nm SOCs." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

71. Defendant admits that the Amended Complaint defines the term "054 Accused Products" to include "all Velocity computer products that contain a hybrid hard drive—that is, a hard drive with both a spinning platter and separate, solid-state non-volatile storage capacity—that have been made, used, sold, offered for sale, or imported into the United States at any time since November 4, 2008." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

72. Defendant admits that the Amended Complaint defines the term "854 Accused Products" to include "all Velocity computers and computer cases that include flexible contacts on the computer case." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

73. Defendant admits that the Amended Complaint defines the term "724 Accused Velocity Laptop" to include "all Velocity laptop computers with a DisplayPort port." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

74. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

75.    Defendant admits that the Amended Complaint defines the term "724 Accused Products" to include "724 Accused Velocity Laptops", "724 Accused Mobile GPUs", and all laptop computers containing "724 Accused Mobile GPUs." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

## REFERENCES

76.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

77.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

78.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

79.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

80.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

14

81. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

82. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

83. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

84. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

85. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

86. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

87. Defendant admits that the document identified in this paragraph appears to be a printout incorporating images and text from NVIDIA's website, but denies that it is a true and accurate copy of an NVIDIA webpage. To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required.

88.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

89.    Defendant admits that the document identified in this paragraph appears to be a copy of a document published by NVIDIA in or around 2010. To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

90.    Defendant admits that in the context that the identified document is normally used, it describes certain aspects and configurations of the NVIDIA GF100 GPU and appears to be accurate in that context. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

91.    Defendant admits that the GF100 GPU is based on the Fermi microarchitecture, and denies any remaining allegations in this paragraph.

92.    Defendant admits that in the context that the identified document is normally used, it appears to accurately describe certain aspects of the Fermi microarchitecture. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

93.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

16

94.    Defendant admits that the document identified in this paragraph appears to be a copy of a document published by NVIDIA in or around 2012.  To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required.  Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

95.    Defendant admits that in the context that the identified document is normally used, it describes certain aspects and configurations of the NVIDIA GK110 GPU and appears to be accurate in that context.  Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

96.    Defendant admits that the GK110 GPU is based on the Kepler microarchitecture, and denies any remaining allegations in this paragraph.

97.    Defendant admits that in the context that the identified document is normally used, it appears to accurately describe certain aspects of the Kepler microarchitecture.  Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

98.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

99.    Defendant admits that the document identified in this paragraph appears to be a copy of a document published by NVIDIA in or around 2014.  To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required.  Defendant

otherwise denies the allegations of this paragraph, including all characterizations of the document.

100. Defendant admits that in the context that the identified document is normally used, it describes certain aspects and configurations of the NVIDIA GM107 GPU and appears to be accurate in that context. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

101. Defendant admits that the GM107 GPU is based on the Maxwell microarchitecture, and denies any remaining allegations in this paragraph.

102. Defendant admits that in the context that the identified document is normally used, it appears to accurately describe certain aspects of the Maxwell microarchitecture. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

103. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

104. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

105. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

106. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

18

107.   The accuracy of the allegations contained in this paragraph depends on context and the paragraph contains subjective assessments from Plaintiffs.   Thus, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph and therefore denies them.

108.   This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

109.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

110.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

111.   This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

112.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

113.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

114.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

115.    The accuracy of the allegations contained in this paragraph depends on context and the paragraph contains subjective assessments from Plaintiffs.  Thus, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph and therefore denies them.

116.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

117.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

118.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

119.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

120.    The accuracy of the allegations contained in this paragraph depends on context and the paragraph contains subjective assessments from Plaintiffs.  Thus, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph and therefore denies them.

121.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

20

122.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

123.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

124.     Defendant denies the allegations in this paragraph.

125.     Defendant admits that the GK107 GPU is based on the Kepler microarchitecture, and denies any remaining allegations in this paragraph.

126.     This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

127.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

128.     This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

129.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

130.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

131.     This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so

numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

132. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

133. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

134. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

135. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

136. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

137. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

138.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

139.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

140.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

141.    The document identified in this paragraph appears to be an illegible printout from NVIDIA's website.  Defendant denies the allegations in this paragraph.

142.    The document identified in this paragraph appears to be an illegible printout from NVIDIA's website.  Defendant denies the allegations in this paragraph.

143.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

144.    Defendant admits that the document identified in this paragraph appears to be a copy of a document published by NVIDIA one or around January 7, 2010.  To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required.

145.    Defendant admits that in the context that the identified document is normally used, it describes certain aspects of certain SOCs in the Tegra 2 family and appears to be

23

accurate in that context.  Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

146.   This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

147.   Defendant admits that the document identified in this paragraph appears to be a copy of text from a document published by NVIDIA one or around March 22, 2012.  To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required.

148.   Defendant admits that in the context that the identified document is normally used, it describes certain aspects of the NVIDIA Kepler architecture and appears to be accurate in that context.  Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

149.   This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

150.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

151.   This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so

numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

152. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

153. Defendant admits that Plaintiffs produced a document so numbered, but denies the remainder of the allegations.

154. Defendant denies the allegations in this paragraph.

155. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

156. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

157. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

158. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

159. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

160.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

161.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

162.    The identified document appears to be a partial printout of a webpage.  Defendant denies the allegations in this paragraph.

163.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

164.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

165.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

166.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

167.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

168.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

169.   This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

170.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

171.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

172.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

173.   This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

174.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

175.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

176.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

177.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

178.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

179.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

180.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

181.    Defendant admits that the document identified in this paragraph appears to be an accurate printout from NVIDIA's website.  To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required.  Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

182.    Defendant admits that in the context that the identified document is normally used, it describes certain aspects of NVIDIA GeForce GTS 250M Specifications and appears to be accurate in that context.  Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

183.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so

numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

184. Defendant admits that the document identified in this paragraph appears to be an accurate printout from NVIDIA's website. To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

185. Defendant admits that in the context that the identified document is normally used, it describes certain aspects of the NVIDIA GeForce GTX 770M and appears to be accurate in that context. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

186. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

187. Defendant admits that the document identified in this paragraph appears to be an accurate copy of a document available from NVIDIA's website. To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

188. Defendant admits that in the context that the identified document is normally used, it is a Device Control Block 4.0 Specification that describes certain features of some of the products included in the Amended Complaint's definition of "724 Accused Mobile GPUs" and

appears to be accurate in that context. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

189. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

190. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

191. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

192. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

193. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

194. Defendant admits that the document identified in this paragraph appears to be a document containing text from a webpage published by NVIDIA at http://www.geforce.com/hardware/desktop-gpus/geforce-g100/specifications. To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

195. Defendant admits that in the context that the identified document is normally used, it describes certain aspects and configurations of the NVIDIA GeForce G100 GPU in a particular context and appears to be accurate in that context. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

196. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

197. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

198. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

199. Defendant admits that the document identified in this paragraph appears to be a document published by NVIDIA around 2011. To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

200. Defendant admits that in the context that the identified document is normally used, it describes certain aspects of certain SOCs in the Tegra 2 family and appears to be accurate in that context. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

201. Defendant admits that authorized accountholders may access a version of the identified document, but otherwise denies the allegations in this paragraph.

202. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

203. Defendant admits that the document identified in this paragraph appears to be a version of a document published by NVIDIA around 2011. To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

204. Defendant admits that in the context that the identified document is normally used, it describes certain aspects of certain SOCs in the Tegra 3 family and appears to be accurate in that context. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

205. Defendant admits that authorized accountholders may access a version of the identified document, but otherwise denies the allegations in this paragraph.

206. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

207. Defendant admits that the document identified in this paragraph appears to be a document published by NVIDIA in or around 2013. To the extent this paragraph contains

conclusions of law and not averments of facts, no answer is required.  Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

208.    Defendant admits that in the context that the identified document is normally used, it describes certain aspects of certain SOCs in the Tegra 4 family and appears to be accurate in that context.  Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

209.    Defendant admits that authorized accountholders may access a version of the identified document, but otherwise denies the allegations in this paragraph.

210.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

211.    Defendant admits that the document identified in this paragraph appears to be a document published by NVIDIA in or around 2014.  To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required.  Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

212.    Defendant admits that in the context that the identified document is normally used, it describes certain aspects of certain SOCs in the Tegra K1 family and appears to be accurate in that context.  Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

213.    Defendant admits that authorized accountholders may access a version of the identified document, but otherwise denies the allegations in this paragraph.

214.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

215.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

216.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

217.    The accuracy of the allegations contained in this paragraph depends on context and the paragraph contains subjective assessments from Plaintiffs.  Thus, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph and therefore denies them.

218.    The accuracy of the allegations contained in this paragraph depends on context and the paragraph contains subjective assessments from Plaintiffs.  Thus, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph and therefore denies them.

219.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

220.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

221.    Defendant denies the allegations in this paragraph.

222. The allegation is vague and ambiguous at least because Plaintiff has not explained what it means by "references the JEDEC Standard No. 79-2F in the design of its products," and Defendant therefore is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

223. The allegation is vague and ambiguous at least because Plaintiff has not explained what it means by "relies, or relied, on the JEDEC Standard No. 79-2F in the design of its products," and Defendant therefore is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

224. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

225. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

226. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

227. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

228. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

229.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

230.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

231.    Defendant admits that the document identified in this paragraph appears to be a document published by NVIDIA in or around March 13, 2014.  To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required.  Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

232.    Defendant admits that in the context that the identified document is normally used, it describes certain aspects of NVIDIA's business and appears to be accurate in that context.    Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

233.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

234.    Defendant admits that the document identified in this paragraph appears to be a document published by NVIDIA and available on its website.  To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required.  Defendant

36

otherwise denies the allegations of this paragraph, including all characterizations of the document.

235.   Defendant admits that in the context that the identified document is normally used, it describes aspects of NVIDIA's PartnerForce program and appears to be accurate in that context.  The statement that it "is intended to be read and relied upon by NVIDIA's partners" is vague and ambiguous at least because Samsung has not explained what it means by "relied upon" and has not identified the scope of "NVIDIA's partners."  Defendant therefore is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them. To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required.  Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

236.   This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

237.   Defendant admits that the document identified in this paragraph appears to be a document published by NVIDIA and available on its website.  To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required.  Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

238.   Defendant admits that in the context that the identified document is normally used, it describes aspects of NVIDIA's PartnerForce program and appears to be accurate in that context.  The statement that it "is intended to be read and relied upon by NVIDIA's partners" is

37

vague and ambiguous at least because Samsung has not explained what it means by "relied upon" and has not identified the scope of "NVIDIA's partners." Defendant therefore is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them. To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

239.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

240.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

241.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

242.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

243.    Defendant admits that the document identified in this paragraph appears to be a document published by NVIDIA and available on its website. To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

244. Defendant admits that in the context that the identified document is normally used, it describes certain aspects of NVIDIA's business and appears to be accurate in that context. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

245. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

246. Defendant admits that the document identified in this paragraph appears to be a document published by NVIDIA and available on its website. To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

247. Defendant admits that the document states "How to setup multiple monitors" and "Make sure both monitors are connected to the NVIDIA based graphics card." Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

## CLAIMS FOR RELIEF

248. Defendant admits that no discovery has been produced in this matter, and otherwise denies the remaining allegations of this paragraph, including that Plaintiff's claims have evidentiary support.

249. Defendant admits that the court has not construed the meaning of any claims or terms in the Asserted Patents, and otherwise denies the allegations of this paragraph.

39

250.     Defendant expressly denies that they infringe one or more claims of the Asserted Patents, and otherwise denies the allegations of this paragraph.

**FIRST CLAIM FOR RELIEF INFRINGEMENT OF**
**U.S. PATENT NO. 5,860,158 (AGAINST NVIDIA AND VELOCITY)**

251.     Defendant restates and incorporates by reference its responses to the allegations of Paragraphs 1-250 of the Amended Complaint as if fully set forth herein.

252.     Defendant admits that Exhibit A to the First Amended Complaint purports to state that the application for the U.S. Patent No. 5,860,158 was filed on November 15, 1996, purports to state that the patent was issued on January 12, 1999, and purports to state that it is entitled "Cache Control Unit with a Cache Request Transaction-Oriented Protocol."  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.  The remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the remaining allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

253.     Defendant admits that what appears to be a copy of U.S. Patent No. 5,860,158 is attached as Exhibit A to the First Amended Complaint.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

254.     Defendant denies the allegations in this paragraph.

255.     Defendant admits that at least some of the identified SoCs incorporate ARM components.  The remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

256.    Defendant admits that the Amended Complaint defines the term "Cortex-A9 SOCs" to include SoCs "based on the ARM Cortex-A9 design."  The remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

257.    Defendant admits that the Amended Complaint defines the term "Cortex-A15 SOCs" to include SoCs "based on the ARM Cortex-A15 design."  The remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

258.    Defendant admits that at least some of the identified SoCs may include ARM PL310 components.  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

259.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

260. The phrase "function in substantially the same manner" is vague and ambiguous at least because Plaintiffs have not explained what they mean by "substantially the same manner." This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

261. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

42

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

262.    Defendant admits that the Amended Complaint defines the term "Cortex-A15 SOCs" to include SoCs "based on the ARM Cortex-A15 design." This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

263.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

264.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

265.    Defendant denies the allegations in this paragraph.

266.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

267.    Defendant admits that at least some of the identified SoCs incorporate ARM components.  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

44

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

268.　This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

269.　This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

270.    Defendant denies the allegations in this paragraph.

271.    Defendant denies the allegations in this paragraph.

272.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

273.    Defendant admits that the identified Whitepaper uses the phrase "768 KB unified L2 cache."  To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.   To the extent Plaintiffs are defining the term in a different way, Plaintiffs have provided no definition for such term.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

274.    Defendant admits that the identified Whitepaper uses the phrase "dynamically load balances between different requests, allowing full utilization of the cache."  To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims,

Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.   To the extent Plaintiffs are defining the term in a different way, Plaintiffs have provided no definition for such term.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

275.   Defendant admits that the identified Whitepaper depicts the identified block diagram.  To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.   To the extent Plaintiffs are defining the term in a different way, Plaintiffs have provided no definition for such term. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

276.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

277.   The phrase "substantially similar" is vague and ambiguous at least because Plaintiffs have not explained what they mean by this term.  Defendant admits that the identified

47

Whitepaper states that "Kepler's memory hierarchy is organized similarly to Fermi." To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. To the extent Plaintiffs are defining the term in a different way, Plaintiffs have provided no definition for such term. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

278. Defendant admits that the identified Whitepaper depicts the identified block diagram. To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. To the extent Plaintiffs are defining the term in a different way, Plaintiffs have provided no definition for such term. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

279. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

48

280.   The phrase "substantially similar" is vague and ambiguous at least because Plaintiffs have not explained what they mean by this term.  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

281.   Defendant admits that the identified Whitepaper depicts the identified block diagram.  To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.   To the extent Plaintiffs are defining the term in a different way, Plaintiffs have provided no definition for such term. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

282.   Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

283.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

284. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

285. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

286. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

287. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

288.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

289.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

290. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

291. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

292. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

293. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

294. Defendant admits that the identified Whitepaper uses the phrase "768 KB unified L2 cache." This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not

provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

295. Defendant admits that the identified Whitepaper depicts the identified block diagram. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

296. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

297. Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

298. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

299. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

300. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

301. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

302.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

303.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

304.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

305.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

306.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

307.    Defendant admits that the identified Whitepaper states that the "GF100 has a 768 KB unified L2 cache that services all load, store, and texture requests." This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

308.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

309.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

310.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

61

311.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

312.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

313.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

314. Defendant admits that the identified document describes a "Read ID tag" or "RID." Defendant further admits that the identified document states that the RID "signal is the identification tag for the read data group of signals generated by the slave." This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

315. Defendant admits that the identified document describes a "Response ID tag" or "BID." Defendant further admits that the identified document states that the BID "signal is the ID tag of the write response." This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

316. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

317. Defendant admits that the Amended Complaint defines the term "Cortex-A9 SOCs" to include SoCs "based on the ARM Cortex-A9 design." This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

64

318.    Defendant admits that the Amended Complaint defines the term "Cortex-A15 SOCs" to include SoCs "based on the ARM Cortex-A15 design."  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

319.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

320.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

65

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

321. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

322. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

66

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

323. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

324. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

325. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

326. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

327. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

328. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

329. Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

330. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

331. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

332. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not

provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

333. Defendant admits that the identified manual includes the depicted diagram. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

334. Defendant admits that the identified manual includes the depicted diagram. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective

assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

335.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

336.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

72

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

337. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

338. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

339. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

340. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

341. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not

74

provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

342.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

343.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

344. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

345. Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

346. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

347.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

348.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

349.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

350.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

351.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

352. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

353. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

354. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

355. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

356.     This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

357.     This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

358.     This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to

81

interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

359.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

360.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

361.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to

82

interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

362. Defendant admits that the identified document describes a "Read ID tag" or "RID." Defendant further admits that the identified document states that the RID "signal is the identification tag for the read data group of signals generated by the slave." This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

363. Defendant admits that the identified document describes a "Response ID tag" or "BID." Defendant further admits that the identified document states that the BID "signal is the ID tag of the write response." This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the

extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

364. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

365. Defendant admits that the Amended Complaint defines the term "Cortex-A9 SOCs" to include SoCs "based on the ARM Cortex-A9 design." This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.

84

Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

366.   Defendant admits that the Amended Complaint defines the term "Cortex-A15 SOCs" to include SoCs "based on the ARM Cortex-A15 design." This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

367.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

85

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

368. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

369. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

370.     This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

371.     This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

372.     This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

373. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

374. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

375. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

376. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

377.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

378.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

379.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

380. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

381. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

382. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

383. Defendant admits that the identified manual includes the depicted diagram. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

384. Defendant admits that the identified manual includes the depicted diagram. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the

meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

385. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

386. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

387. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

388. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

389.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

390.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

391.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

95

the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

392.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

393.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

96

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

394. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

395. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

396. Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

397. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

398. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

399.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

400.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

401.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

402. Defendant admits that the identified manual includes the depicted diagram. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

403. Defendant admits that the identified manual includes the depicted diagram. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the

meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

404. Defendant admits that the identified manual includes the depicted diagram. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

405. Defendant admits that the identified manual includes the depicted diagram. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an

101

interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

406. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

407. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

102

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

408. Defendant admits that the Amended Complaint defines the term "Cortex-A9 SOCs" to include SoCs "based on the ARM Cortex-A9 design." This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

409. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

410.    Defendant admits that the Amended Complaint defines the term "Cortex-A15 SOCs" to include SoCs "based on the ARM Cortex-A15 design." This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

411.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

412.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

104

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

413. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

414. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

415. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

416. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

106

417. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

418. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

419. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

420.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

421.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

108

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

422. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

423. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

424. Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

425. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

426. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

427.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

428.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

429.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

430.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

431.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

432.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

433.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

434.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

435.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

436.    Defendant admits that the identified Whitepaper uses the phrase "768 KB unified L2 cache."  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is

114

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

437. Defendant admits that the identified Whitepaper includes the depicted diagram. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

438. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to

interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

439.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

440.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

441.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to

116

interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

442.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

443.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

444. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

445. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

446.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

447.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

448.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

449. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

450. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

451.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

452.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

121

453.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

454.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

455.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

456.    Defendant admits that the identified document describes a "Read ID tag" or "RID."   Defendant further admits that the identified document states that the RID "signal is the identification tag for the read data group of signals generated by the slave."   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.   To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.   Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.   Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.   Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

457.    Defendant admits that the identified document describes a "Response ID tag" or "BID."   Defendant further admits that the identified document states that the BID "signal is the ID tag of the write response."   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.   To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.   Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.   Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

123

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

458. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

459. Defendant admits that the Amended Complaint defines the term "Cortex-A9 SOCs" to include SoCs "based on the ARM Cortex-A9 design." This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

460. Defendant admits that the Amended Complaint defines the term "Cortex-A15 SOCs" to include SoCs "based on the ARM Cortex-A15 design." This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

461. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

462. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

463. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

464. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

465. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

466. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

467. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

468. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

469. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

470.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

471.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

472.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

129

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

473. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

474. Defendant admits that the identified manual includes the depicted diagram. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an

130

interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

475. Defendant admits that the identified manual includes the depicted diagram. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

476. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

477. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

478. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

479. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

480. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

481. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

133

the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

482.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

483.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

484.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

485.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

486.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

487.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

488.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

489.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

490.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

491.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

137

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

492. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

493. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

138

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

494.    Defendant admits that, depending on context, at least some identified SoCs may be considered to include multiple CPU cores.  To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '602 patent.   To the extent Plaintiffs are defining the term in a different way, Plaintiffs have provided no definition for such term Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

495.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

496.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

139

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

497. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

498. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

140

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

499.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

500.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

501. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

502. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

503. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

142

the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

504.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

505.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

506.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

143

the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

507.    Defendant admits that the identified document describes a "Read ID tag" or "RID."   Defendant further admits that the identified document states that the RID "signal is the identification tag for the read data group of signals generated by the slave."  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

508.    Defendant admits that the identified document describes a "Response ID tag" or "BID."   Defendant further admits that the identified document states that the BID "signal is the ID tag of the write response."  This allegation relies on terms found in the claims of the '158

patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

509.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

510.    Defendant admits that the Amended Complaint defines the term "Cortex-A9 SOCs" to include SoCs "based on the ARM Cortex-A9 design."  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations

145

regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

511. Defendant admits that the Amended Complaint defines the term "Cortex-A15 SOCs" to include SoCs "based on the ARM Cortex-A15 design." This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

512. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not

146

provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

513. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

514. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

515.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

516.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

517.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

148

the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

518.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

519.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

149

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

520.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

521.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

522.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

523.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

524.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

525.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

526.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

527.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

152

the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

528.    Defendant admits that the identified manual includes the depicted diagram.  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

529.    Defendant admits that the identified manual includes the depicted diagram.  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the

meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

530.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

531.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

532. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

533. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

534.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

535.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

536.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to

interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

537. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

538. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

539. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

540. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

541. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

542.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

543.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

544.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

545. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

546. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not

160

provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

547.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

548.    Defendant admits that the identified manual includes the depicted diagram. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant

lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

549. Defendant admits that the identified manual includes the depicted diagram. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

550. Defendant admits that the identified manual includes the depicted diagram. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and

162

therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

551.   Defendant admits that the identified manual includes the depicted diagram.  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

552.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

553.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

554.   Defendant admits that the Amended Complaint defines the term "Cortex-A9 SOCs" to include SoCs "based on the ARM Cortex-A9 design."  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

555.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is

164

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

556.    Defendant admits that the Amended Complaint defines the term "Cortex-A15 SOCs" to include SoCs "based on the ARM Cortex-A15 design."  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

557.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to

165

interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

558.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

559.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

166

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

560.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

561.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

562.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

563.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

564.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

565. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

566. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

169

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

567. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

568. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

569.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

570.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

571.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

572.     This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

573.     This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

574.     Defendant admits that the identified manual includes the depicted diagram.  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this

172

paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

575.    Defendant admits that the identified manual includes the depicted diagram.  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

576.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to

173

interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

577. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

578. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

174

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

579. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

580. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

581. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

582. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

583. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not

provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

584.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

585.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

586.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

587.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

588.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is

178

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

589. Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

590. Defendant denies the allegations in this paragraph.

591. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

592.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

593.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

594.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

595.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

596.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

597.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

181

the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

598.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

599.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

600.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

601.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

602.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

603.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

604.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

184

the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

605.    Defendant admits that the identified Whitepaper uses the phrase "768 KB unified L2 cache."  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

606.    Defendant admits that the identified Whitepaper includes the depicted diagram. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the

185

meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

607.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

608.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

609.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to

interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

610. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

611. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

612. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

613. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

614.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

615.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

616.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to

interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

617. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

618. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

190

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

619.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

620.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

621.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

191

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

622.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

623.    Defendant admits that the identified document describes a "Response ID tag" or "BID."   Defendant further admits that the identified document states that the BID "signal is the ID tag of the write response."  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

192

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

624.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

625.    Defendant admits that the Amended Complaint defines the term "Cortex-A9 SOCs" to include SoCs "based on the ARM Cortex-A9 design."  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

193

626.    Defendant admits that the Amended Complaint defines the term "Cortex-A15 SOCs" to include SoCs "based on the ARM Cortex-A15 design." This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

627.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

628.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

194

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

629. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

630. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

631. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

632. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

633.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

634.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

635.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

636.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

637.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

638.    Defendant admits that the identified document describes a "Response ID tag" or "BID."   Defendant further admits that the identified document states that the BID "signal is the ID tag of the write response."  This allegation relies on terms found in the claims of the '158

patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

639. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

640. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to

interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

641.    Defendant admits that the Amended Complaint defines the term "Cortex-A9 SOCs" to include SoCs "based on the ARM Cortex-A9 design."  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

642.    Defendant admits that the Amended Complaint defines the term "Cortex-A15 SOCs" to include SoCs "based on the ARM Cortex-A15 design."  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the

200

'158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

643.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

644.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

645.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

646.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

647.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

648.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

649.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

650.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

651.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

204

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

652. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

653. Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

654. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

655. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

656. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

657.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

658.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

659.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

660.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

661.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

662.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

663.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

664.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

665.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

666.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

667. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

668. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

669. Defendant admits that the identified document describes a "Response ID tag" or "BID." Defendant further admits that the identified document states that the BID "signal is the ID tag of the write response." This allegation relies on terms found in the claims of the '158

211

patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

670. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

671. Defendant admits that the Amended Complaint defines the term "Cortex-A9 SOCs" to include SoCs "based on the ARM Cortex-A9 design." This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations

regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

672.    Defendant admits that the Amended Complaint defines the term "Cortex-A15 SOCs" to include SoCs "based on the ARM Cortex-A15 design."  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

673.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not

213

provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

674.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

675.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

676.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

677.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

678. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

679. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

680. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to

216

interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

681.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

682.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

683.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not

provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

684.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

685.    Defendant admits that the identified document describes a "Response ID tag" or "BID." Defendant further admits that the identified document states that the BID "signal is the ID tag of the write response." This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

218

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

686.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

687.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

688.    Defendant admits that the Amended Complaint defines the term "Cortex-A9 SOCs" to include SoCs "based on the ARM Cortex-A9 design."  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

689.    Defendant admits that the Amended Complaint defines the term "Cortex-A15 SOCs" to include SoCs "based on the ARM Cortex-A15 design."  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a

belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

690.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

691.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

692.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is

221

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

693.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

694.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not

provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

695. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

696. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

697.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

698.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

224

699.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

700.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

701.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

702. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

703. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

704. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

226

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

705. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

706. Defendant admits that the Amended Complaint defines the term "Cortex-A9 SOCs" to include SoCs "based on the ARM Cortex-A9 design." This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the

227

'158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

707.    Defendant admits that the Amended Complaint defines the term "Cortex-A15 SOCs" to include SoCs "based on the ARM Cortex-A15 design."  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

708.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

228

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

709. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

710. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

711.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

712.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

713.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

714.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

715.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

716.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

717.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

718.    Defendant admits that the Amended Complaint defines the term "Cortex-A9 SOCs" to include SoCs "based on the ARM Cortex-A9 design."  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the

'158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

719. Defendant admits that the Amended Complaint defines the term "Cortex-A15 SOCs" to include SoCs "based on the ARM Cortex-A15 design." This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

720. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

233

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

721.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

722.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

723.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

724.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

725.    Defendant denies the allegations in this paragraph.

726.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

727. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

728. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

729.     This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

730.     This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

731.     This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

732.    Defendant denies the allegations in this paragraph.

733.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

734.    Defendant denies the allegations in this paragraph.

735.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

736.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

737.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

738.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

739.    Defendant admits that the identified document describes a "write address ID" or "AWID."  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

740.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

741.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

742.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

743.    Defendant admits that the Amended Complaint defines the term "Cortex-A15 SOCs" to include SoCs "based on the ARM Cortex-A15 design." This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.

241

Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

744. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

745. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

242

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

746.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

747.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

748.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

749.    This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

750.    Defendant admits that the identified document describes a "write address ID" or "AWID."  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

751. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

752. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

753. This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

754.  Defendant admits that the Amended Complaint defines the term "Cortex-A15 SOCs" to include SoCs "based on the ARM Cortex-A15 design."  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

755.  This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not

246

provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

756.   This allegation relies on terms found in the claims of the '158 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '158 patent.

757.   Defendant denies the allegations in this paragraph.

758.   Defendant admits that it has used some of the identified products to some extent, but denies that Defendant infringes any valid and enforceable claim of the '158 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

759.   Defendant admits that it has used some of its own products for demonstration, testing, and development purposes, but denies that Defendant infringes any valid and enforceable claim of the '158 patent.  Except as expressly admitted, Defendant is without knowledge or

information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

760. Defendant admits that it has used some of the identified products to some extent, but denies that Defendant infringes any valid and enforceable claim of the '158 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

761. Defendant admits that it has used some of the identified products to some extent, but denies that Defendant infringes any valid and enforceable claim of the '158 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

762. Defendant admits that it has used some of the identified products to some extent, but denies that Defendant infringes any valid and enforceable claim of the '158 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

763. Defendant admits that it has used some third party graphics cards including identified products to some extent, but denies that Defendant infringes any valid and enforceable claim of the '158 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

764. Defendant denies the allegations in this paragraph.

765. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

766. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

767. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

768. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

769. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

770. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

771. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

772. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

773. Defendant admits that it participated in discussions with Samsung prior to the filing date of the Complaint. Defendant disagrees with Samsung's characterization of those discussions between Samsung and Defendant and therefore denies the remaining allegations of this paragraph relating thereto.

774. Defendant admits that it participated in discussions with Samsung prior to the filing date of the Complaint. Defendant disagrees with Samsung's characterization of those discussions between Samsung and Defendant and therefore denies the remaining allegations of this paragraph relating thereto.

775.    Defendant admits that it participated in discussions with Samsung prior to the filing date of the Complaint.  Defendant admits that Samsung identified the '158 patent to Defendant, but denies that Defendant was put on notice during the discussions pursuant to 35 U.S.C. § 287.    Except as expressly admitted, Defendant disagrees with Samsung's characterization of those discussions between Samsung and Defendant and therefore denies the remaining allegations of this paragraph relating thereto.

776.    Defendant admits that it participated in discussions with Samsung prior to the filing date of the Complaint.  Defendant admits that Samsung identified the '158 patent to Defendant, but denies that Defendant was put on notice during the discussions pursuant to 35 U.S.C. § 287.    Except as expressly admitted, Defendant disagrees with Samsung's characterization of those discussions between Samsung and Defendant and therefore denies the remaining allegations of this paragraph relating thereto.

777.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

778.    Defendant denies the allegations in this paragraph.

779.    Defendant denies the allegations in this paragraph.

780.    Defendant denies the allegations in this paragraph.

781.    Defendant admits that it has provided some of the identified products to others but denies that it infringes any valid and enforceable claim of the '158 patent.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in this paragraph, and on that basis denies them.

782.    The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

783.   Defendant admits that it has provided technical documentation to others, but denies that Defendant infringes any valid and enforceable claim of the '158 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

784.   Defendant denies the allegations in this paragraph.

785.   Defendant denies the allegations in this paragraph.

786.   Defendant admits that it sells some of the identified products to customers and end users but denies that Defendant infringes any valid and enforceable claim of the '158 patent. Except as expressly admitted, the remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

787.   Defendant admits that it has sold the NVIDIA Shield Tablet and NVIDIA Shield Portable from http://store.nvidia.com, but denies that Defendant infringes any valid and enforceable claim of the '158 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

788.   Defendant denies the allegations in this paragraph.

789.   Defendant admits that it has provided some of the identified products and technical specifications for some these products to others, but denies that Defendant infringes any valid and enforceable claim of the '158 patent. Except as expressly admitted, Defendant is

without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them

790.    Defendant denies the allegations in this paragraph.

791.    Defendant denies the allegations in this paragraph.

792.    Defendant denies the allegations in this paragraph.

793.    Defendant admits that the identified NVIDIA PartnerForce Info document is a copy of a webpage on NVIDIA's publicly accessible website that states "NVIDIA Authorized Board Partner Program ensures an exceptional customer experience when purchasing graphics cards and motherboards manufactured by partners that make use of NVIDIA's latest technologies," but denies that Defendant infringes any valid and enforceable claim of the '158 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

794.    Defendant admits that the identified NVIDIA PartnerForce Info document is a copy of a webpage on NVIDIA's publicly accessible website that states "NVIDIA Authorized Board Partners offer the latest technologies from NVIDIA" and identifies six Authorized Board Partners under "USA" and six under "Canada."  Defendant denies that the NVIDIA PartnerForce Info document lists ten distributors in the United States (including "pre and post sales technical support") and seven in Canada.  Defendant denies that it infringes any valid and enforceable claim of the '158 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

795. Defendant admits that the identified NVIDIA PartnerForce Info document is a copy of a webpage on NVIDIA's publicly accessible website that includes the quoted statement, but denies that Defendant infringes any valid and enforceable claim of the '158 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

796. Defendant admits that the identified NVIDIA PartnerForce Info document is a copy of a webpage on NVIDIA's publicly accessible website that includes the quoted statement, but denies that Defendant infringes any valid and enforceable claim of the '158 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

797. Defendant admits that the NVIDIA PartnerForce Program document is a copy of a webpage on NVIDIA's publicly accessible website that states "The NVIDIA PartnerForce Program is a sales and marketing program for value-added resellers, system builders, etailers and retailers" and lists marketing materials and templates, including retail display items, web banners, copy blocks, logos, product shots, email and web page templates under "Sales and Marketing Tools." Defendant denies that it infringes any valid and enforceable claim of the '158 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

798. Defendant denies the allegations in this paragraph.

799. Defendant denies the allegations in this paragraph.

800. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

801.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

802.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

803.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

804.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

805.    Defendant denies the allegations in this paragraph.

806.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

807.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

808.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

809.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

810.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

811.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

812.    Defendant denies the allegations in this paragraph.

813.    Defendant denies the allegations in this paragraph.

814.    Defendant denies the allegations in this paragraph.

815.    Defendant denies the allegations in this paragraph.

816.    Defendant denies the allegations in this paragraph.

817.    Defendant denies the allegations in this paragraph.

818.    Defendant denies the allegations in this paragraph.

819.    Defendant denies the allegations in this paragraph.

820.    Defendant denies the allegations in this paragraph.

821.    Defendant denies the allegations in this paragraph.

822.    Defendant denies the allegations in this paragraph.

## SECOND CLAIM FOR RELIEF INFRINGEMENT OF U.S. PATENT NO. 6,262,938 (AGAINST NVIDIA AND VELOCITY)

823.    Defendant restates and incorporates by reference its responses to the allegations of paragraphs 1-822 of the First Amended Complaint as if fully set forth herein.

824.    Defendant admits that Exhibit B to the First Amended Complaint purports to state that the application for the U.S. Patent No. 6,22,938 was filed on March 3, 2000, purports to state that the patent was issued on July 17, 2001, and purports to state that it is entitled "SYNCHRONOUS DRAM HAVING POSTED CAS LATENCY AND METHOD FOR CONTROLLING CAS LATENCY." Defendant affirmatively states that it does not infringe any valid and enforceable claim of the '938 patent. The remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the remaining allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

825.    Defendant admits that what appears to be a copy of U.S. Patent No. 6,262,938 is attached as Exhibit B to the First Amended Complaint. Except as expressly admitted, Defendant

255

is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

826. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

827. Defendant admits that in the context of the cited figure, the GeForce G100 is identified as having a memory interface GDDR2 as the term "GDDR2" is used in the context of the referenced document. To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '938 patent. To the extent Plaintiffs are defining the term in a different way, Plaintiffs have provided no definition for such term. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

828. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Furthermore, Plaintiffs have not specified to which document "JEDEC Standard No. 21-C" refers. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

829. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

830. Defendant denies the allegations in this paragraph.

831.   Defendant admits that the Amended Complaint defines the term "'938 Accused GPUs" to mean "all NVIDIA GPUs and all products that contain NVIDIA GPUs that are designed to operate in conjunction with JEDEC standard SDRAM or SGRAM that includes posted CAS latency functionality or any equivalent thereof." The remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

832.   Defendant admits that the Tegra 2 TRM states on page 492 that "Tegra 2 design supports multiple JEDEC standard protocols: LPDDR, LPDDR2, and DDR2." To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '938 patent. To the extent Plaintiffs are defining the terms in a different way, Plaintiffs have provided no definition for such terms. Furthermore, Plaintiffs' allegations are vague and ambiguous at least because Plaintiffs have not explained what it means to be "designed for use in conjunction with." Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

833.   Defendant admits that the Tegra 3 TRM states on page 437 that "Major features include … DDR3 and low voltage DDR3 support; as well as faster LP-DDR2 operation." To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '938 patent. To the extent Plaintiffs are defining the terms in a different way, Plaintiffs have provided no definition for such terms. Furthermore, Plaintiffs' allegations are vague and ambiguous at least because Plaintiffs have not explained

what it means to be "designed for use in conjunction with."  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

834.   Defendant admits that the Tegra K1 TRM states on page 643 that "[t]he external memory controller (EMC) communicates with external DDR3L and LPDDR3 devices."  To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '938 patent.  To the extent Plaintiffs are defining the terms in a different way, Plaintiffs have provided no definition for such terms.  Furthermore, Plaintiffs' allegations are vague and ambiguous at least because Plaintiffs have not explained what it means to be "designed for use in conjunction with."  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

835.   Defendant admits that the Tegra 4 TRM states on page 1115 that "[t]he Tegra 4 memory controller (MC) handles memory requests from internal clients and arbitrates among them to allocate memory bandwidth for DDR3, LPDDR2, and LPDDR3 SDRAMs." To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '938 patent.  To the extent Plaintiffs are defining the terms in a different way, Plaintiffs have provided no definition for such terms.  Furthermore, Plaintiffs' allegations are vague and ambiguous at least because Plaintiffs have not explained what it means to be "designed for use in conjunction with."  Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

836.    This allegation relies on the terms found in the claims of the '938 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '938 patent.  Because Plaintiffs have not provided an interpretation or construction for these terms, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '938 patent.

837.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

838.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

839.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

840.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

841.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

259

842.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

843.    Defendant denies the allegations in this paragraph.

844.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

845.    Defendant denies the allegations in this paragraph.

846.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

847.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

848.    Defendant denies the allegations in this paragraph.

849.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

850.    Defendant denies the allegations in this paragraph.

851.    This allegation relies on a term found in the claims of the '938 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '938 patent.  The Plaintiffs' allegations in this paragraph are vague and ambiguous at least because Plaintiffs have not explained what they mean by "Tegra 3 connects to."  Because Plaintiffs have not provided an interpretation or

construction for these terms, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant further restates and incorporates by reference its responses to the allegations of paragraph 833 of the First Amended Complaint as if fully set forth herein. Defendant states that it does not infringe any valid and enforceable claim of the '938 patent.

852.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

853.    This allegation relies on a term found in the claims of the '938 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '938 patent. The Plaintiffs' allegations are vague and ambiguous at least because Plaintiffs have not explained what they mean by "Tegra 2 interfaces." Because Plaintiffs have not provided an interpretation or construction for these terms, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant further restates and incorporates by reference its responses to the allegations of paragraph 832 of the First Amended Complaint as if fully set forth herein. Defendant states that it does not infringe any valid and enforceable claim of the '938 patent.

854.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

855.    The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

856.    Defendant denies the allegations in this paragraph.

857.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

858.    Defendant denies the allegations in this paragraph.

859.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

860.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

861.    Defendant denies the allegations in this paragraph.

862.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

863.    Defendant denies the allegations in this paragraph.

864.    The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

865.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 864 of the First Amended Complaint as if fully set forth herein.

866.    Defendant denies the allegations in this paragraph.

867.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

868.    Defendant denies the allegations in this paragraph.

869.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 864 of the First Amended Complaint as if fully set forth herein.

870.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 864 of the First Amended Complaint as if fully set forth herein.

871.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 864 of the First Amended Complaint as if fully set forth herein.

872.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 864 of the First Amended Complaint as if fully set forth herein.

873.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 864 of the First Amended Complaint as if fully set forth herein.

874.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 864 of the First Amended Complaint as if fully set forth herein.

875.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 864 of the First Amended Complaint as if fully set forth herein.

876.    Defendant denies the allegations in this paragraph.

877.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

878.    Defendant denies the allegations in this paragraph.

879.    Defendant denies the allegations in this paragraph.

880.    Defendant denies the allegations in this paragraph.

881.    Defendant denies the allegations in this paragraph.

882.    Defendant denies the allegations in this paragraph.

883.    Defendant denies the allegations in this paragraph.

884.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

885.    Defendant denies the allegations in this paragraph.

886.    Defendant denies the allegations in this paragraph.

887.    Defendant denies the allegations in this paragraph.

888.    The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

889.    The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

890.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

891.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

892.    The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

893.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

894.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

895.    Defendant denies the allegations in this paragraph.

896.    Defendant avers that the ′938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

897.    Defendant denies the allegations in this paragraph.

898.    Defendant avers that the ′938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

899.    Defendant denies the allegations in this paragraph.

900.    The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.    Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

901.    The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

902.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 837 of the First Amended Complaint as if fully set forth herein.

903.    Defendant denies the allegations in this paragraph.

904.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

905.    Defendant denies the allegations in this paragraph.

906.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 864 of the First Amended Complaint as if fully set forth herein.

907.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 865 of the First Amended Complaint as if fully set forth herein.

908.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 837 of the First Amended Complaint as if fully set forth.

909.    Defendant denies the allegations in this paragraph.

910.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

911.   Defendant denies the allegations in this paragraph.

912.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 837 of the First Amended Complaint as if fully set forth herein.

913.   Defendant denies the allegations in this paragraph.

914.   Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

915.   Defendant denies the allegations in this paragraph.

916.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 831 of the First Amended Complaint as if fully set forth herein.

917.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 833 of the First Amended Complaint as if fully set forth herein.

918.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 832 of the First Amended Complaint as if fully set forth herein.

919.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 835 of the First Amended Complaint as if fully set forth herein.

920.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 834 of the First Amended Complaint as if fully set forth herein.

921.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

922.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 837 of the First Amended Complaint as if fully set forth herein.

923.   Defendant denies the allegations in this paragraph.

924.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

925.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 845 of the First Amended Complaint as if fully set forth herein.

926.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 846 of the First Amended Complaint as if fully set forth herein.

927.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 847 of the First Amended Complaint as if fully set forth herein.

928.    Defendant denies the allegations in this paragraph.

929.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

930.    Defendant denies the allegations in this paragraph.

931.    This allegation relies on a term found in the claims of the '938 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '938 patent.  Plaintiffs' allegations in this paragraph are vague and ambiguous at least because Plaintiffs have not explained what they mean by "operate in conjunction with" and have not identified the scope of "DDR3 SDRAM." Because Plaintiffs have not provided an interpretation or construction for these terms, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the

268

allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '938 patent.

932.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

933.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

934.    This allegation relies on a term found in the claims of the '938 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '938 patent.  Plaintiffs' allegations in this paragraph are vague and ambiguous at least because Plaintiffs have not explained what they mean by "operates in conjunction with" and have not identified the scope of "DDR2 SDRAM."  Because Plaintiffs have not provided an interpretation or construction for these terms, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '938 patent.

935.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

936.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

269

937.    Defendant denies the allegations in this paragraph.

938.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

939.    Defendant denies the allegations in this paragraph.

940.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

941.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

942.    Defendant denies the allegations in this paragraph.

943.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

944.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 837 of the First Amended Complaint as if fully set forth herein.

945.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

946.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

947.    Defendant denies the allegations in this paragraph.

948.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

949.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 837 of the First Amended Complaint as if fully set forth herein.

950.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 864 of the First Amended Complaint as if fully set forth herein.

951.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 864 of the First Amended Complaint as if fully set forth herein.

952.    Defendant denies the allegations in this paragraph.

953.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

954.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 837 of the First Amended Complaint as if fully set forth herein.

955.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 870 of the First Amended Complaint as if fully set forth herein.

956.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 871 of the First Amended Complaint as if fully set forth herein.

957.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 900 of the First Amended Complaint as if fully set forth herein.

958.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

959.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 875 of the First Amended Complaint as if fully set forth herein.

960.    Defendant denies the allegations in this paragraph.

961. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

962. Defendant denies the allegations in this paragraph.

963. Defendant restates and incorporates by reference its responses to the allegations of paragraph 887 of the First Amended Complaint as if fully set forth herein.

964. Defendant restates and incorporates by reference its responses to the allegations of paragraph 888 of the First Amended Complaint as if fully set forth herein.

965. Defendant restates and incorporates by reference its responses to the allegations of paragraph 889 of the First Amended Complaint as if fully set forth herein.

966. Defendant restates and incorporates by reference its responses to the allegations of paragraph 882 of the First Amended Complaint as if fully set forth herein.

967. Defendant restates and incorporates by reference its responses to the allegations of paragraph 892 of the First Amended Complaint as if fully set forth herein.

968. Defendant restates and incorporates by reference its responses to the allegations of paragraph 893 of the First Amended Complaint as if fully set forth herein.

969. Defendant denies the allegations in this paragraph.

970. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

971. Defendant denies the allegations in this paragraph.

972. Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

272

973.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

974.    Defendant denies the allegations in this paragraph.

975.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

976.    Defendant denies the allegations in this paragraph.

977.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 888 of the First Amended Complaint as if fully set forth herein.

978.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

979.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

980.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

981.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 892 of the First Amended Complaint as if fully set forth herein.

982.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

983.    Defendant denies the allegations in this paragraph.

984.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

985.    Defendant denies the allegations in this paragraph.

986.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

987.    Defendant denies the allegations in this paragraph.

988.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 864 of the First Amended Complaint as if fully set forth herein.

989.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 864 of the First Amended Complaint as if fully set forth herein.

990.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 902 of the First Amended Complaint as if fully set forth herein.

991.    Defendant denies the allegations in this paragraph.

992.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

993.    Defendant denies the allegations in this paragraph.

994.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 900 of the First Amended Complaint as if fully set forth herein.

995.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 901 of the First Amended Complaint as if fully set forth herein.

996.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 908 of the First Amended Complaint as if fully set forth herein.

997.    Defendant denies the allegations in this paragraph.

998.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

999.    Defendant denies the allegations in this paragraph.

1000.    Defendant denies the allegations in this paragraph.

1001.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 912 of the First Amended Complaint as if fully set forth herein.

1002.    Defendant denies the allegations in this paragraph.

1003.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1004.    Defendant denies the allegations in this paragraph.

1005.    Defendant denies the allegations in this paragraph.

1006.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 864 of the First Amended Complaint as if fully set forth herein.

1007.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 864 of the First Amended Complaint as if fully set forth herein.

1008.    Defendant denies the allegations in this paragraph.

1009.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1010.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 833 of the First Amended Complaint as if fully set forth herein.

1011. Defendant restates and incorporates by reference its responses to the allegations of paragraph 832 of the First Amended Complaint as if fully set forth herein.

1012. Defendant restates and incorporates by reference its responses to the allegations of paragraph 835 of the First Amended Complaint as if fully set forth herein.

1013. Defendant restates and incorporates by reference its responses to the allegations of paragraph 834 of the First Amended Complaint as if fully set forth herein.

1014. Defendant denies the allegations in this paragraph.

1015. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1016. Defendant denies the allegations in this paragraph.

1017. Defendant restates and incorporates by reference its responses to the allegations of paragraph 846 of the First Amended Complaint as if fully set forth herein.

1018. Defendant restates and incorporates by reference its responses to the allegations of paragraph 847 of the First Amended Complaint as if fully set forth herein.

1019. Defendant denies the allegations in this paragraph.

1020. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1021. Defendant denies the allegations in this paragraph.

1022. Defendant restates and incorporates by reference its responses to the allegations of paragraph 931 of the First Amended Complaint as if fully set forth herein.

1023. Defendant restates and incorporates by reference its responses to the allegations of paragraph 932 of the First Amended Complaint as if fully set forth herein.

1024. Defendant restates and incorporates by reference its responses to the allegations of paragraph 934 of the First Amended Complaint as if fully set forth herein.

1025. Defendant restates and incorporates by reference its responses to the allegations of paragraph 935 of the First Amended Complaint as if fully set forth herein.

1026. Defendant denies the allegations in this paragraph.

1027. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1028. Defendant denies the allegations in this paragraph.

1029. Defendant restates and incorporates by reference its responses to the allegations of paragraph 864 of the First Amended Complaint as if fully set forth herein.

1030. Defendant restates and incorporates by reference its responses to the allegations of paragraph 864 of the First Amended Complaint as if fully set forth herein.

1031. Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

1032. Defendant restates and incorporates by reference its responses to the allegations of paragraph 864 of the First Amended Complaint as if fully set forth herein.

1033. Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

1034. Defendant denies the allegations in this paragraph.

1035. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1036. Defendant denies the allegations in this paragraph.

1037. Defendant restates and incorporates by reference its responses to the allegations of paragraph 833 of the First Amended Complaint as if fully set forth herein.

1038. Defendant restates and incorporates by reference its responses to the allegations of paragraph 832 of the First Amended Complaint as if fully set forth herein.

1039. Defendant restates and incorporates by reference its responses to the allegations of paragraph 835 of the First Amended Complaint as if fully set forth herein.

1040. Defendant restates and incorporates by reference its responses to the allegations of paragraph 834 of the First Amended Complaint as if fully set forth herein.

1041. Defendant denies the allegations in this paragraph.

1042. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1043. Defendant denies the allegations in this paragraph.

1044. Defendant restates and incorporates by reference its responses to the allegations of paragraph 846 of the First Amended Complaint as if fully set forth herein.

1045. Defendant restates and incorporates by reference its responses to the allegations of paragraph 847 of the First Amended Complaint as if fully set forth herein.

1046. Defendant denies the allegations in this paragraph.

1047.  Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1048.  Defendant denies the allegations in this paragraph.

1049.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 931 of the First Amended Complaint as if fully set forth herein.

1050.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1051.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 934 of the First Amended Complaint as if fully set forth herein.

1052.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 935 of the First Amended Complaint as if fully set forth herein.

1053.  Defendant denies the allegations in this paragraph.

1054.  Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1055.  Defendant denies the allegations in this paragraph.

1056.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 880 of the First Amended Complaint as if fully set forth herein.

1057.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 882 of the First Amended Complaint as if fully set forth herein.

1058.  Defendant denies the allegations in this paragraph.

1059.   Defendant avers that the ′938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1060.   Defendant denies the allegations in this paragraph.

1061.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 881 of the First Amended Complaint as if fully set forth herein.

1062.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 882 of the First Amended Complaint as if fully set forth herein.

1063.   Defendant denies the allegations in this paragraph.

1064.   Defendant avers that the ′938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1065.   Defendant denies the allegations in this paragraph.

1066.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 887 of the First Amended Complaint as if fully set forth herein.

1067.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 888 of the First Amended Complaint as if fully set forth herein.

1068.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 958 of the First Amended Complaint as if fully set forth herein.

1069.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 892 of the First Amended Complaint as if fully set forth herein.

1070.   Defendant denies the allegations in this paragraph.

1071. Defendant avers that the ′938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1072. Defendant denies the allegations in this paragraph.

1073. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1029 of the First Amended Complaint as if fully set forth herein.

1074. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1030 of the First Amended Complaint as if fully set forth herein.

1075. Defendant denies the allegations in this paragraph.

1076. Defendant denies the allegations in this paragraph.

1077. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1032 of the First Amended Complaint as if fully set forth herein.

1078. Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

1079. Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

1080. Defendant denies the allegations in this paragraph.

1081. Defendant avers that the ′938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1082. Defendant denies the allegations in this paragraph.

1083. Defendant denies the allegations in this paragraph.

1084.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 1006 of the First Amended Complaint as if fully set forth herein.

1085.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 1007 of the First Amended Complaint as if fully set forth herein.

1086.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

1087.  This allegation relies on the terms found in the claims of the '938 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '938 patent.  Because Plaintiffs have not provided an interpretation or construction for these terms, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Further, Plaintiffs' allegations are vague and ambiguous at least because the cited page of Tegra 2 TRM does not appear to sufficiently clarify the meaning of "reading the Boot Configuration Tables onto on-storage RAM" in Samsung's allegation.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '938 patent.

1088.  Defendant denies the allegations in this paragraph.

1089.  Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1090. Defendant denies the allegations in this paragraph.

1091. Defendant restates and incorporates by reference its responses to the allegations of paragraph 833 of the First Amended Complaint as if fully set forth herein.

1092. Defendant restates and incorporates by reference its responses to the allegations of paragraph 832 of the First Amended Complaint as if fully set forth herein.

1093. Defendant restates and incorporates by reference its responses to the allegations of paragraph 835 of the First Amended Complaint as if fully set forth herein.

1094. Defendant restates and incorporates by reference its responses to the allegations of paragraph 834 of the First Amended Complaint as if fully set forth herein.

1095. Defendant denies the allegations in this paragraph.

1096. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1097. Defendant denies the allegations in this paragraph.

1098. Defendant restates and incorporates by reference its responses to the allegations of paragraph 846 of the First Amended Complaint as if fully set forth herein.

1099. Defendant restates and incorporates by reference its responses to the allegations of paragraph 847 of the First Amended Complaint as if fully set forth herein.

1100. Defendant denies the allegations in this paragraph.

1101. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1102. Defendant denies the allegations in this paragraph.

1103. Defendant restates and incorporates by reference its responses to the allegations of paragraph 931 of the First Amended Complaint as if fully set forth herein.

1104. Defendant restates and incorporates by reference its responses to the allegations of paragraph 932 of the First Amended Complaint as if fully set forth herein.

1105. Defendant restates and incorporates by reference its responses to the allegations of paragraph 934 of the First Amended Complaint as if fully set forth herein.

1106. Defendant restates and incorporates by reference its responses to the allegations of paragraph 935 of the First Amended Complaint as if fully set forth herein.

1107. Defendant denies the allegations in this paragraph.

1108. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1109. Defendant denies the allegations in this paragraph.

1110. Defendant restates and incorporates by reference its responses to the allegations of paragraph 940 of the First Amended Complaint as if fully set forth herein.

1111. Defendant restates and incorporates by reference its responses to the allegations of paragraph 941 of the First Amended Complaint as if fully set forth herein.

1112. Defendant denies the allegations in this paragraph.

1113. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1114. Defendant denies the allegations in this paragraph.

1115. Defendant restates and incorporates by reference its responses to the allegations of paragraph 880 of the First Amended Complaint as if fully set forth herein.

1116. Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

1117. Defendant restates and incorporates by reference its responses to the allegations of paragraph 864 of the First Amended Complaint as if fully set forth herein.

1118. Defendant denies the allegations in this paragraph.

1119. Defendant avers that the ′938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1120. Defendant denies the allegations in this paragraph.

1121. Defendant restates and incorporates by reference its responses to the allegations of paragraph 881 of the First Amended Complaint as if fully set forth herein.

1122. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1116 of the First Amended Complaint as if fully set forth herein.

1123. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1117 of the First Amended Complaint as if fully set forth herein.

1124. Defendant denies the allegations in this paragraph.

1125. Defendant avers that the ′938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1126. Defendant denies the allegations in this paragraph.

1127.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 887 of the First Amended Complaint as if fully set forth herein.

1128.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 888 of the First Amended Complaint as if fully set forth herein.

1129.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 889 of the First Amended Complaint as if fully set forth herein.

1130.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 958 of the First Amended Complaint as if fully set forth herein.

1131.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 892 of the First Amended Complaint as if fully set forth herein.

1132.  Defendant denies the allegations in this paragraph.

1133.  Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1134.  Defendant denies the allegations in this paragraph.

1135.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 972 of the First Amended Complaint as if fully set forth herein.

1136.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 973 of the First Amended Complaint as if fully set forth herein.

1137.  Defendant denies the allegations in this paragraph.

1138.    Defendant avers that the ′938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1139.    Defendant denies the allegations in this paragraph.

1140.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 1029 of the First Amended Complaint as if fully set forth herein.

1141.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 1030 of the First Amended Complaint as if fully set forth herein.

1142.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 888 of the First Amended Complaint as if fully set forth herein.

1143.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 978 of the First Amended Complaint as if fully set forth herein.

1144.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 979 of the First Amended Complaint as if fully set forth herein.

1145.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 1032 of the First Amended Complaint as if fully set forth herein.

1146.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 892 of the First Amended Complaint as if fully set forth herein.

1147.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 978 of the First Amended Complaint as if fully set forth herein.

1148.    Defendant denies the allegations in this paragraph.

1149.  Defendant avers that the ′938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1150.  Defendant denies the allegations in this paragraph.

1151.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 833 of the First Amended Complaint as if fully set forth herein.

1152.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 832 of the First Amended Complaint as if fully set forth herein.

1153.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 835 of the First Amended Complaint as if fully set forth herein.

1154.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 834 of the First Amended Complaint as if fully set forth herein.

1155.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 846 of the First Amended Complaint as if fully set forth herein.

1156.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 847 of the First Amended Complaint as if fully set forth herein.

1157.  Defendant denies the allegations in this paragraph.

1158.  Defendant avers that the ′938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1159.  Defendant denies the allegations in this paragraph.

1160. Defendant restates and incorporates by reference its responses to the allegations of paragraph 887 of the First Amended Complaint as if fully set forth herein.

1161. Defendant restates and incorporates by reference its responses to the allegations of paragraph 881 of the First Amended Complaint as if fully set forth herein.

1162. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1086 of the First Amended Complaint as if fully set forth herein.

1163. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1087 of the First Amended Complaint as if fully set forth herein.

1164. Defendant denies the allegations in this paragraph.

1165. Defendant avers that the ′938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1166. Defendant denies the allegations in this paragraph.

1167. Defendant restates and incorporates by reference its responses to the allegations of paragraph 887 of the First Amended Complaint as if fully set forth herein.

1168. Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

1169. Defendant restates and incorporates by reference its responses to the allegations of paragraph 870 of the First Amended Complaint as if fully set forth herein.

1170. Defendant restates and incorporates by reference its responses to the allegations of paragraph 871 of the First Amended Complaint as if fully set forth herein.

1171. Defendant restates and incorporates by reference its responses to the allegations of paragraph 882 of the First Amended Complaint as if fully set forth herein.

1172.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 892 of the First Amended Complaint as if fully set forth herein.

1173.  Defendant denies the allegations in this paragraph.

1174.  Defendant avers that the ′938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1175.  Defendant denies the allegations in this paragraph.

1176.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 1029 of the First Amended Complaint as if fully set forth herein.

1177.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 1030 of the First Amended Complaint as if fully set forth herein.

1178.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 1075 of the First Amended Complaint as if fully set forth herein.

1179.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 882 of the First Amended Complaint as if fully set forth herein.

1180.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 1032 of the First Amended Complaint as if fully set forth herein.

1181.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 1078 of the First Amended Complaint as if fully set forth herein.

1182.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 1079 of the First Amended Complaint as if fully set forth herein.

1183.  Defendant denies the allegations in this paragraph.

1184.   Defendant avers that the ′938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1185.   Defendant denies the allegations in this paragraph.

1186.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 1076 of the First Amended Complaint as if fully set forth herein.

1187.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 882 of the First Amended Complaint as if fully set forth herein.

1188.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 1079 of the First Amended Complaint as if fully set forth herein.

1189.   Defendant denies the allegations in this paragraph.

1190.   Defendant avers that the ′938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1191.   Defendant denies the allegations in this paragraph.

1192.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 833 of the First Amended Complaint as if fully set forth herein.

1193.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 832 of the First Amended Complaint as if fully set forth herein.

1194.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 835 of the First Amended Complaint as if fully set forth herein.

1195. Defendant restates and incorporates by reference its responses to the allegations of paragraph 834 of the First Amended Complaint as if fully set forth herein.

1196. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1155 of the First Amended Complaint as if fully set forth herein.

1197. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1156 of the First Amended Complaint as if fully set forth herein.

1198. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1191 of the First Amended Complaint as if fully set forth herein.

1199. Defendant avers that the ʹ938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1200. Defendant denies the allegations in this paragraph.

1201. Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

1202. Defendant restates and incorporates by reference its responses to the allegations of paragraph 887 of the First Amended Complaint as if fully set forth herein.

1203. Defendant restates and incorporates by reference its responses to the allegations of paragraph 888 of the First Amended Complaint as if fully set forth herein.

1204. Defendant restates and incorporates by reference its responses to the allegations of paragraph 889 of the First Amended Complaint as if fully set forth herein.

1205. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1116 of the First Amended Complaint as if fully set forth herein.

1206. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1117 of the First Amended Complaint as if fully set forth herein.

1207. Defendant restates and incorporates by reference its responses to the allegations of paragraph 892 of the First Amended Complaint as if fully set forth herein.

1208. Defendant denies the allegations in this paragraph.

1209. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1210. Defendant denies the allegations in this paragraph.

1211. Defendant restates and incorporates by reference its responses to the allegations of paragraph 973 of the First Amended Complaint as if fully set forth herein.

1212. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1116 of the First Amended Complaint as if fully set forth herein.

1213. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1117 of the First Amended Complaint as if fully set forth herein.

1214. Defendant denies the allegations in this paragraph.

1215. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1216. Defendant denies the allegations in this paragraph.

1217. Defendant restates and incorporates by reference its responses to the allegations of paragraph 887 of the First Amended Complaint as if fully set forth herein.

1218. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1168 of the First Amended Complaint as if fully set forth herein.

1219. Defendant restates and incorporates by reference its responses to the allegations of paragraph 870 of the First Amended Complaint as if fully set forth herein.

1220. Defendant restates and incorporates by reference its responses to the allegations of paragraph 871 of the First Amended Complaint as if fully set forth herein.

1221. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1116 of the First Amended Complaint as if fully set forth herein.

1222. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1117 of the First Amended Complaint as if fully set forth herein.

1223. Defendant restates and incorporates by reference its responses to the allegations of paragraph 892 of the First Amended Complaint as if fully set forth herein.

1224. Defendant denies the allegations in this paragraph.

1225. Defendant avers that the ʹ938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1226. Defendant denies the allegations in this paragraph.

1227. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1029 of the First Amended Complaint as if fully set forth herein.

1228. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1030 of the First Amended Complaint as if fully set forth herein.

1229. Defendant denies the allegations in this paragraph.

1230.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 1116 of the First Amended Complaint as if fully set forth herein.

1231.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 1117 of the First Amended Complaint as if fully set forth herein.

1232.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 1078 of the First Amended Complaint as if fully set forth herein.

1233.  Defendant denies the allegations in this paragraph.

1234.  Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1235.  Defendant denies the allegations in this paragraph.

1236.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 836 of the First Amended Complaint as if fully set forth herein.

1237.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 1116 of the First Amended Complaint as if fully set forth herein.

1238.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 1117 of the First Amended Complaint as if fully set forth herein.

1239.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 1078 of the First Amended Complaint as if fully set forth herein.

1240.  Defendant denies the allegations in this paragraph.

1241. Defendant avers that the ′938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1242. Defendant restates and incorporates by reference its responses to the allegations of paragraph 837 of the First Amended Complaint as if fully set forth herein.

1243. Defendant restates and incorporates by reference its responses to the allegations of paragraph 880 of the First Amended Complaint as if fully set forth herein.

1244. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1116 of the First Amended Complaint as if fully set forth herein.

1245. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1117 of the First Amended Complaint as if fully set forth herein.

1246. Defendant restates and incorporates by reference its responses to the allegations of paragraph 837 of the First Amended Complaint as if fully set forth herein.

1247. Defendant avers that the ′938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1248. Defendant restates and incorporates by reference its responses to the allegations of paragraph 837 of the First Amended Complaint as if fully set forth herein.

1249. Defendant restates and incorporates by reference its responses to the allegations of paragraph 881 of the First Amended Complaint as if fully set forth herein.

1250. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1116 of the First Amended Complaint as if fully set forth herein.

1251.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 1117 of the First Amended Complaint as if fully set forth herein.

1252.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 837 of the First Amended Complaint as if fully set forth herein.

1253.   Defendant denies the allegations in this paragraph.

1254.   Defendant admits that it has used some of the products included in the '938 Accused Products to some extent, but denies that Defendant infringes any valid and enforceable claim of the '938 patent.   Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

1255.   Defendant admits that it has used, to some extent, some of its own products for demonstration, testing, and development purposes, but denies that Defendant infringes any valid and enforceable claim of the '938 patent.   Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

1256.   Defendant admits that it has used, to some extent, some of its own products for demonstration, testing, and development purposes, but denies that Defendant infringes any valid and enforceable claim of the '938 patent.   Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

1257.   Defendant admits that it has used, to some extent, GeForce G100 GPU for demonstration, testing, and development purposes, but denies that Defendant infringes any valid and enforceable claim of the '938 patent.   Except as expressly admitted, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

1258. Defendant admits that it has used some of the identified products to some extent, but denies that Defendant infringes any valid and enforceable claim of the '938 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

1259. Defendant denies the allegations in this paragraph.

1260. Defendant admits that it has imported, offered to sell, and sold some of the products included in the '938 Accused Products, but denies that Defendant infringes any valid and enforceable claim of the '938 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

1261. Defendant admits that it has imported, offered to sell, and sold NVIDIA Shield Tablet and NVIDIA Shield Portable, but denies that Defendant infringes any valid and enforceable claim of the '938 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

1262. Defendant admits that some of the products included in the '938 Accused Products are sold to its customers, but denies that Defendant infringes any valid and enforceable claim of the '938 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

1263. Defendant admits that it has sold the NVIDIA Shield Tablet and NVIDIA Shield Portable from http://store.nvidia.com, but denies that Defendant infringes any valid and enforceable claim of the '938 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

1264. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1262 of the First Amended Complaint as if fully set forth herein.

1265. Defendant admits the allegations in this paragraph.

1266. Defendant admits that some of the products included in the '938 Accused Products are sold to its customers, but denies that Defendant infringes any valid and enforceable claim of the '938 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

1267. Defendant admits that it has directly sold the NVIDIA Shield Tablet to third parties other than Amazon, but denies that Defendant infringes any valid and enforceable claim of the 938 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

1268. Defendant denies the allegations in this paragraph.

1269. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1270. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1271. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1272. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1273. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1274. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1275. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1276. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1277. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1278. Defendant restates and incorporates by reference its responses to the allegations of paragraph 773 of the First Amended Complaint as if fully set forth herein.

1279. Defendant restates and incorporates by reference its responses to the allegations of paragraph 774 of the First Amended Complaint as if fully set forth herein.

1280. Defendant admits that it participated in discussions with Samsung prior to the filing date of the Complaint. Defendant admits that Samsung identified the '938 patent to Defendant, but denies that Defendant was put on notice during the discussions pursuant to 35 U.S.C. § 287. Except as expressly admitted, Defendant disagrees with Samsung's

characterization of those discussions between Samsung and Defendant and therefore denies the remaining allegations of this paragraph relating thereto.

1281. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1280 of the First Amended Complaint as if fully set forth herein.

1282. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1283. Defendant denies the allegations in this paragraph.

1284. Defendant denies the allegations in this paragraph.

1285. Defendant denies the allegations in this paragraph.

1286. Defendant denies the allegations in this paragraph.

1287. Defendant admits that it has provided some of the products included in the '938 Accused Products to others, but denies that Defendant infringes any valid and enforceable claim of the '938 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

1288. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1289. Defendant admits that it has provided technical documentation to others, but denies that Defendant infringes any valid and enforceable claim of the '938 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

1290. Defendant denies the allegations in this paragraph.

1291. Defendant denies the allegations in this paragraph.

1292.  Defendant denies the allegations in this paragraph.

1293.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 1262 of the First Amended Complaint as if fully set forth herein.

1294.  Defendant admits that its website has a page on GeForce G100 GPU.  The remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the remaining allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

1295.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1296.  Defendant denies the allegations in this paragraph.

1297.  Defendant admits that it has provided some of the products included in the '938 Accused Products and technical documentation for some of the products included in the '938 Accused Products to others, but denies that Defendant infringes any valid and enforceable claim of the '938 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

1298.  Defendant denies the allegations in this paragraph.

1299.  Defendant denies the allegations in this paragraph.

1300.  Defendant denies the allegations in this paragraph.

1301.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 793 of the First Amended Complaint as if fully set forth herein.

1302. Defendant restates and incorporates by reference its responses to the allegations of paragraph 794 of the First Amended Complaint as if fully set forth herein.

1303. Defendant restates and incorporates by reference its responses to the allegations of paragraph 795 of the First Amended Complaint as if fully set forth herein.

1304. Defendant restates and incorporates by reference its responses to the allegations of paragraph 796 of the First Amended Complaint as if fully set forth herein.

1305. Defendant denies the allegations in this paragraph.

1306. Defendant denies the allegations in this paragraph.

1307. Defendant denies the allegations in this paragraph.

1308. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1309. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1310. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1311. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1312. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1313. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1314. Defendant denies the allegations in this paragraph.

1315. Defendant denies the allegations in this paragraph.

1316.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 837 of the First Amended Complaint as if fully set forth herein.

1317.   Defendant denies the allegations in this paragraph.

1318.   Defendant denies the allegations in this paragraph.

1319.   Defendant denies the allegations in this paragraph.

1320.   Defendant denies the allegations in this paragraph.

1321.   Defendant denies the allegations in this paragraph.

1322.   Defendant denies the allegations in this paragraph.

### THIRD CLAIM FOR RELIEF INFRINGEMENT OF U.S. PATENT NO. 6,287,902 (AGAINST NVIDIA AND VELOCITY)

1323.   Defendant restates and incorporates by reference its responses to the allegations of Paragraphs 1-1322 of the Amended Complaint as if fully set forth herein.

1324.   Defendant admits that Exhibit C to the First Amended Complaint purports to state that the application for the U.S. Patent No. 6,287,902 was filed on May 25, 1999, purports to state that the patent was issued on September 11, 2001, and purports to state that it is entitled "Methods of Forming Etch Inhibiting Structures on Field Isolation Regions." Defendant states that it does not infringe any valid and enforceable claim of the '902 patent. The remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the remaining allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1325.   Defendant admits that what appears to be a copy of U.S. Patent No. 6,287,902 is attached as Exhibit C to the First Amended Complaint. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

1326.   Defendant denies the allegations in this paragraph.

1327.   Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.   Defendant understands that TSMC may use a process that TSMC describes as a 28 nanometer high-k, metal gate process ("HKMG Processes") to manufacture some of the identified products.  Defendant denies any remaining allegations.

1328.   Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.   Defendant understands that TSMC may use processes that TSMC describes as 28HP (high performance with HKMG), 28HPL (low power with HKMG), and 28HPM (high performance for mobile computing) to manufacture some of NVIDIA's 28 nanometer products.  Defendant denies any remaining allegations.

1329.  Defendant avers that the referenced documents speak for themselves, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1330.   Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.   Defendant understands that TSMC may use a process that TSMC describes as 28HP (high performance with HKMG) to manufacture some of the identified products.  Defendant denies any remaining allegations.

1331.  Defendant avers that the referenced documents speak for themselves, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1332.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.   Defendant understands that TSMC may use a process that TSMC

305

describes as 28HPL (low power with HKMG) to manufacture some of the identified products. Defendant denies any remaining allegations.

1333.  Defendant avers that the referenced documents speak for themselves, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1334.  Defendant denies the allegations in this paragraph.

1335.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.  Defendant understands that TSMC may use a process that TSMC describes as 28HPC (high performance compact) to manufacture some of the identified products. Defendant denies any remaining allegations.

1336.  Defendant avers that the referenced document speaks for itself.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1337.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1338.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1339.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1340.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1341.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1342.  Defendant admits that the Amended Complaint defines the term "'Accused 28 nm GPUs" to include the GK107 GPU.  Defendant denies that it infringes any valid and enforceable claim of the '902 patent.

1343.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.  Defendant understands that TSMC may use a process that TSMC

describes as 28HP to manufacture the GK107 GPU. Defendant denies any remaining allegations.

1344. Defendant admits that the NVIDIA Kepler Press Release document appears to be a copy of a webpage on NVIDIA's publicly accessible website that states "Kepler is based on 28-nanometer (nm) process technology and succeeds the 40-nm NVIDIA Fermi architecture, which was first introduced into the market in March 2010," but denies that Defendant infringes any valid and enforceable claim of the '902 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

1345. Defendant denies the allegations in this paragraph.

1346. Defendant denies the allegations in this paragraph.

1347. Defendant admits that at least one of the listed products is manufactured to some extent by TSMC. Except as expressly admitted, Defendant denies all other averments that directly or indirectly concern NVIDIA.

1348. Defendant admits that the Amended Complaint defines the term "Accused 40 nm and Other SOCs" to include the Tegra 250 SOC. Defendant denies that it infringes any valid and enforceable claim of the '902 patent.

1349. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations. Defendant understands that TSMC may use a process that TSMC describes as 40 nm process to manufacture the NVIDIA Tegra 250 SOC. Defendant denies any remaining allegations.

1350. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1351. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1352. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1353. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1354. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1355. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1356.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1357.  Defendant denies the allegations in this paragraph.

1358.  Defendant denies the allegations in this paragraph.

1359.  Defendant denies the allegations in this paragraph.

1360.  Defendant denies the allegations in this paragraph.

1361.  Defendant avers that the referenced documents speak for themselves, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1362.  Defendant avers that the referenced documents speak for themselves, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1363.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1364.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1365. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1366. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1367. Defendant denies the allegations in this paragraph.

1368. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended

311

to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1369. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1370. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1371. Defendant denies the allegations in this paragraph.

1372. Defendant denies the allegations in this paragraph.

1373. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1374. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1375. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1376. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1377. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1378. Defendant denies the allegations in this paragraph.

1379. Defendant denies the allegations in this paragraph.

1380. Defendant denies the allegations in this paragraph.

314

1381. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1382. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1383. Defendant denies the allegations in this paragraph.

1384. Defendant denies the allegations in this paragraph.

1385.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1386.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1387.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1388. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1389. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1390. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1391. Defendant denies the allegations in this paragraph.

1392. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1393.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1394.   Defendant denies the allegations in this paragraph.

1395.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.   To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.   Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.   Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1396.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.   To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.   Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

318

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1397. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1398. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1399. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

319

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1400. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1401. Defendant denies the allegations in this paragraph.

1402. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1403. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1404. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1405. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1406. Defendant denies the allegations in this paragraph.

1407. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

321

1408. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1409. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1410. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1411. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1412. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1413. Defendant denies the allegations in this paragraph.

1414. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1415.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1416.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1417.  Defendant denies the allegations in this paragraph.

324

1418. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1419. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1420. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1421. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1422. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1423. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the

scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1424. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1425. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1426. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1427. Defendant denies the allegations in this paragraph.

1428. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

328

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1429. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1430. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1431. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

329

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1432. Defendant denies the allegations in this paragraph.

1433. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1434. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1435. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1436. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1437. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1438. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1439. Defendant denies the allegations in this paragraph.

1440. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1441. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1442. Defendant denies the allegations in this paragraph.

1443. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an

answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1444. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1445. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1446. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an

333

answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1447.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1448.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1449. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1450. Defendant denies the allegations in this paragraph.

1451. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1452. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1453.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1454.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1455.  Defendant denies the allegations in this paragraph.

336

1456. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1457. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1458. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1459. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1460. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1461. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1462. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1463. Defendant denies the allegations in this paragraph.

1464. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1465. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1466. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1467. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1468.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1469.   Defendant denies the allegations in this paragraph.

1470.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1471.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1472. Defendant denies the allegations in this paragraph.

1473. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1474. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1475. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1476. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1477. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1478. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1479. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1480. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1481.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1482.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1483.  Defendant denies the allegations in this paragraph.

1484.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1485.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or

345

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1486.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1487.   Defendant denies the allegations in this paragraph.

1488.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.   To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.   Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.   Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1489.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.   To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.   Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1490. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1491. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1492. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1493. Defendant denies the allegations in this paragraph.

1494. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1495. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1496. Defendant denies the allegations in this paragraph.

1497. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1498. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1499. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1500. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1501.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1502.   Defendant denies the allegations in this paragraph.

1503.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1504.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1505.   Defendant denies the allegations in this paragraph.

1506.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1507.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1508.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

351

1509. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1510. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1511. Defendant denies the allegations in this paragraph.

1512. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1513.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1514.   Defendant denies the allegations in this paragraph.

1515.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1516.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1517. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1518. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1519. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1520. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1521. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1522.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1523.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1524. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1525. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1526. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1527. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1528. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an

357

answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1529. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1530. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1531.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1532.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1533.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1534. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1535. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1536. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1537.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1538.  Defendant denies the allegations in this paragraph.

1539.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1540.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1541.  Defendant denies the allegations in this paragraph.

1542.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1543.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an

answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1544. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1545. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1546. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an

answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1547.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1548.   Defendant denies the allegations in this paragraph.

1549.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended

364

to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1550.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1551.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

365

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1552.   Defendant denies the allegations in this paragraph.

1553.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1554.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1555.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1556.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1557.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

367

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1558. Defendant denies the allegations in this paragraph.

1559. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1560. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1561. Defendant denies the allegations in this paragraph.

1562. Defendant denies the allegations in this paragraph.

1563. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1564. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1565. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1566. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1567. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1568. Defendant denies the allegations in this paragraph.

1569. Defendant denies the allegations in this paragraph.

1570. Defendant denies the allegations in this paragraph.

1571. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1572. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1573.   Defendant denies the allegations in this paragraph.

1574.   Defendant denies the allegations in this paragraph.

1575.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1576.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1577.   Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1578.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1579.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1580.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1581.   Defendant denies the allegations in this paragraph.

1582. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1583. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1584. Defendant denies the allegations in this paragraph.

1585. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1586. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not

provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1587. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1588. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1589. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not

provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1590.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1591.  Defendant denies the allegations in this paragraph.

1592.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1593.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended

to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1594.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1595.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1596.  Defendant denies the allegations in this paragraph.

1597.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1598.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1599.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1600.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1601.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1602.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1603.  Defendant denies the allegations in this paragraph.

1604.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1605. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1606. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1607.   Defendant denies the allegations in this paragraph.

1608.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1609.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1610.   Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1611.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1612.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1613. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1614. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1615. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the

scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1616.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1617.  Defendant denies the allegations in this paragraph.

1618.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not

provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1619. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1620. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1621. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended

385

to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1622.  Defendant denies the allegations in this paragraph.

1623.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1624.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1625.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the

scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1626. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1627. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1628. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1629. Defendant denies the allegations in this paragraph.

1630. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1631. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1632.   Defendant denies the allegations in this paragraph.

1633.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1634.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1635. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1636. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1637. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1638. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

390

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1639. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1640. Defendant denies the allegations in this paragraph.

1641. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1642.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1643.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1644.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1645. Defendant denies the allegations in this paragraph.

1646. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1647. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1648.   Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1649.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1650.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1651.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended

to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1652. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1653. Defendant denies the allegations in this paragraph.

1654. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1655. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1656. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1657. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1658. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1659. Defendant denies the allegations in this paragraph.

1660. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1661.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1662.  Defendant denies the allegations in this paragraph.

1663.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1664.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1665. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1666. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1667. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1668. Defendant denies the allegations in this paragraph.

1669. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1670. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1671. Defendant denies the allegations in this paragraph.

1672. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1673. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1674. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1675. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1676. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1677. Defendant denies the allegations in this paragraph.

1678. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1679. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1680. Defendant denies the allegations in this paragraph.

1681. Defendant denies the allegations in this paragraph.

1682. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1683. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1684. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1685.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1686.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1687.  Defendant denies the allegations in this paragraph.

1688.  Defendant denies the allegations in this paragraph.

1689.  Defendant denies the allegations in this paragraph.

1690. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1691. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1692. Defendant denies the allegations in this paragraph.

1693. Defendant denies the allegations in this paragraph.

1694. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1695. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1696. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1697.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1698.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1699.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1700.  Defendant denies the allegations in this paragraph.

1701.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1702. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1703. Defendant denies the allegations in this paragraph.

1704. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1705. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1706.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1707.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1708.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

410

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1709.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1710.  Defendant denies the allegations in this paragraph.

1711.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1712.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

411

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1713. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1714. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1715. Defendant denies the allegations in this paragraph.

1716. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

412

1717. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1718. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1719. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1720. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1721. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1722. Defendant denies the allegations in this paragraph.

1723. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

414

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1724.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1725.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1726.  Defendant denies the allegations in this paragraph.

1727. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1728. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1729. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1730. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1731. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1732. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the

scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1733. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1734. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1735. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1736. Defendant denies the allegations in this paragraph.

1737. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

419

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1738.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1739.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1740.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1741. Defendant denies the allegations in this paragraph.

1742. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1743. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1744. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

421

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1745.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1746.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1747.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1748.  Defendant denies the allegations in this paragraph.

1749.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1750.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1751.   Defendant denies the allegations in this paragraph.

1752.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an

answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1753.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1754.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1755.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an

answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1756. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1757. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1758. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1759. Defendant denies the allegations in this paragraph.

1760. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1761. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1762. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1763. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1764. Defendant denies the allegations in this paragraph.

1765. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1766. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1767. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

428

1768. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1769. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1770. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1771. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1772. Defendant denies the allegations in this paragraph.

1773. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1774. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1775. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1776. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1777. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1778. Defendant denies the allegations in this paragraph.

1779. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1780. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or

432

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1781.    Defendant denies the allegations in this paragraph.

1782.    This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1783.    This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1784.   Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1785.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1786.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1787.  Defendant denies the allegations in this paragraph.

1788.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1789.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1790.  Defendant denies the allegations in this paragraph.

1791.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1792. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1793. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1794. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

436

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1795. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1796. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1797. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1798.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1799.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1800.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1801.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1802.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1803. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1804. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1805. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

440

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1806. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1807. Defendant denies the allegations in this paragraph.

1808. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

441

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1809.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1810.  Defendant denies the allegations in this paragraph.

1811.  Defendant denies the allegations in this paragraph.

1812.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1813. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1814. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1815. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1816.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1817.  Defendant denies the allegations in this paragraph.

1818.  Defendant denies the allegations in this paragraph.

1819.  Defendant denies the allegations in this paragraph.

1820.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1821.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1822.  Defendant denies the allegations in this paragraph.

1823.  Defendant denies the allegations in this paragraph.

1824.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1825. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1826. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1827. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

446

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1828.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1829.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1830.   Defendant denies the allegations in this paragraph.

1831.   Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1832.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1833.   Defendant denies the allegations in this paragraph.

1834.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended

447

to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1835.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1836.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1837.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended

to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1838. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1839. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1840.   Defendant denies the allegations in this paragraph.

1841.   Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1842.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1843.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1844.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1845.  Defendant denies the allegations in this paragraph.

1846.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1847.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1848.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1849.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1850.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1851.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

452

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1852. Defendant denies the allegations in this paragraph.

1853. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1854. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1855. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1856. Defendant denies the allegations in this paragraph.

1857. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1858.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1859.   Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1860.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1861. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1862. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1863. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the

scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1864. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1865. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1866. Defendant denies the allegations in this paragraph.

1867. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1868. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1869. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended

to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1870.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1871.  Defendant denies the allegations in this paragraph.

1872.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1873.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the

scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1874. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1875. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1876. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the

scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1877. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1878. Defendant denies the allegations in this paragraph.

1879. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1880.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1881.   Defendant denies the allegations in this paragraph.

1882.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1883.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an

462

answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1884. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1885. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1886. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or

463

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1887. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1888. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1889. Defendant denies the allegations in this paragraph.

1890. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1891. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1892. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1893. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1894. Defendant denies the allegations in this paragraph.

1895. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1896. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1897. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1898. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1899. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1900. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1901. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1902.   Defendant denies the allegations in this paragraph.

1903.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1904.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1905.   Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1906.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1907.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1908.  Defendant denies the allegations in this paragraph.

1909.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1910.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1911.  Defendant denies the allegations in this paragraph.

1912.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

471

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1913. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1914. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1915. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1916. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1917. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1918. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1919. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1920. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1921. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not

provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1922. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1923. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1924. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not

provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1925. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1926. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1927. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1928. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1929. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1930. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1931. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1932.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1933.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1934. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1935. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1936. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1937. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1938. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1939. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1940. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1941. Defendant denies the allegations in this paragraph.

1942. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1943. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1944. Defendant denies the allegations in this paragraph.

1945. Defendant denies the allegations in this paragraph.

1946. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1947. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

483

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1948.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1949.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1950.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

484

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1951. Defendant denies the allegations in this paragraph.

1952. Defendant denies the allegations in this paragraph.

1953. Defendant denies the allegations in this paragraph.

1954. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1955. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1956. Defendant denies the allegations in this paragraph.

1957. Defendant denies the allegations in this paragraph.

1958. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1959. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1960. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1961. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1962. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1963. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1964. Defendant denies the allegations in this paragraph.

1965. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1966. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1967. Defendant denies the allegations in this paragraph.

1968. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1969. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended

to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1970. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1971. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1972. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended

489

to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1973.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1974.  Defendant denies the allegations in this paragraph.

1975.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1976.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the

490

scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1977.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1978.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1979.   Defendant denies the allegations in this paragraph.

1980.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

491

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1981.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1982.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1983.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

492

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1984. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1985. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1986. Defendant denies the allegations in this paragraph.

1987. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not

provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1988. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1989. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1990.   Defendant denies the allegations in this paragraph.

1991.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1992.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

495

1993.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

1994.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1995.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

496

1996. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1997. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1998. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the

scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

1999. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2000. Defendant denies the allegations in this paragraph.

2001. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not

498

provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2002. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2003. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2004. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended

to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2005. Defendant denies the allegations in this paragraph.

2006. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2007. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2008. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the

scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2009.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2010.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2011.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2012. Defendant denies the allegations in this paragraph.

2013. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2014. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2015.   Defendant denies the allegations in this paragraph.

2016.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2017.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2018.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2019.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2020.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2021.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2022. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2023. Defendant denies the allegations in this paragraph.

2024. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

505

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2025.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2026.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2027.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2028.   Defendant denies the allegations in this paragraph.

2029.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2030.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2031.   Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2032.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2033.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2034.   This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended

to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2035. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2036. Defendant denies the allegations in this paragraph.

2037. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2038. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2039. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2040. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

510

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2041. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2042. Defendant denies the allegations in this paragraph.

2043. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

511

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2044.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2045.  Defendant denies the allegations in this paragraph.

2046.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2047.  This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2048. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2049. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2050. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2051. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2052. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

514

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2053. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2054. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2055. Defendant denies the allegations in this paragraph.

2056. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2057. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2058. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2059. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2060. Defendant denies the allegations in this paragraph.

2061. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2062. This allegation relies on a term(s) found in the claims of the '902 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '902 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2063. Defendant denies the allegations in this paragraph.

2064. Defendant denies the allegations in this paragraph.

2065.  Defendant admits that it has used some of the products included in the identified products to some extent, but denies that Defendant infringes any valid and enforceable claim of the '902 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2066.  Defendant admits that it has used some of the products included in the identified products to some extent for demonstration, testing, and development purposes, but denies that Defendant infringes any valid and enforceable claim of the '902 patent.  Except as expressly admitted, Defendant denies all other averments that directly or indirectly concern NVIDIA.

2067.  Defendant admits that it has used some of the products included in the identified products to some extent for demonstration, testing, and development purposes, but denies that Defendant infringes any valid and enforceable claim of the '902 patent.  Except as expressly admitted, Defendant denies all other averments that directly or indirectly concern NVIDIA.

2068.  Defendant admits that it has used some of the identified products to some extent for demonstration, testing, and development purposes, but denies that Defendant infringes any valid and enforceable claim of the '902 patent.  Except as expressly admitted, Defendant denies all other averments that directly or indirectly concern NVIDIA.

2069.  Defendant admits that it has used some of the products included in the identified products to some extent for demonstration, testing, and development purposes, but denies that Defendant infringes any valid and enforceable claim of the '902 patent.  Except as expressly admitted, Defendant denies all other averments that directly or indirectly concern NVIDIA.

2070.  Defendant denies the allegations in this paragraph.

2071. Defendant admits that it has imported, offered to sell, and sold some of the identified products, but denies that Defendant infringes any valid and enforceable claim of the '902 patent. Except as expressly admitted, Defendant denies all other averments that directly or indirectly concern NVIDIA.

2072. Defendant admits that it has imported, offered to sell, and sold some of the products included in the identified products to some extent, but denies that Defendant infringes any valid and enforceable claim of the '902 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2073. Defendant admits that it has sold some of the products included in the identified products to customers to some extent, but denies that Defendant infringes any valid and enforceable claim of the '902 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2074. Defendant admits that it has sold the NVIDIA Shield Tablet and NVIDIA Shield Portable from http://store.nvidia.com, but denies that Defendant infringes any valid and enforceable claim of the '902 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2075. Defendant admits that it has sold some of the products included in the identified products to customers to some extent, but denies that Defendant infringes any valid and enforceable claim of the '902 patent. Except as expressly admitted, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2076.  Defendant admits the allegations in this paragraph.

2077.  Defendant admits that it has sold some of the products included in the identified products to customers to some extent, but denies that Defendant infringes any valid and enforceable claim of the '902 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2078.  Defendant denies the allegations in this paragraph.

2079.  Defendant denies the allegations in this paragraph.

2080.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2081.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2082.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2083.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2084.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2085.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2086.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2087.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2088.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2089.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2090. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2091. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2092. Defendant restates and incorporates by reference its responses to the allegations of paragraph 773 of the First Amended Complaint as if fully set forth herein.

2093. Defendant restates and incorporates by reference its responses to the allegations of paragraph 774 of the First Amended Complaint as if fully set forth herein.

2094. Defendant admits that it participated in discussions with Samsung prior to the filing date of the Complaint. Defendant admits that Samsung identified the '902 patent to Defendant, but denies that Defendant was put on notice during the discussions pursuant to 35 U.S.C. § 287. Except as expressly admitted, Defendant disagrees with Samsung's characterization of those discussions between Samsung and Defendant and therefore denies the remaining allegations of this paragraph relating thereto.

2095. Defendant admits that it participated in discussions with Samsung prior to the filing date of the Complaint. Defendant admits that Samsung identified the '902 patent to Defendant, but denies that Defendant was put on notice during the discussions pursuant to 35 U.S.C. § 287. Except as expressly admitted, Defendant disagrees with Samsung's

characterization of those discussions between Samsung and Defendant and therefore denies the remaining allegations of this paragraph relating thereto.

2096. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2097. Defendant denies the allegations in this paragraph.

2098. This paragraph contains conclusions of law and not averments of facts to which an answer is required, but insofar as an answer may be deemed required, the allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '902 patent.

2099. Defendant denies the allegations in this paragraph.

2100. Defendant admits that it has provided some of the identified products to others, but denies that Defendant infringes any valid and enforceable claim of the '902 patent. Except as expressly admitted, the remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2101. Defendant admits that it has provided some of the identified products to others, but denies that Defendant infringes any valid and enforceable claim of the '902 patent. Except as expressly admitted, the remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks

knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2102. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2103. Defendant denies the allegations in this paragraph.

2104. Defendant denies the allegations in this paragraph.

2105. Defendant admits that it has sold some of the identified products to customers, but denies that Defendant infringes any valid and enforceable claim of the '902 patent. Except as expressly admitted, the remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2106. Defendant admits that it has sold the NVIDIA Shield Tablet and NVIDIA Shield Portable from http://store.nvidia.com, but denies that Defendant infringes any valid and enforceable claim of the '902 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2107. Defendant denies the allegations in this paragraph.

2108. Defendant admits that it has provided some of the identified products and technical documentation for at least some of these products to others, but denies that Defendant infringes any valid and enforceable claim of the '902 patent. Except as expressly admitted,

Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2109. Defendant denies the allegations in this paragraph.

2110. Defendant denies the allegations in this paragraph.

2111. Defendant denies the allegations in this paragraph.

2112. Defendant admits that the identified NVIDIA PartnerForce Info document is a copy of a webpage on NVIDIA's publicly accessible website that states "NVIDIA Authorized Board Partner Program ensures an exceptional customer experience when purchasing graphics cards and motherboards manufactured by partners that make use of NVIDIA's latest technologies," but denies that Defendant infringes any valid and enforceable claim of the '902 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2113. Defendant admits that the identified NVIDIA PartnerForce Info document is a copy of a webpage on NVIDIA's publicly accessible website that states "NVIDIA Authorized Board Partners offer the latest technologies from NVIDIA" and identifies six Authorized Board Partners under "USA" and six under "Canada." Defendant denies that the NVIDIA PartnerForce Info document lists ten distributors in the United States (including "pre and post sales technical support") and seven in Canada. Defendant denies that it infringes any valid and enforceable claim of the '902 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2114.   Defendant admits that the NVIDIA PartnerForce Program document is a copy of a webpage on NVIDIA's publicly accessible website that states that the "NVIDIA PartnerForce Program" is "a sales and marketing program for value-added resellers, system builders, etailers and retailers who sell NVIDIA based componnents or systems."   Defendant denies that it infringes any valid and enforceable claim of the '902 patent.   Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2115.   Defendant admits that the NVIDIA PartnerForce Program document is a copy of a webpage on NVIDIA's publicly accessible website that states "[b]y joining the PartnerForce Program, you may leverage the world-class brands and technology platforms from NVIDIA, sales and technical support from our experienced team and hundreds of turnkey sales and marketing tools."   Defendant denies that it infringes any valid and enforceable claim of the '902 patent.   Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2116.   Defendant admits that the NVIDIA PartnerForce Program document is a copy of a webpage on NVIDIA's publicly accessible website that states "The NVIDIA PartnerForce Program is a sales and marketing program for value-added resellers, system builders, etailers and retailers" and lists marketing materials and templates, including retail display items, web banners, copy blocks, logos, product shots, email and web page templates under "Sales and Marketing Tools."   Defendant denies that it infringes, directly or indirectly, any valid and enforceable claim of the '902 patent.   Except as expressly admitted, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2117. Defendant admits that the Traveling The Road To Silicon Motown document is a copy of a webpage blog on NVIDIA's publicly accessible website that states "At the Ford Event and Conference Center, in Dearborn, Mich., NVIDIA showcased its latest processor technologies, which power everything from the CAD software that designers use to style cars to the infotainment systems that drivers use to map their trips and listen to music." Defendant denies that it infringes, directly or indirectly, any valid and enforceable claim of the '902 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2118. Defendant denies the allegations in this paragraph.

2119. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2120. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2121. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2122. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2123. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2124. Defendant denies the allegations in this paragraph.

2125.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2126.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2127.   Defendant denies the allegations in this paragraph.

2128.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2129.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2130.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2131.   Defendant denies the allegations in this paragraph.

2132.   Defendant denies the allegations in this paragraph.

2133.   Defendant denies the allegations in this paragraph.

2134.   Defendant denies the allegations in this paragraph.

2135.   Defendant denies the allegations in this paragraph.

**FOURTH CLAIM FOR RELIEF INFRINGEMENT OF
U.S. PATENT NO. 6,819,602 (AGAINST NVIDIA AND VELOCITY)**

2136.   Defendant restates and incorporates by reference its responses to the allegations of paragraphs 1-2135 of the First Amended Complaint as if fully set forth herein.

2137.   Defendant admits that Exhibit D to the First Amended Complaint purports to state that the application for the U.S. Patent No. 6,819,602 was filed on 6,819,602, purports to state that the patent was issued on November 16, 2004, and purports to state that it is entitled "MULTIMODE DATA BUFFER AND METHOD FOR CONTROLLING PROPAGATION

DELAY TIME."  Defendant states that it does not infringe any valid and enforceable claim of the '602 patent.  The remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the remaining allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

2138.  Defendant admits that what appears to be a copy of U.S. Patent No. 6,819,602 is attached as Exhibit D to the First Amended Complaint.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2139.  Defendant denies the allegations in this paragraph.

2140.  To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '602 patent.  Plaintiffs' allegation is vague and ambiguous at least because Plaintiffs have not explained what they mean by "designed to operate in conjunction with" and have not identified the scope of "all NVIDIA SOCs and GPUs" and "memory … that is manufactured according to the standards set by JEDEC."  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '602 patent.

2141.  Defendant admits, based on its present understanding, at least some of the products Plaintiffs identified as '602 Accused Products could be considered to include memory controllers, depending on the context in which these terms are used.  To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies

529

such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '602 patent. To the extent Plaintiffs are defining the terms in a different way, Plaintiffs have provided no definition for such terms. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

2142. This allegation relies on the terms found in the claims of the '602 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '602 patent. Because Plaintiffs have not provided an interpretation or construction for these terms, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '602 patent.

2143. Defendant denies the allegations in this paragraph.

2144. Defendant admits that in the context of how the terms "memory controller" and "EMC" are used in the Tegra 2 TRM, the Tegra 2 could include a memory controller and an EMC. To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '602 patent. To the extent Plaintiffs are defining the terms in a different way, Plaintiffs have provided no definition for such terms. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

2145. Defendant admits that in the context of how the terms "memory controller" and "EMC" are used in the Tegra 3 TRM, the Tegra 3 could include a memory controller and an EMC. To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '602 patent. To the extent Plaintiffs are defining the terms in a different way, Plaintiffs have provided no definition for such terms. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

2146. Defendant admits that in the context of how the terms "memory controller" and "EMC" are used in the Tegra 4 TRM, the Tegra 4 could include a memory controller and two EMCs. To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '602 patent. To the extent Plaintiffs are defining the terms in a different way, Plaintiffs have provided no definition for such terms. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

2147. Defendant admits that in the context of how the terms "memory controller" and "EMC" are used in the Tegra K1 TRM, the Tegra K1 could include a memory controller and an EMC. To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '602 patent. To the extent Plaintiffs are defining the terms in a different way, Plaintiffs have provided no definition for such terms.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

2148. Defendant avers that the '602 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2149. This allegation relies on the terms found in the claims of the '602 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '602 patent. Because Plaintiffs have not provided an interpretation or construction for these terms, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '602 patent.

2150. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2149 of the First Amended Complaint as if fully set forth herein.

2151. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2145 of the First Amended Complaint as if fully set forth herein.

2152. Defendant admits that Tegra 3 Report purports to state that a Tegra 3 device removed from an ASUS Transformer Prime TF201 includes what is labeled as a "Memory Interface I/Os" according to TechInsights' analysis. To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such

532

allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '602 patent.  The Plaintiffs' allegations in this paragraph are vague and ambiguous at least because Plaintiffs have not explained what they mean by "memory interface."  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '602 patent.

2153.  This allegation relies on the terms found in the claims of the '602 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required, Defendant admits that Tegra 3 Report purports to state that a Tegra 3 device removed from an ASUS Transformer Prime TF201 includes an "INPUT BUFFER" according to TechInsights' analysis.  Defendant further restates and incorporates by reference its responses to the allegations of paragraph 2145 of the First Amended Complaint as if fully set forth herein.  Because Plaintiffs have not provided an interpretation or construction for the terms found in the claims of the '602 patent, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '602 patent.

2154.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 2149 of the First Amended Complaint as if fully set forth herein.

2155.  Defendant avers that the '602 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

533

2156.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 2149 of the First Amended Complaint as if fully set forth herein.

2157.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 2156 of the First Amended Complaint as if fully set forth herein.

2158.   This allegation relies on the terms found in the claims of the '602 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required, Defendant admits that Tegra 3 Report purports to state that a Tegra 3 device removed from an ASUS Transformer Prime TF201 includes what is labeled as a "COMPARATOR" according to TechInsights' analysis.  To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '602 patent.  Because Plaintiffs have not provided an interpretation or construction for these terms, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '602 patent.

2159.   This allegation relies on the terms found in the claims of the '602 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required, Defendant admits that Tegra 3 Report purports to state that a Tegra 3 device removed from an ASUS Transformer Prime TF201 includes what is labeled as a "MUX7" according to TechInsights' analysis.  To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the

534

'602 patent. Because Plaintiffs have not provided an interpretation or construction for these terms, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '602 patent.

2160. Defendant admits that the Tegra 3 TRM states on page 437 that "Major features include … DDR3 and low voltage DDR3 support; as well as faster LP-DDR2 operation." To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '602 patent. To the extent Plaintiffs are defining the terms in a different way, Plaintiffs have provided no definition for such terms. Furthermore, Plaintiffs' allegations are vague and ambiguous at least because Plaintiffs have not explained what it means to be "designed for use in conjunction with." Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them.

2161. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2149 of the First Amended Complaint as if fully set forth herein.

2162. This allegation relies on the terms found in the claims of the '602 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '602 patent. Because Plaintiffs have not provided an interpretation or construction for these terms, this allegation contains unstated

535

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Further, Plaintiffs' allegations are ambiguous as the referenced document purports to state "DDR2 SDRAM SPECIFICATION." Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '602 patent.

2163. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2164. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2165. This allegation relies on the terms found in the claims of the '602 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required, Defendant admits that Tegra 3 Report purports to state that a Tegra 3 device removed from an ASUS Transformer Prime TF201 includes what are labeled as "S" and "$\bar{S}$" according to TechInsights' analysis. To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '602 patent. Because Plaintiffs have not provided an interpretation or construction for the terms found in the claims of the '602 patent, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Furthermore, Plaintiffs'

536

allegation is vague and ambiguous at least because Plaintiffs have not explained what they mean by "a control signal S and /S." Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '602 patent.

2166. This allegation relies on the terms found in the claims of the '602 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required, Defendant admits that Tegra 3 Report purports to state that a Tegra 3 device removed from an ASUS Transformer Prime TF201 includes what is labeled as a "COMPARATOR" according to TechInsights' analysis. To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '602 patent. Because Plaintiffs have not provided an interpretation or construction for the terms found in the claims of the '602 patent, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '602 patent.

2167. This allegation relies on the terms found in the claims of the '602 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '602 patent. Because Plaintiffs have not provided an interpretation or construction for the terms found in the claims of the '602 patent,

this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Further, Plaintiffs' allegation is vague and ambiguous at least because Plaintiffs have not explained what they mean by "S and /S." Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '602 patent.

2168. This allegation relies on the terms found in the claims of the '602 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '602 patent. Because Plaintiffs have not provided an interpretation or construction for the terms found in the claims of the '602 patent, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Further, Plaintiffs' allegation is vague and ambiguous at least because Plaintiffs have not explained what they mean by "IN0," "S" and "/S." Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '602 patent.

2169. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2170. Defendant avers that the '602 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

538

2171.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2172.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2173.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2174.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 2167 of the First Amended Complaint as if fully set forth herein.

2175.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 2168 of the First Amended Complaint as if fully set forth herein.

2176.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2177.    Defendant avers that the ′602 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2178.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2179.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 2145 of the First Amended Complaint as if fully set forth herein.

2180.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2181.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2182.   Defendant avers that the '602 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2183.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2184.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 2153 of the First Amended Complaint as if fully set forth herein.

2185.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 2158 of the First Amended Complaint as if fully set forth herein.

2186.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 2159 of the First Amended Complaint as if fully set forth herein.

2187.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 2162 of the First Amended Complaint as if fully set forth herein.

2188.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 2165 of the First Amended Complaint as if fully set forth herein.

2189.   This paragraph contains conclusions of law and not averments of facts to which an answer is required, but insofar as an answer may be deemed required, the allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '602 patent.

2190. Defendant avers that the '602 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2191. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2192. Defendant restates and incorporates by reference its responses to the allegations of paragraphs 2161 and 2162 of the First Amended Complaint as if fully set forth herein.

2193. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2162 of the First Amended Complaint as if fully set forth herein.

2194. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2163 of the First Amended Complaint as if fully set forth herein.

2195. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2164 of the First Amended Complaint as if fully set forth herein.

2196. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2197. Defendant avers that the '602 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2198. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2199. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2166 of the First Amended Complaint as if fully set forth herein.

2200.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2201.   Defendant avers that the '602 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2202.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2203.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2204.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 2165 of the First Amended Complaint as if fully set forth herein.

2205.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 2167 of the First Amended Complaint as if fully set forth herein.

2206.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 2168 of the First Amended Complaint as if fully set forth herein.

2207.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2208.   Defendant avers that the '602 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2209.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2210.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 2165 of the First Amended Complaint as if fully set forth herein.

2211.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2212.   Defendant avers that the ′602 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2213.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2214.   Defendant avers that the ′602 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2215.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2216.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2217.   This allegation relies on the terms found in the claims of the '602 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '602 patent.  Because Plaintiffs have not provided an interpretation or construction for the terms found in the claims of the '602 patent,

543

this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Further, Plaintiffs' allegation is vague and ambiguous at least because Plaintiffs have not explained what they mean by "a control signal S and /S." Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '602 patent.

2218. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2167 of the First Amended Complaint as if fully set forth herein.

2219. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2168 of the First Amended Complaint as if fully set forth herein.

2220. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2221. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2161 of the First Amended Complaint as if fully set forth herein.

2222. Defendant denies the allegations in this paragraph.

2223. Defendant admits that it has used some of the products included in the '602 Accused Products to some extent, but denies that Defendant infringes any valid and enforceable claim of the '602 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2224. Defendant admits that it has used, to some extent, some of its own products for demonstration, testing, and development purposes, but denies that Defendant infringes any valid and enforceable claim of the '602 patent. Except as expressly admitted, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2225.    Defendant admits that it has used, to some extent, some of its own products for demonstration, testing, and development purposes, but denies that Defendant infringes any valid and enforceable claim of the '602 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2226.    Defendant admits that it has used, to some extent, GeForce G100 GPU for demonstration, testing, and development purposes, but denies that Defendant infringes any valid and enforceable claim of the '602 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2227.    Defendant admits that it has used some of the identified products to some extent, but denies that Defendant infringes any valid and enforceable claim of the '602 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2228.    Defendant denies the allegations in this paragraph.

2229.    Defendant admits that it has imported, offered to sell, and sold some of the products included in the '602 Accused Products, but denies that Defendant infringes any valid and enforceable claim of the '602 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2230.   Defendant admits that it has imported, offered to sell, and sold the GeForce G100 GPU, but denies that Defendant infringes any valid and enforceable claim of the '602 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2231.   Defendant admits that some of the products included in the '602 Accused Products are sold to its customers, but denies that Defendant infringes any valid and enforceable claim of the '602 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2232.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 1294 of the First Amended Complaint as if fully set forth herein.

2233.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 2231 of the First Amended Complaint as if fully set forth herein.

2234.   Defendant admits the allegations in this paragraph.

2235.   Defendant admits that some of the products included in the '602 Accused Products are sold to its customers, but denies that Defendant infringes any valid and enforceable claim of the '602 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2236.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2237.   Defendant denies the allegations in this paragraph.

2238. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2239. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2240. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2241. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2242. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2243. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2244. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2245. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2246. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2247. Defendant admits the allegations in this paragraph.

2248. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2249. Defendant denies the allegations in this paragraph.

2250. Defendant denies the allegations in this paragraph.

2251.  Defendant denies the allegations in this paragraph.

2252.  Defendant admits that it has provided some of the products included in the '602 Accused Products to others, but denies that Defendant infringes any valid and enforceable claim of the '602 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2253.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2254.  Defendant admits that it has provided technical documentation to others, but denies that Defendant infringes any valid and enforceable claim of the '602 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2255.  Defendant denies the allegations in this paragraph.

2256.  Defendant denies the allegations in this paragraph.

2257.  Defendant denies the allegations in this paragraph.

2258.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 2231 of the First Amended Complaint as if fully set forth herein.

2259.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 2232 of the First Amended Complaint as if fully set forth herein.

2260.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 2236 of the First Amended Complaint as if fully set forth herein.

2261.  Defendant denies the allegations in this paragraph.

548

2262.  Defendant admits that it has provided some of the products included in the '602 Accused Products and technical documentation for some of the products included in the '602 Accused Products to others, but denies that Defendant infringes any valid and enforceable claim of the '602 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2263.  Defendant denies the allegations in this paragraph.

2264.  Defendant denies the allegations in this paragraph.

2265.  Defendant denies the allegations in this paragraph.

2266.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 793 of the First Amended Complaint as if fully set forth herein.

2267.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 794 of the First Amended Complaint as if fully set forth herein.

2268.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 795 of the First Amended Complaint as if fully set forth herein.

2269.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 796 of the First Amended Complaint as if fully set forth herein.

2270.  Defendant denies the allegations in this paragraph.

2271.  Defendant denies the allegations in this paragraph.

2272.  Defendant denies the allegations in this paragraph.

2273.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2274.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2275.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2276.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2277.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2278.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2279.  Defendant denies the allegations in this paragraph.

2280.  Defendant denies the allegations in this paragraph.

2281.  Defendant denies the allegations in this paragraph.

2282.  Defendant denies the allegations in this paragraph.

2283.  Defendant denies the allegations in this paragraph.

2284.  Defendant denies the allegations in this paragraph.

2285.  Defendant denies the allegations in this paragraph.

2286.  Defendant denies the allegations in this paragraph.

2287.  Defendant denies the allegations in this paragraph.

## FIFTH CLAIM FOR RELIEF INFRINGEMENT OF U.S. PATENT NO. 8,252,675 (AGAINST NVIDIA AND VELOCITY)

2288.  Defendant restates and incorporates by reference its responses to the allegations of Paragraphs 1-2287 of the Amended Complaint as if fully set forth herein.

2289.   Defendant admits that Exhibit E to the First Amended Complaint purports to state that the application for the U.S. Patent No. 8,252,675 was filed on November 9, 2010, purports to state that the patent was issued on August 28, 2012, and purports to state that it is entitled "Methods Of Forming CMOS Transistors With High Conductivity Gate Electrodes."  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.  The remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the remaining allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2290.   Defendant admits that what appears to be a copy of U.S. Patent No. 8,252,675 is attached as Exhibit E to the First Amended Complaint.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2291.   Defendant denies the allegations in this paragraph.

2292.   Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.  Defendant understands that TSMC may use a process that TSMC describes as a 28 nanometer high-k, metal gate process ("HKMG Processes") to manufacture some of the identified products.  Defendant denies any remaining allegations.

2293.   Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.  Defendant understands that TSMC may use processes that TSMC describes as 28HP (high performance with HKMG), 28HPL (low power with HKMG), and 28HPM (high performance for mobile computing) to manufacture some of NVIDIA's 28 nanometer products.  Defendant denies any remaining allegations.

2294.  Defendant avers that the referenced documents speak for themselves, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2295.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.  Defendant understands that TSMC may use a process that TSMC describes as 28HP (high performance with HKMG) to manufacture some of the identified products.  Defendant denies any remaining allegations.

2296.  Defendant avers that the referenced documents speak for themselves, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2297.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.  Defendant understands that TSMC may use a process that TSMC describes as 28HPL (low power with HKMG) to manufacture some of the identified products.  Defendant denies any remaining allegations.

2298.  Defendant avers that the referenced documents speak for themselves, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2299.  Defendant denies the allegations in this paragraph.

2300.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.  Defendant understands that TSMC may use a process that TSMC describes as 28HPC (high performance compact) to manufacture some of the identified products.  Defendant denies any remaining allegations.

2301. Defendant avers that the referenced document speaks for itself. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2302. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2303. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2304. Defendant admits that the Amended Complaint defines the term "'Accused 28 nm GPUs" to include the GK107 GPU. Defendant denies that it infringes any valid and enforceable claim of the '675 patent.

2305. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations. Defendant understands that TSMC may use a process that TSMC

describes as 28HP to manufacture the GK107 GPU. Defendant denies any remaining allegations.

2306. Defendant admits that the NVIDIA Kepler Press Release document appears to be a copy of a webpage on NVIDIA's publicly accessible website that states "Kepler is based on 28-nanometer (nm) process technology and succeeds the 40-nm NVIDIA Fermi architecture, which was first introduced into the market in March 2010," but denies that Defendant infringes any valid and enforceable claim of the '675 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2307. Defendant denies the allegations in this paragraph.

2308. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2309. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2310. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2311. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2312. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the

scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2313.   Defendant denies the allegations in this paragraph.

2314.   This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2315.   Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2316.   This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an

556

answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2317. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2318. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2319. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2320. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2321. Defendant denies the allegations in this paragraph.

2322. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2323. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2324. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2325. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2326. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2327. Defendant denies the allegations in this paragraph.

2328. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2329.   Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2330.   This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2331.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2332.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2333.   Defendant denies the allegations in this paragraph.

2334. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2335. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2336. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2337. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2338. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2339. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the

scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2340. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2341. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2342. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2343. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2344. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2345. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2346. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the

scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2347.   Defendant denies the allegations in this paragraph.

2348.   This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2349.   Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2350.   This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an

564

answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2351. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2352. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2353. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2354. Defendant denies the allegations in this paragraph.

2355. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an

565

answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2356. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2357. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2358. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2359.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2360.   This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.   To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.   Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.   Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2361.   Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2362.   This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.   To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended

to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2363. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2364. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2365. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2366. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2367. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2368. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2369. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2370. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2371.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2372.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2373.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2374.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2375.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2376.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2377.   This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.   To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.   Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.   Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2378.   Defendant denies the allegations in this paragraph.

2379.   This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.   To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.   Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2380. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2381. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2382. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2383.   This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2384.   Defendant denies the allegations in this paragraph.

2385.   This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2386. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2387. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2388. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

575

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2389.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2390.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2391. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2392. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2393. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2394. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2395. Defendant denies the allegations in this paragraph.

2396. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2397.   Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2398.   This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2399.   This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2400.    Defendant denies the allegations in this paragraph.

2401.    This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2402.    Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2403.    This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2404.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2405.  Defendant denies the allegations in this paragraph.

2406.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2407.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2408.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the

scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2409.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2410.   This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2411.   Defendant denies the allegations in this paragraph.

2412. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2413. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2414. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2415. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2416. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2417. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2418. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2419. Defendant denies the allegations in this paragraph.

2420. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2421. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2422. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2423. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2424. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2425. Defendant denies the allegations in this paragraph.

2426. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2427. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2428. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2429. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2430. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2431. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2432. Defendant denies the allegations in this paragraph.

2433. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

587

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2434. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2435. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2436. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2437. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2438. Defendant denies the allegations in this paragraph.

2439. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

589

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2440.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2441.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2442.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2443.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2444.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2445.  Defendant denies the allegations in this paragraph.

2446.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2447.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2448.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not

provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2449. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2450. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2451. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2452. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2453. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

593

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2454.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2455.   This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2456.   This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2457.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2458.  Defendant denies the allegations in this paragraph.

2459.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2460.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2461.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2462.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2463. Defendant denies the allegations in this paragraph.

2464. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2465. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2466. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

597

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2467.   This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2468.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2469.   Defendant denies the allegations in this paragraph.

2470.   This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not

provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2471. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2472. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2473. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not

provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2474. Defendant denies the allegations in this paragraph.

2475. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2476. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2477. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended

to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2478. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2479. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2480. Defendant denies the allegations in this paragraph.

2481. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2482. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2483. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2484.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2485.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2486.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2487.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2488.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

604

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2489. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2490. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2491.   Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2492.   This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2493.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2494.   This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2495. Defendant denies the allegations in this paragraph.

2496. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2497. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2498. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not

provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2499. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2500. Defendant denies the allegations in this paragraph.

2501. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

608

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2502.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2503.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2504.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2505.  Defendant denies the allegations in this paragraph.

2506.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an

answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2507.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2508.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2509.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an

answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2510.   Defendant denies the allegations in this paragraph.

2511.   This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2512.   Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2513.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2514.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2515.  Defendant denies the allegations in this paragraph.

2516.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an

612

answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2517.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2518.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2519.  This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an

answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2520. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2521. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not

provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2522. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2523. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2524. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2525. Defendant denies the allegations in this paragraph.

2526. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2527. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

2528. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2529. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2530. Defendant denies the allegations in this paragraph.

2531. This allegation relies on a term(s) found in the claims of the '675 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '675 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '675 patent.

2532. Defendant denies the allegations in this paragraph.

2533. Defendant denies the allegations in this paragraph.

2534.  Defendant admits that it has used some of the products included in the identified products to some extent, but denies that Defendant infringes any valid and enforceable claim of the '675 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2535.  Defendant admits that it has used some of the products included in the identified products to some extent for demonstration, testing, and development purposes, but denies that Defendant infringes any valid and enforceable claim of the '675 patent.  Except as expressly admitted, Defendant denies all other averments that directly or indirectly concern NVIDIA.

2536.  Defendant admits that it has used some of the products included in the identified products to some extent for demonstration, testing, and development purposes, but denies that Defendant infringes any valid and enforceable claim of the '675 patent.  Except as expressly admitted, Defendant denies all other averments that directly or indirectly concern NVIDIA.

2537.  Defendant admits that it has used some of the identified products to some extent for demonstration, testing, and development purposes, but denies that Defendant infringes any valid and enforceable claim of the '675 patent.  Except as expressly admitted, Defendant denies all other averments that directly or indirectly concern NVIDIA.

2538.  Defendant admits that it has used some of the products included in the identified products to some extent for demonstration, testing, and development purposes, but denies that Defendant infringes any valid and enforceable claim of the '675 patent.  Except as expressly admitted, Defendant denies all other averments that directly or indirectly concern NVIDIA.

2539.  Defendant denies the allegations in this paragraph.

2540.  Defendant admits that it has imported, offered to sell, and sold some of the identified products, but denies that Defendant infringes any valid and enforceable claim of the '675 patent.  Except as expressly admitted, Defendant denies all other averments that directly or indirectly concern NVIDIA.

2541.  Defendant admits that it has imported, offered to sell, and sold some of the products included in the identified products to some extent, but denies that Defendant infringes any valid and enforceable claim of the '675 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2542.  Defendant admits that it has sold some of the products included in the identified products to customers to some extent, but denies that Defendant infringes any valid and enforceable claim of the '675 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2543.  Defendant admits that it has sold the NVIDIA Shield Tablet and NVIDIA Shield Portable from http://store.nvidia.com, but denies that Defendant infringes any valid and enforceable claim of the '675 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2544.  Defendant admits that it has sold some of the products included in the identified products to customers to some extent, but denies that Defendant infringes any valid and enforceable claim of the '675 patent.  Except as expressly admitted, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2545.   Defendant admits the allegations in this paragraph.

2546.   Defendant admits that it has sold some of the products included in the identified products to customers to some extent, but denies that Defendant infringes any valid and enforceable claim of the '675 patent.   Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2547.   Defendant denies the allegations in this paragraph.

2548.   Defendant denies the allegations in this paragraph.

2549.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2550.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2551.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2552.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2553. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2554. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2555. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2556. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2557. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2558. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2559. Defendant admits the allegations in this paragraph.

2560. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2561. Defendant denies the allegations in this paragraph.

2562. Defendant denies the allegations in this paragraph.

2563. Defendant admits that it has provided some of the identified products to others, but denies that Defendant infringes any valid and enforceable claim of the '675 patent. Except as expressly admitted, the remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2564. Defendant admits that it has provided some of the identified products to others, but denies that Defendant infringes any valid and enforceable claim of the '675 patent. Except as expressly admitted, the remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2565. Defendant denies the allegations in this paragraph.

2566. Defendant denies the allegations in this paragraph.

2567. Defendant admits that it has sold some of the identified products to customers, but denies that Defendant infringes any valid and enforceable claim of the '675 patent. Except as expressly admitted, the remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks

knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2568.   Defendant admits that it has sold the NVIDIA Shield Tablet and NVIDIA Shield Portable from http://store.nvidia.com, but denies that Defendant infringes any valid and enforceable claim of the '675 patent.   Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2569.   Defendant denies the allegations in this paragraph.

2570.   Defendant admits that it has provided some of the identified products and technical documentation for at least some of these products to others, but denies that Defendant infringes any valid and enforceable claim of the '675 patent.   Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them

2571.   Defendant denies the allegations in this paragraph.

2572.   Defendant denies the allegations in this paragraph.

2573.   Defendant denies the allegations in this paragraph.

2574.   Defendant admits that the identified NVIDIA PartnerForce Info document is a copy of a webpage on NVIDIA's publicly accessible website that states "NVIDIA Authorized Board Partner Program ensures an exceptional customer experience when purchasing graphics cards and motherboards manufactured by partners that make use of NVIDIA's latest technologies," but denies that Defendant infringes any valid and enforceable claim of the '675 patent.   Except as expressly admitted, Defendant is without knowledge or information sufficient

to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2575.    Defendant admits that the identified NVIDIA PartnerForce Info document is a copy of a webpage on NVIDIA's publicly accessible website that states "NVIDIA Authorized Board Partners offer the latest technologies from NVIDIA" and identifies six Authorized Board Partners under "USA" and six under "Canada."  Defendant denies that the NVIDIA PartnerForce Info document lists ten distributors in the United States (including "pre and post sales technical support") and seven in Canada.  Defendant denies that it infringes any valid and enforceable claim of the '675 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2576.    Defendant admits that the NVIDIA PartnerForce Program document is a copy of a webpage on NVIDIA's publicly accessible website that states that the "NVIDIA PartnerForce Program" is "a sales and marketing program for value-added resellers, system builders, etailers and retailers who sell NVIDIA based componnents or systems."  Defendant denies that it infringes any valid and enforceable claim of the '675 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2577.    Defendant admits that the NVIDIA PartnerForce Program document is a copy of a webpage on NVIDIA's publicly accessible website that states "[b]y joining the PartnerForce Program, you may leverage the world-class brands and technology platforms from NVIDIA, sales and technical support from our experienced team and hundreds of turnkey sales and marketing tools."  Defendant denies that it infringes any valid and enforceable claim of the '675

624

patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2578. Defendant admits that the NVIDIA PartnerForce Program document is a copy of a webpage on NVIDIA's publicly accessible website that states "The NVIDIA PartnerForce Program is a sales and marketing program for value-added resellers, system builders, etailers and retailers" and lists marketing materials and templates, including retail display items, web banners, copy blocks, logos, product shots, email and web page templates under "Sales and Marketing Tools." Defendant denies that it infringes, directly or indirectly, any valid and enforceable claim of the '675 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2579. Defendant admits that the Traveling The Road To Silicon Motown document is a copy of a webpage blog on NVIDIA's publicly accessible website that states "At the Ford Event and Conference Center, in Dearborn, Mich., NVIDIA showcased its latest processor technologies, which power everything from the CAD software that designers use to style cars to the infotainment systems that drivers use to map their trips and listen to music." Defendant denies that it infringes, directly or indirectly, any valid and enforceable claim of the '675 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2580. Defendant denies the allegations in this paragraph.

2581. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2582. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2583. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2584. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2585. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2586. Defendant denies the allegations in this paragraph.

2587. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2588. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2589. Defendant denies the allegations in this paragraph.

2590. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2591. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2592. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2593. Defendant denies the allegations in this paragraph.

2594. Defendant denies the allegations in this paragraph.

2595. Defendant denies the allegations in this paragraph.

2596. Defendant denies the allegations in this paragraph.

## SIXTH CLAIM FOR RELIEF INFRINGEMENT OF
## U.S. PATENT NO. 6,804,724 (AGAINST NVIDIA AND VELOCITY)

2597. Defendant restates and incorporates by reference its responses to the allegations of Paragraphs 1-2596 of the Amended Complaint as if fully set forth herein.

2598. Defendant admits that Exhibit F to the First Amended Complaint purports to state that the application for the U.S. Patent No. 6,804,724 was filed on April 29, 1999, purports to state that the patent was issued on October 12, 2004, and purports to state that it is entitled "Analog/Digital Display Adapter and a Computer System Having the Same." Defendant states that it does not infringe any valid and enforceable claim of the '724 patent. The remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the remaining allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2599. Defendant admits that what appears to be a copy of U.S. Patent No. 6,804,724 is attached as Exhibit F to the First Amended Complaint. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2600. Defendant denies the allegations in this paragraph.

2601. Defendant denies the allegations in this paragraph.

2602. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

627

2603.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2604.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2605.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2606.   This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2607.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2608.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2609.   Defendant denies the allegations in this paragraph.

2610.   Defendant admits that the Amended Complaint defines the term "'724 Accused Mobile GPUs" to include certain NVIDIA graphics processing units.  This allegation relies on

628

terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2611. Defendant admits that the Amended Complaint defines the term "'724 Accused Mobile GPUs" to include NVIDIA GPUs that support DisplayPort. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2612. The phrase "detect hot plug detect signals in similar ways" is vague and ambiguous at least because Plaintiffs have not explained what they mean by this phrase. To the extent this paragraph makes allegations regarding the alleged invention and the scope of the

629

claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. This allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2613. Defendant admits that the identified document states that "DCB 4.0 is used with Core6, Core7, and Core8 VBIOS (G80+)." Defendant further admits that in the context that the identified document is normally used, it appears to be accurate in that context. To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

2614. The phrase "[a]ccording to the DCB 4.0, the hot plug detect signal is linked to a GPIO pin" is vague and ambiguous at least because Plaintiffs have not identified the portion(s) of the identified document upon which they rely and have not explained what they mean by this phrase. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them. To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.

2615. Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

630

2616.  Defendant admits that depending on the context, laptop computers could be considered portable computers.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2617.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2618.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2619.  Defendant admits that the Amended Complaint defines the term "'724 Accused Mobile GPUs" to include GPUs that are "used, or intended for use, in laptop computers."  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective

631

assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2620. Defendant admits that depending on the context, laptop computers could be considered portable computers. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2621. Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2622. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2623. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2624. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2625. Defendant admits that the Amended Complaint defines the term "'724 Accused Mobile GPUs" to include GPUs that are "used, or intended for use, in laptop computers." This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2626. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2627. Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2628. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2629. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2630. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2631. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2632. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2633.  Defendant admits that in the context of how the term "LVDS" is used in the identified document, the GeForce GTS 250M could support at least some parts of LVDS.  To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent.   To the extent Plaintiffs are defining the term in a different way, Plaintiffs have provided no definition for such term. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2634.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2635.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

636

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2636. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2637. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2638.   This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2639.   Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2640.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2641.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2642.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2643. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2644. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2645. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2646. Defendant admits that the Amended Complaint defines the term "'724 Accused Mobile GPUs" to include NVIDIA GPUs that support DisplayPort. Defendant further admits that the Amended Complaint defines the term "'724 Accused Mobile GPUs" to include GPUs that are "used, or intended for use, in laptop computers." To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. This allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies

639

them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2647.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2648.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2649.  Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2650.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2651.  Defendant admits that depending on context the GeForce GTS 250M could support DisplayPort.  Defendant admits that the identified Standard document includes the quoted language.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

641

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2652. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2653. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2654. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2655. Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2656. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

643

2657.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2658.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2659.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2660.  Defendant admits that the identified Standard document includes the quoted language.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2661. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2662. Defendant admits that the identified document includes the quoted language. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2663.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2664.  Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2665.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

646

2666.   This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2667.   Defendant admits that the identified document includes the quoted language.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2668.   Defendant admits that the identified Standard document includes the quoted language.  This allegation relies on terms found in the claims of the '724 patent and contains

647

legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2669.  Defendant admits that the identified Standard document includes the quoted language.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2670.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2671. Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2672. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2673. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2674. Defendant denies the allegations in this paragraph.

2675. Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2676. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2677. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is

650

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2678.    Defendant denies the allegations in this paragraph.

2679.    Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2680.    Defendant admits that depending on the context, laptop computers could be considered portable computers. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2681.  Defendant admits that the Amended Complaint defines the term "'724 Accused Mobile GPUs" to include GPUs that are "used, or intended for use, in laptop computers."  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2682.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2683.  Defendant admits that depending on the context, laptop computers could be considered portable computers.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

652

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2684.  Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2685.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2686.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2687.  Defendant admits that the Amended Complaint defines the term "'724 Accused Mobile GPUs" to include GPUs that are "used, or intended for use, in laptop computers."  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2688.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

653

2689.   This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2690.   Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2691.   This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2692.   Defendant admits that depending on context the GeForce GTX 770M could be considered a GPU.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2693.   This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2694.   Defendant admits that in the context of how the term "LVDS" is used in the identified document, the GeForce GTS 770M could support at least some parts of LVDS.  To the

extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '158 patent. To the extent Plaintiffs are defining the term in a different way, Plaintiffs have provided no definition for such term. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2695. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2696. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2697. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2698. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2699.  Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2700.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2701.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2702.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2703.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2704.  This allegation relies on a term found in the claims of the '724 patent.  To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2705.  This allegation relies on a term found in the claims of the '724 patent.  To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an

interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2706.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2707.  Defendant admits that the Amended Complaint defines the term "'724 Accused Mobile GPUs" to include NVIDIA GPUs that support DisplayPort. Defendant further admits that the Amended Complaint defines the term "'724 Accused Mobile GPUs" to include GPUs that are "used, or intended for use, in laptop computers." This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2708.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to

659

interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2709.  Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2710.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2711.  Defendant admits that depending on context the GeForce GTX 770M could support DisplayPort.  Defendant admits that the identified standard document includes the quoted language.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an

660

answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2712. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2713. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not

provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2714. Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2715. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2716. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not

provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2717. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2718. Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2719. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not

provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2720. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2721. Defendant admits that the identified document includes the quoted language. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant

lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2722. Defendant admits that the identified Standard document includes the quoted language. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2723. Defendant admits that the identified Standard document includes the quoted language. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

665

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2724.   This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2725.   Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2726.   This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

666

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2727. Defendant admits that the identified document includes the quoted language. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2728. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2729. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2730. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2731. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2732. Defendant denies the allegations in this paragraph.

2733.  Defendant denies the allegations in this paragraph.

2734.  Defendant denies the allegations in this paragraph.

2735.  Defendant denies the allegations in this paragraph.

2736.  Defendant denies the allegations in this paragraph.

2737.  Defendant denies the allegations in this paragraph.

2738.  Defendant denies the allegations in this paragraph.

2739.  Defendant denies the allegations in this paragraph.

2740.  Defendant denies the allegations in this paragraph.

2741.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2742.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2743.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2744.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2745.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2746.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2747.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2748. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2749. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2750. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2751. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2752. Defendant admits the allegations in this paragraph.

2753. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2754. Defendant denies the allegations in this paragraph.

2755. Defendant denies the allegations in this paragraph.

2756. Defendant denies the allegations in this paragraph.

2757. Defendant admits that it has provided some of the identified products to others but denies that it infringes any valid and enforceable claim of the '724 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2758. Defendant denies the allegations in this paragraph.

2759. Defendant denies the allegations in this paragraph.

2760. Defendant admits that it has provided technical documentation to others, but denies that Defendant infringes any valid and enforceable claim of the '724 patent. Except as

expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2761.   Defendant admits that it has sold some of the identified products but denies that it infringes any valid and enforceable claim of the '724 patent.  Defendant denies the remaining allegations.

2762.   Defendant admits that it has provided some of the identified products and technical documentation for some of these products to others, but denies that Defendant infringes any valid and enforceable claim of the '724 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them

2763.   Defendant denies the allegations in this paragraph.

2764.   Defendant admits that the identified document appears to be a printout from NVIDIA's website.  To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required.

2765.   Defendant denies the allegations in this paragraph.

2766.   Defendant denies the allegations in this paragraph.

2767.   Defendant denies the allegations in this paragraph.

2768.   Defendant denies the allegations in this paragraph.

2769.   Defendant admits that the identified NVIDIA PartnerForce Info document is a copy of a webpage on NVIDIA's publicly accessible website that states "NVIDIA Authorized Board Partner Program ensures an exceptional customer experience when purchasing graphics cards and motherboards manufactured by partners that make use of NVIDIA's latest technologies," but denies that Defendant infringes any valid and enforceable claim of the '724

patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2770.  Defendant admits that the identified NVIDIA PartnerForce Info document is a copy of a webpage on NVIDIA's publicly accessible website that states "NVIDIA Authorized Board Partners offer the latest technologies from NVIDIA" and identifies six Authorized Board Partners under "USA" and six under "Canada."  Defendant denies that the NVIDIA PartnerForce Info document lists ten distributors in the United States (including "pre and post sales technical support") and seven in Canada.  Defendant denies that it infringes any valid and enforceable claim of the '724 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2771.  Defendant admits that the identified NVIDIA PartnerForce Info document is a copy of a webpage on NVIDIA's publicly accessible website that includes the quoted language, but denies that Defendant infringes any valid and enforceable claim of the '724 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2772.  Defendant admits that the identified NVIDIA PartnerForce Info document is a copy of a webpage on NVIDIA's publicly accessible website that includes the quoted language, but denies that Defendant infringes any valid and enforceable claim of the '724 patent.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2773.    Defendant admits that the NVIDIA PartnerForce Program document is a copy of a webpage on NVIDIA's publicly accessible website that states "The NVIDIA PartnerForce Program is a sales and marketing program for value-added resellers, system builders, etailers and retailers" and lists marketing materials and templates, including retail display items, web banners, copy blocks, logos, product shots, email and web page templates under "Sales and Marketing Tools." Defendant denies that it infringes any valid and enforceable claim of the '724 patent. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2774.    Defendant denies the allegations in this paragraph.

2775.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2776.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2777.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2778.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2779.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2780.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2781.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2782.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2783.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2784.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2785.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2786.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2787.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.  Defendant denies that it infringes any valid and enforceable claim of the '724 patent.

2788.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2789.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2790.  Defendant denies the allegations in this paragraph.

2791.  Defendant denies the allegations in this paragraph.

2792.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

674

2793.   Defendant denies the allegations in this paragraph.

2794.   Defendant denies the allegations in this paragraph.

2795.   Defendant denies the allegations in this paragraph.

2796.   Defendant denies the allegations in this paragraph.

2797.   Defendant denies the allegations in this paragraph.

2798.   This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2799.   Defendant denies the allegations in this paragraph.

2800.   Defendant denies the allegations in this paragraph.

**SEVENTH CLAIM FOR RELIEF INFRINGEMENT OF
U.S. PATENT NO. 7,073,054 (AGAINST VELOCITY)**

2801.   Defendant restates and incorporates by reference its responses to the allegations of Paragraphs 1-2800 of the Amended Complaint as if fully set forth herein.

2802.   Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

675

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2803. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2804. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2805. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2806. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2807. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2808. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2809. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2810. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2811. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2812. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2813. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

677

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2814. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2815. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2816. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2817. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2818. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2819. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2820. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2821. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2822. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2823. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2824. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2825. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2826. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2827. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2828. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2829. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2830. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2831. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2832. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2833. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2834. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2835. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2836. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2837. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2838. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2839. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2840. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2841. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2842. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2843. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2844. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2845. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2846. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2847. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2848. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2849. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2850. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2851. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2852. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2853. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2854. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2855. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2856. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2857. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2858. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2859. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2860. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2861. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2862. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2863. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2864. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2865. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2866. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2867. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2868. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

687

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2869. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2870. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2871. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2872. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2873. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2874. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2875. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2876. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2877. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2878. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2879. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

689

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2880. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2881. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2882. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2883. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2884. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2885. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2886. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2887. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2888. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2889. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2890. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2891. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2892. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2893. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2894. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2895. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2896. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2897. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2898. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2899. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2900. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2901. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

693

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2902. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2903. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2904. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2905. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2906. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

694

2907. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2908. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2909. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2910. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2911. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2912. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2913. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2914. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2915. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2916. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2917. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2918. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2919. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2920. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2921. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2922. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2923. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2924. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2925. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2926. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2927. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2928. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2929. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2930. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2931. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2932. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2933. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2934. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2935. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2936. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2937. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2938. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2939. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2940. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2941. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2942. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2943. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2944. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2945. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2946. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2947. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2948. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2949. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2950. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2951. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2952. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2953. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2954. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2955. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2956. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2957. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2958. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2959. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2960. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2961. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2962. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2963. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2964. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2965. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2966. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2967. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2968. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2969. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2970. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2971. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2972. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2973. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2974. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2975. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2976. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2977. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2978. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2979. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2980. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2981. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2982. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2983. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2984. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2985. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2986. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2987. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2988. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2989. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2990. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2991. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2992. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2993. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2994. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2995. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2996. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2997. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2998. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2999. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3000. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3001.  Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3002.  Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3003.  Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3004.  Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3005.  Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3006. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3007. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3008. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3009. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3010. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3011. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3012. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3013. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3014. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3015. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3016. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3017. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3018. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3019. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3020. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3021. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3022. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3023. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3024. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3025. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3026. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3027. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3028. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3029. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3030. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3031. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3032. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3033. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3034. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3035. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3036. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3037. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3038. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3039. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3040. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3041. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3042. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3043. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3044. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

719

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3045. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3046. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3047. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3048. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3049. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3050. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3051. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3052. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3053. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3054. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3055. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3056. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3057. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3058. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3059. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3060. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3061. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3062. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

## EIGHTH CLAIM FOR RELIEF INFRINGEMENT OF U.S. PATENT NO. 5,777,854 (AGAINST VELOCITY)

3063. Defendant restates and incorporates by reference its responses to the allegations of Paragraphs 1-3062 of the Amended Complaint as if fully set forth herein.

3064. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3065. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3066. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3067. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3068. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3069. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3070. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3071. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3072. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3073. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3074. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3075. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3076. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3077. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3078. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3079. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3080. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3081. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3082. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3083. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3084. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3085. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3086. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3087. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3088. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3089. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3090. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3091. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3092. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3093. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3094. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3095. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3096. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3097. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3098. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3099. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3100. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3101. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3102. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3103. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3104. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3105. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3106. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3107. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3108. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3109. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3110. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3111. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3112. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3113. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3114. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3115. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3116. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3117. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3118. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3119. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3120. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3121. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3122. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3123. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3124. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3125. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3126. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3127. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3128. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3129. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3130. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3131. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3132. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3133. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3134. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3135. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3136. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3137. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3138. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3139. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3140. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3141. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3142. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3143. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3144. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3145. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3146. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3147. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3148. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3149. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3150. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3151. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3152. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3153. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3154. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3155. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3156. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3157. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3158. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3159. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3160. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3161. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3162. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3163. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3164. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3165. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3166. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3167. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3168. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3169. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3170. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3171. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3172. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3173. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3174. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3175. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3176. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3177. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3178. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3179. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3180. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3181. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3182. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3183. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3184. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3185. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3186. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3187. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3188. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3189. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3190. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3191. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3192. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3193. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3194. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3195. Defendant states that this paragraph contains no factual allegations against NVIDIA that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

### NINTH CLAIM FOR RELIEF FALSE ADVERTISING (AGAINST NVIDIA) (VA. CODE §§ 18.2-216 AND 59.1-68.3)

3196. Defendant restates and incorporates by reference its responses to the allegations of Paragraphs 1-3195 of the Amended Complaint as if fully set forth herein.

3197. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3198. Defendant admits that it sells a device named the Shield Tablet. Defendant further admits that the Shield Tablet supports the Android operating system. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in this paragraph, and on that basis deny them.

3199. Defendant admits the NVIDIA Shield Tablet contains an NVIDIA Tegra K1 SOC. Defendant further avers that the referenced document speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3200.  Defendant denies the allegations in this paragraph.

3201.  Defendant denies the allegations in this paragraph.

3202.  Defendant denies the allegations in this paragraph.

3203.  Defendant denies the allegations in this paragraph.

3204.  Defendant denies the allegations in this paragraph.

3205.  Defendant avers that the referenced documents speak for themselves, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3206.  Defendant denies the allegations in this paragraph.

## JURY DEMAND

3207.  Defendant acknowledges that Plaintiff demands a trial by jury on all issues.

## RESPONSE TO PRAYER FOR RELIEF

Answering Plaintiff's request for judgment, Defendant denies that they infringe or have infringed any valid and enforceable claim of the Asserted Patents.  Defendant also denies that Plaintiffs are entitled to any relief requested against Defendant, including damages, interest, costs, disbursements, attorneys' fees, expenses, or any other relief of any kind, including, without limitation, Paragraphs (i) through (vii) of Plaintiffs' prayer for relief.

## DEFENSES

To the extent not expressly admitted above, the factual allegations contained in the Amended Complaint are denied. Subject to the responses above, Defendant alleges and asserts the following defenses in response to the allegations set forth in the Amended Complaint, undertaking the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated herein. In addition to the defenses and affirmative defenses set forth below, and subject to its responses above, Defendant specifically

748

maintains the right to allege additional defenses pursuant to Rule 8(c) of the Federal Rules of Civil Procedure, the Patent Laws of the United States, and any other defenses, at law or in equity, that now exist or in the future may become known through the course of litigation discovery and further factual investigation in this case.

## FIRST DEFENSE
### (Non-Infringement)

Defendant is not infringing and has not infringed, either literally or under the doctrine of equivalents, directly, by inducement, contributorily, or in any way, any valid enforceable claim of the patents-in-suit.

## SECOND DEFENSE
### (Invalidity)

### 1.      Invalidity of the '158 Patent

Plaintiffs' claims are barred because the claims of the '158 patent are invalid for failure to comply with the requirements of 35 U.S.C. §§ 102, 103 and 112.  The asserted claims of the '158 patent recite a method for controlling a cache, involving a cache controller and request ID values, among other elements.  At least under Plaintiffs' apparent interpretation of the claims, the claimed limitations were well known in the art prior to the '158 patent's filing date of November 15, 1996.  *See, e.g.,* U.S. Patent. Pub. No. 2007/0101103 ("Nguyen") at, *e.g.*, ¶¶ 384-390.  Thus the asserted claims of the '158 patent are invalid for failure to satisfy one or more of the requirements of 35 U.S.C. §§ 102 and 103.  To the extent that the Nguyen reference does not anticipate the asserted claims of the '158 patent, there are numerous other references that invalidate the asserted claims, including but not limited to U.S. Patent No. 5,778,434 (the "'434 patent"), either alone or in combination with other references.  As an example, and without limitation, at least under Plaintiffs' apparent interpretation of the claims, the '434 patent discloses a "cache control unit" that can receive a request for data, provide an "identification tag"

749

for the request, and  initiate processing of the request after receiving the request.   '434 patent at, *e.g.*, Fig. 1, col. 1, ll. 48-60, col. 2, ll. 43-56, col. 4, ll. 58-66, col. 5, ll. 49-55.  Moreover, it would have been obvious to one of ordinary skill in the art to combine Nguyen with many other references, including the '434 patent, as these references identify and address the same set of technical issues and suggest similar solutions to those issues.  For example, each of these two references relates to a memory cache and the references share an inventor.  Additionally, any alleged differences between the asserted claims of the '158 patent and either of these two references are trivial and, when combined with the knowledge of one of ordinary skill in the art at the relevant time, each such claim is obvious under 35 U.S.C. § 103.

Further, the asserted claims of the '158 patent are invalid for failure to comply with the requirements of 35 U.S.C. § 112 including, but not limited to, lack of written description, failure to particularly point out and distinctly claim the alleged invention, failure to enable any person skilled in the art to make and use the alleged invention, and/or failure to inform, with reasonable certainty, those skilled in the art about the scope of the invention.  For example, at least under Plaintiffs' apparent interpretation of the claims, each asserted claim is invalid for lack of sufficient written description and failure to enable any person skilled in the art to make and use the alleged invention as the specification fails to disclose providing by the cache controller a first or second request ID value.

## 2.      Invalidity of the '938 Patent

Plaintiffs' claims are barred because the claims of the '938 patent are invalid for failure to comply with the requirements of 35 U.S.C. §§ 102, 103 and 112.  At least under Plaintiffs' apparent interpretation of the claims, the claimed limitations were well known in the art prior to the '938 patent's purported foreign priority date of March 3, 1999.  *See, e.g.*, U.S. Patent No.

6,067,632 ("Yamaguchi") at, *e.g.*, 1:5-39, 2:57-3:8, 5:19-49, 6:36-43, 7:39-8:51. Thus, the asserted claims of the '938 patent are invalid for failure to satisfy one or more of the requirements of 35 U.S.C. §§ 102 and 103. To the extent that the Yamaguchi reference does not anticipate the asserted claims of the '938 patent, there are numerous other references that invalidate the asserted claims, including but not limited to U.S. Patent No. 5,950,229 ("Jeddeloh"), either alone or in combination with other references. As an example, and without limitation, at least under Plaintiffs' apparent interpretation of the claims, the Jeddeloh reference discloses a memory device which controls and minimizes RAS/CAS delays in memory operations. Jeddeloh at, *e.g.*, 1:44-2:15, 3:5-24, 5:29-56, 6:13-48. Moreover, it would have been obvious to one of ordinary skill in the art to combine the Yamaguchi reference with many other references, including the Jeddeloh reference, as these references identify and address the same set of technical issues and suggest similar solutions to those issues. For example, each of these two references relates to a memory device with rows and columns and the timing of access commands. Additionally, any alleged differences between the asserted claims of the '938 patent and either of these two references are trivial and, when combined with the knowledge of one of ordinary skill in the art at the relevant time, each such claim is obvious under 35 U.S.C. § 103.

Further, the asserted claims of the '938 patent are invalid for failure to comply with the requirements of 35 U.S.C. § 112 including, but not limited to, lack of written description, failure to particularly point out and distinctly claim the alleged invention, failure to enable any person skilled in the art to make and use the alleged invention, and/or failure to inform, with reasonable certainty, those skilled in the art about the scope of the invention. For example, claim 18 of the '938 patent is indefinite as it claims an apparatus and recites method steps. As another example, claim 18 of the '938 patent is invalid as the specification does not provide sufficient written

751

description to support or enable a synchronous DRAM synchronized with a clock signal after predetermined column access strobe (CAS) latency has lapsed from a column access command.

**3.      Invalidity of the '902 Patent**

Plaintiffs' claims are barred because the claims of the '902 patent are invalid for failure to comply with the requirements of 35 U.S.C. §§ 102, 103 and 112.  The asserted claims of the '902 patent recite a method of forming a contact hole for a microelectronic structure, involving steps for forming a field oxide layer, a first and second conductive layer, and a contact hole, among other elements.  At least under Plaintiffs' apparent interpretation of the claims, the claimed limitations were well known in the art prior to the '902 patent's alleged priority date of November 12, 1996.  *See, e.g.*, U.S. Patent No. 5,451,539 ("Ryou") at *e.g.*, Figs. 3 and 4 and all accompanying text.  Thus the asserted claims of the '902 patent are invalid for failure to satisfy one or more of the requirements of 35 U.S.C. §§ 102 and 103.  To the extent that the Ryou reference does not anticipate the asserted claims of the '902 patent, there are numerous other references that invalidate the asserted claims, including but not limited to U.S. Patent No. 5,432,116 ("Keum"), either alone or in combination with other references.  As an example, and without limitation, at least under Plaintiffs' apparent interpretation of the claims, Keum discloses a method of forming a contact hole for a microelectronic structure, involving steps for forming a field oxide layer, a first and second conductive layer, and a contact hole.  Keum at, *e.g.*, Fig. 1 and all accompanying text.  Moreover, it would have been obvious to one of ordinary skill in the art to combine the Ryou reference with many other references, including the Keum reference, as these references identify and address the same set of technical issues and suggest similar solutions to those issues.  For example, each of these two references relates to forming a contact hole between gates.  Additionally, any alleged differences between the asserted claims of the

'902 patent and either of these two references are trivial and, when combined with the knowledge of one of ordinary skill in the art at the relevant time, each such claim is obvious under 35 U.S.C. § 103.

Further, the asserted claims of the '902 patent are invalid for failure to comply with the requirements of 35 U.S.C. § 112 including, but not limited to, lack of written description, failure to particularly point out and distinctly claim the alleged invention, failure to enable any person skilled in the art to make and use the alleged invention, and/or failure to inform, with reasonable certainty, those skilled in the art about the scope of the invention.  For example, at least under Plaintiffs' apparent interpretation of the claims, each asserted claim is invalid as it fails to inform, with reasonable certainty, those skilled in the art about the scope of at least the following terms:  forming an insulating layer on said substrate, said field isolation layer, said first patterned conductive layer, and said etch inhibiting layer; forming an insulating layer covering said substrate, said field isolation layer, said first and second patterned layers.

4.     **Invalidity of the '602 Patent**

Plaintiffs' claims are barred because the claims of the '602 patent are invalid for failure to comply with the requirements of 35 U.S.C. §§ 102, 103 and 112.  The asserted claims of the '602 patent recite a data strobe input buffer comprising a differential amplifier or  a method involving amplifying and outputting differentially amplified data strobe signals, among other elements.  At least under Plaintiffs' apparent interpretation of the claims, the claimed limitations were well known in the art prior to the '602 patent's provisional filing date of May 10, 2002.  *See, e.g.,* U.S. Patent No. 6,522,599 ("Ooishi") at, *e.g.*, 2:8-23, 4:57-59, 12:22-35, 14:20-39, 18:18-43, 19:44-20:30.  Thus, the asserted claims of the '602 patent are invalid for failure to satisfy one or more of the requirements of 35 U.S.C. §§ 102 and 103.  To the extent that the

753

Ooishi reference does not anticipate the asserted claims of the '602 patent, there are numerous other references that invalidate the asserted claims, including but not limited to U.S. Patent No. 5,243,623 ("Murdock"), either alone or in combination with other references. As an example, and without limitation, at least under Plaintiffs' apparent interpretation of the claims, the Murdock reference discloses a differential receiver that can operate in either a differential or a single-ended mode depending on the level of a control signal. Murdock at, *e.g.*, 2:9-34, 3:28-52, 4:1-18, 4:31-37, 4:63-5:4, 5:20-6:9. Moreover, it would have been obvious to one of ordinary skill in the art to combine the Ooishi reference with many other references, including the Murdock reference, as these references identify and address the same set of technical issues and suggest similar solutions to those issues. For example, each of these two references relates to a signal receiver with multiple modes. Additionally, any alleged differences between the asserted claims of the '602 patent and either of these two references are trivial and, when combined with the knowledge of one of ordinary skill in the art at the relevant time, each such claim is obvious under 35 U.S.C. § 103.

Further, the asserted claims of the '602 patent are invalid for failure to comply with the requirements of 35 U.S.C. § 112 including, but not limited to, lack of written description, failure to particularly point out and distinctly claim the alleged invention, failure to enable any person skilled in the art to make and use the alleged invention, and/or failure to inform, with reasonable certainty, those skilled in the art about the scope of the invention. For example, at least under Plaintiffs' apparent interpretation of the claims, claim 26 of the '602 patent is invalid as the specification does not provide sufficient written description to support or enable a differential amplifier that outputs two different differentially amplified data strobe signals. As another example, at least under Plaintiffs' apparent interpretation of the claims, claim 1 of the '602

754

Case 3:14-cv-00757-REP-DJN   Document 59   Filed 03/03/15   Page 755 of 766 PageID# 5152

patent is invalid as the full scope of the claim is not supported by the disclosure. As another example, claim 26 of the '602 patent is invalid, at least under Plaintiffs' apparent interpretation of the claims, as the claim fails to reasonably enable a person of ordinary skill in the art to practice the full scope of the claimed method of controlling propagation delay time of a semiconductor memory. As another example, claim 27 of the '602 patent is indefinite as "the level of the control signal" lacks an explicit antecedent basis.

## 5.  **Invalidity of the '675 Patent**

Plaintiffs' claims are barred because the claims of the '675 patent are invalid for failure to comply with the requirements of 35 U.S.C. §§ 102, 103 and 112. The asserted claims of the '675 patent recite a method of forming a gate transistor, involving steps for forming a gate insulating layer, metal layers, and a dummy gate electrode layer, among other elements. At least under Plaintiffs' apparent interpretation of the claims, the claimed limitations were well known in the art prior to the '675 patent's filing date of November 9, 2010. *See, e.g.*, U.S. Patent No. 8,404,535 ("Yu") at *e.g.*, Figs. 1-9 and all accompanying text. Thus the asserted claims of the '675 patent are invalid for failure to satisfy one or more of the requirements of 35 U.S.C. §§ 102 and 103. To the extent that the Yu reference does not anticipate the asserted claims of the '675 patent, there are numerous other references that invalidate the asserted claims, including but not limited to U.S. Publication No. 2009/0321842 ("Matsubara"), either alone or in combination with other references. As an example, and without limitation, at least under Plaintiffs' apparent interpretation of the claims, Matsubara discloses a method of forming a gate transistor that includes forming a gate insulating layer, metal layers, and a dummy gate electrode layer. Matsubara at, *e.g.*, Figs. 1-3 and all accompanying text. Moreover, it would have been obvious to one of ordinary skill in the art to combine the Yu reference with many other

755

references, including the Matsubara reference, as these references identify and address the same set of technical issues and suggest similar solutions to those issues. For example, each of these two references relates to forming a layered gate transistor. Additionally, any alleged differences between the asserted claims of the '675 patent and either of these two references are trivial and, when combined with the knowledge of one of ordinary skill in the art at the relevant time, each such claim is obvious under 35 U.S.C. § 103.

Further, the asserted claims of the '675 patent are invalid for failure to comply with the requirements of 35 U.S.C. § 112 including, but not limited to, lack of written description, failure to particularly point out and distinctly claim the alleged invention, failure to enable any person skilled in the art to make and use the alleged invention, and/or failure to inform, with reasonable certainty, those skilled in the art about the scope of the invention. For example, at least under Plaintiffs' apparent interpretation of the claims, each asserted claim is invalid as it fails to inform, with reasonable certainty, those skilled in the art about the scope of at least the following terms: "metal buffer gate electrode layer"; "metal gate electrode layer".

### 6.    Invalidity of the '724 Patent

Plaintiffs' claims are barred because the claims of the '724 patent are invalid for failure to comply with the requirements of 35 U.S.C. §§ 102, 103 and 112. The asserted claims of the '724 patent recite a portable computer system with a video controller, external video port connecting a digital cable to an external digital monitor, and a digital transmitter, among other elements. At least under Plaintiffs' apparent interpretation of the claims, the claimed limitations were well known in the art prior to the '724 patent's filing date of April 29, 1999. *See, e.g.,* U.S. Patent No. 5,710,570 ("Wada") at, *e.g.*, Figs. 1-2 and accompanying text. Thus the asserted claims of the '724 patent are invalid for failure to satisfy one or more of the requirements of 35

756

U.S.C. §§ 102 and 103.  To the extent that the Wada reference does not anticipate the asserted claims of the '724 patent, there are numerous other references that invalidate the asserted claims, including but not limited to the VESA Plug & Display Standard, Version 1 ("Plug & Display"), either alone or in combination with other references.  As an example, and without limitation, at least under Plaintiffs' apparent interpretation of the claims, the Plug & Display reference discloses a video controller, external video port connecting a digital cable to an external digital monitor, and a digital transmitter.  Plug & Display at, *e.g.,* pp. 13-16, 22-25, 29, 31, 41, 65-68, 98.  Moreover, it would have been obvious to one of ordinary skill in the art to combine Wada with many other references, including the Plug & Display reference, as these references identify and address the same set of technical issues and suggest similar solutions to those issues.  For example, each of these two references relates to a computer display system that works with an external monitor. Additionally, any alleged differences between the asserted claims of the '724 patent and either of these two references are trivial and, when combined with the knowledge of one of ordinary skill in the art at the relevant time, each such claim is obvious under 35 U.S.C. § 103.

Further, the asserted claims of the '724 patent are invalid for failure to comply with the requirements of 35 U.S.C. § 112 including, but not limited to, lack of written description, failure to particularly point out and distinctly claim the alleged invention, failure to enable any person skilled in the art to make and use the alleged invention, and/or failure to inform, with reasonable certainty, those skilled in the art about the scope of the invention.  For example, at least under Plaintiffs' apparent interpretation of the claims, each asserted claim is invalid for lack of sufficient written description and failure to enable any person skilled in the art to make and use the alleged invention as the specification fails to disclose a digital transmitter sending parallel

digital video data to said external digital monitor. As another example, the asserted claims are indefinite because they claim both an apparatus and method steps.

### 7.   Invalidity of the '054 Patent

Plaintiffs' claims are barred because the claims of the '054 patent are invalid for failure to comply with the requirements of 35 U.S.C. §§ 102, 103 and 112. The asserted claims of the '054 patent recite a computer system and method with a disk drive with a motor and a memory. At least under Plaintiffs' apparent interpretation of the claims, the claimed limitations were well known in the art prior to the '054 patent's filing date of August 16, 2002. *See, e.g.,* U.S. Patent No. 6,172,936 at, *e.g.*, col. 1, ll. 57-64, col. 3, l. 44 – col. 4, l. 30, col. 7, ll. 25-34. Thus the asserted claims of the '054 patent are invalid for failure to satisfy one or more of the requirements of 35 U.S.C. §§ 102 and 103. To the extent that the '936 patent does not anticipate the asserted claims of the '054 patent, there are numerous other references that invalidate the asserted claims, including but not limited to U.S. Patent No. 6,915,417 ("Stein"), either alone or in combination with other references. As an example, and without limitation, at least under Plaintiffs' apparent interpretation of the claims, Stein discloses a computer system with a disk drive and a memory. *See, e.g.*, Stein at Figure 1a and accompanying text, col. 1, ll. 51-62, col. 2, ll. 65-67, col. 5, ll. 20-54. Moreover, it would have been obvious to one of ordinary skill in the art to combine the '4175 patent with many other references, including Stein, as these references identify and address the same set of technical issues and suggest similar solutions to those issues. For example, each of these two references relates to a computer storage system with a hard drive. Additionally, any alleged differences between the asserted claims of the '054 patent and either of these two references are trivial and, when combined with the knowledge of one of ordinary skill in the art at the relevant time, each such claim is obvious under 35 U.S.C. § 103.

Further, at least claims 1-3 and 6-19 of the '054 patent are invalid for failure to comply with the requirements of 35 U.S.C. § 112 including, but not limited to, lack of written description, failure to particularly point out and distinctly claim the alleged invention, failure to enable any person skilled in the art to make and use the alleged invention, and/or failure to inform, with reasonable certainty, those skilled in the art about the scope of the invention. For example, claims 1-3 and 6-19 are indefinite as they claim both an apparatus and method steps.

**8.      Invalidity of the '854 Patent**

Plaintiffs' claims are barred because the claims of the '854 patent are invalid for failure to comply with the requirements of 35 U.S.C. §§ 102, 103 and 112. The asserted claims of the '854 patent recite a chassis for housing electronic devices, including elements for a base, a cover, and electrical contacts, among other elements. At least under Plaintiffs' apparent interpretation of the claims, the claimed limitations were well known in the art prior to the '854 patent's alleged priority date of May 19, 1995. *See, e.g.*, U.S. Patent No. 5,536,905 ("Redman") at *e.g.*, Fig. 2 and all accompanying text. Thus the asserted claims of the '854 patent are invalid for failure to satisfy one or more of the requirements of 35 U.S.C. §§ 102 and 103. To the extent that the Redman reference does not anticipate the asserted claims of the '854 patent, there are numerous other references that invalidate the asserted claims, including but not limited to U.S. Patent No. 4,952,752 ("Roun"), either alone or in combination with other references. As an example, and without limitation, at least under Plaintiffs' apparent interpretation of the claims, Roun discloses a chassis for housing electronic devices, including elements for a base, a cover, and electrical contacts. Roun at, *e.g.*, Figs. 3-5 and all accompanying text. Moreover, it would have been obvious to one of ordinary skill in the art to combine the Redman reference with many other references, including the Roun reference, as these references identify and address the same

759

set of technical issues and suggest similar solutions to those issues. For example, each of these two references relates to forming a chassis with improved electrical contacts. Additionally, any alleged differences between the asserted claims of the '854 patent and either of these two references are trivial and, when combined with the knowledge of one of ordinary skill in the art at the relevant time, each such claim is obvious under 35 U.S.C. § 103.

Further, the asserted claims of the '854 patent are invalid for failure to comply with the requirements of 35 U.S.C. § 112 including, but not limited to, lack of written description, failure to particularly point out and distinctly claim the alleged invention, failure to enable any person skilled in the art to make and use the alleged invention, and/or failure to inform, with reasonable certainty, those skilled in the art about the scope of the invention. For example, at least under Plaintiffs' apparent interpretation of the claims, each asserted claim is invalid as it fails to provide sufficient written description to support or enable and/or to inform, with reasonable certainty, those skilled in the art about the scope of at least the following terms: "flexible contacts," "slot."

## THIRD DEFENSE
### (Waiver, Laches, Estoppel)

Plaintiffs' claims for relief, in whole or in part, are barred by the doctrines of waiver, laches, and/or estoppel. On information and belief, Plaintiffs' claims under the patents-in-suit are barred by the doctrine of laches due to Plaintiffs' knowledge or knowledge Plaintiffs reasonably should have had of Defendant's allegedly infringing actions and Plaintiffs' unreasonable and inexcusable failure to pursue its claims of infringement diligently and timely, and by virtue of the fact that Defendant has been both economically and materially prejudiced and/or injured from Plaintiffs' unreasonable and inexcusable lack of diligence, including (but not limited to) through

760

the loss of records of third parties pertaining to the prior art, and the unreliability of the memories of witnesses who otherwise possess knowledge of the technology at issue.

Furthermore, on information and belief, Plaintiffs waived all rights, if any, and is estopped from enforcing '938 and '602 patents against Defendant due to Plaintiffs' knowledge of Defendant's actions that are alleged to infringe the '938 and/or '602 patents, due further to the fact that Plaintiffs misleadingly communicated to JEDEC participants by words, conduct or silence that activities like those of Defendant are not infringing and/or Plaintiffs do not intend to enforce its patents against Defendant, due to Defendant's and/or JEDEC participants' reasonable reliance upon such conduct (including Defendant's continuing to maintain its activities that are now alleged to infringe the one or more of the patents-in-suit), and by virtue of the fact that insofar as Defendant reasonably relied upon Plaintiffs' misleading conduct, Defendant now would be materially prejudiced  if Plaintiffs were to be permitted to assert any claim against Defendant inconsistent with Plaintiffs' previous conduct.  At a minimum, Plaintiffs are barred from recovering any presuit damages as a result of waiver, laches, and/or estoppel.

## FOURTH DEFENSE
### (Express or Implied License, Patent Exhaustion)

Plaintiffs' claims for relief, in whole or in part, are barred by any express or implied license to the patents-in-suit that Defendant and/or other entities supplying, directly or indirectly, any allegedly infringing services or products or components of those products to Defendant may have and/or by the doctrine of patent exhaustion.  These licenses include, but are not limited to, express or implied licenses at least with respect to the '938 and/or '602 patents arising from Plaintiffs' participation in the Joint Electric Device Engineering Counsel ("JEDEC"), a standard-setting organization ("SSO") promulgating standards in the semiconductor industry.  These licenses also include Plaintiffs' commitments to grant licenses at least with respect to the '938

761

and/or '602 patents on FRAND terms to willing licensees like NVIDIA, and those to the extent that any allegedly infringing products or components of those products are directly or indirectly supplied to NVIDIA by any entity or entities having express or implied licenses to the patent-in-suit.

## FIFTH DEFENSE
### (Prosecution History Estoppel, Prosecution Disclaimer)

Plaintiffs' claims for relief, in whole or in part, are barred by the doctrines of prosecution history estoppel and/or prosecution disclaimer.

## SIXTH DEFENSE
### (Limitations on Damages)

Any claim by Plaintiffs' for damages is limited under 35 U.S.C. §§ 286 and 287.

## SEVENTH DEFENSE
### (Patent Misuse)

Plaintiffs are barred from at least with respect to the '938 and/or '602 patents by the equitable doctrine of patent misuse. Plaintiffs and NVIDIA are both members of JEDEC. Through written assurances made to JEDEC, Plaintiffs have explicitly declared that at least the '938 and/or '602 patents are essential to one or more JEDEC standards and have committed to grant licenses to these patents on FRAND terms. In violation of these assurances, Plaintiffs have failed to provide NVIDIA a FRAND offer and to conclude a license on FRAND terms and conditions for at least the '938 and/or '602 patents. Plaintiffs have taken these steps in spite of NVIDIA's submission of offers on FRAND terms and conditions for a license that would include at least the '938 and/or '602 patents and NVIDIA's statement that it is ready and willing to agree to FRAND license terms for a license that would include at least the '938 and/or '602 patents to the extent that NVIDIA actually requires a license to the Asserted Patents (*i.e.*, to the extent

the '938 and/or '602 patents are valid, essential, and actually practiced by NVIDIA in relevant products).

Furthermore, on information and belief, Plaintiffs' infringement allegations are a misuse of the patent system and attempts to secure double royalties and extend the physical and temporal scope of the patent grant with anticompetitive effect.  On information and belief, at least some of the semiconductor memory devices within accused products or used with accused products were made or sold by or under a license from Plaintiffs for at least the '938 and '602 patents.  On information and belief, Plaintiffs' infringement allegations require a royalty to be paid for one or more already licensed semiconductor memory devices.  On information and belief, Plaintiffs' allegations of infringement of at least the '938 and '602 patents thus are attempts to levy a second royalty on the exhausted semiconductor memory devices within or used with the accused products.

## EIGHTH DEFENSE
### (Breach of Contract)

Plaintiffs have breached assurances that it made to JEDEC, and to NVIDIA as a third-party beneficiary of these assurances, by failing to timely disclose its patents and patent applications for at least the '938 and/or '602 patents to JEDEC, and by failing to provide NVIDIA with a FRAND offer and to conclude a license on FRAND terms and conditions for at least the '938 and/or '602 patents.

## NINTH DEFENSE
### (Unclean Hands)

At least the '938 and/or '602 patents are unenforceable due to the equitable doctrine of unclean hands based on Plaintiffs' failure to timely disclose, at least for the '938 and/or '602 patents, its patents and patent applications to JEDEC, Plaintiffs' breach of its assurances to JEDEC that it would grant licenses to at least the '938 and/or '602 patents on FRAND terms, and

763

its failure to provide NVIDIA with a FRAND offer and to conclude a license on FRAND terms and conditions. Plaintiffs have taken these steps in spite of NVIDIA's statement that it is ready and willing to agree to FRAND terms for a license that would cover at least the '938 and/or '602 patents to the extent that NVIDIA actually requires a license to the Asserted Patents (*i.e.*, to the extent the '938 and/or '602 patents are valid, essential, and actually practiced by NVIDIA in relevant products).

## TENTH DEFENSE
### (Equitable/Promissory Estoppel)

Plaintiffs' claims are barred in whole or in part due to the doctrines of equitable and promissory estoppel. Plaintiffs committed to grant licenses to at least the '938 and/or '602 patents on FRAND terms. Plaintiffs have violated that commitment by its failure to provide NVIDIA with a FRAND offer and to conclude a license on FRAND terms and conditions. Furthermore, Plaintiffs failed to timely disclose, at least for the '938 and/or '602 patents, its patents and patent applications to JEDEC. NVIDIA relied to its detriment on Plaintiffs' commitments in adopting JEDEC standards in products that Plaintiffs now seek damages on the basis of NVIDIA's compliance with those standards, and in making continued investments in such products. NVIDIA has suffered actual injury as a direct result of Plaintiffs' misconduct. Plaintiffs' claims are also barred based on its failure to comply with assurances made to JEDEC and manufacturers of products compliant with JEDEC standards, NVIDIA's reliance on Plaintiffs' assurances to JEDEC, and NVIDIA's detriment because of Plaintiffs' failure to honor its obligations.

## ELEVENTH DEFENSE
### (Statute of Limitations)

Plaintiffs' false advertising claim is barred by the two-year statute of limitations under Va. Code § 8.01-248.

764

## TWELFTH DEFENSE
### (Other)

Defendant provides notice that it intends to rely upon any additional defenses that become available or apparent during discovery, and reserves its right to amend this pleading and to assert such additional defenses or, if appropriate, delete any of the above-delineated defenses as discovery proceeds.

Defendant demands trial by jury.

NVIDIA CORPORATION


By: _____/s/_____
             Of Counsel


Dabney J. Carr, IV, VSB No. 28679
dabney.carr@troutmansanders.com
Robert A. Angle, VSB No. 37691
robert.angle@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
T: (804) 697-1200
F: (804) 697-1339

Clement J. Naples (admitted *pro hac vice*)
clement.naples@lw.com
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Tel: (212) 906-1200; Fax: (212) 751-4864

Counsel for NVIDIA Corporation
Velocity Micro, Inc. d/b/a Velocity Micro
and Velocity Holdings, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2015, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Robert W. McFarland
rmcfarland@mcguirewoods.com
Sarah K. McConaughy
smcconaughy@mcguriewoods.com
McGuire Woods LLP
101 W. Main Street, Suite 9000
Norfolk, VA 23510

Sean F. Murphy
sfmurphy@mcguirewoods.com
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, VA 22102-4215

Darin W. Snyder
dsnyder@omm.com
Alexander B. Parker
aparker@omm.com
Elysa Q. Wan
ewan@omm.com
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

Vision L. Winter
vwinter@omm.com
Ryan K. Yagura
ryagura@omm.com
Michael A. Koplow
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071

Mishima Alam
malam@omm.com
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006

Counsel for Samsung Electronics Co., Ltd. and
Samsung Electronics America, Inc.

/s/
Dabney J. Carr, IV (VSB No. 28679)
dabney.carr@troutmansanders.com
Robert A. Angle (VSB No. 37691)
robert.angle@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile:  (804) 697-1339