**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO. LTD., et. al.,<br><br>    Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION, et. al.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 3:14cv757-REP<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

## DEFENDANT VELOCITY HOLDINGS, LLC'S FIRST AMENDED ANSWER TO AMENDED COMPLAINT

Defendant Velocity Holdings, LLC ("Defendant"), by and through its undersigned attorneys, hereby file this First Amended Answer to Plaintiffs Samsung Electronics Company, Ltd. ("SEC") and Samsung Electronics America, Inc.'s ("SEA") (collectively "Plaintiffs" or "Samsung") First Amended Complaint.  Defendant states as follows:

### THE PARTIES

1.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

4.    Defendant denies the allegations in this paragraph.

5.    Defendant admits the allegations in this paragraph.

## SAMSUNG

6.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

7.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

8.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

9.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

10.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

11.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

12.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

13.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

14.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

15.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

16.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

**NVIDIA**

17.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

18.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

19.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

20.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

21.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

**VELOCITY**

22.     Defendant admits that Velocity Holdings, LLC produces custom high-performance computers designed for gaming, digital graphic design, home theater use, and common home and office use and that Velocity Holdings, LLC provides scientific workstations. Defendant denies the remaining allegations.

23.     Defendant admits that the referenced documents About Velocity and Velocity Gaming and Enthusiast Laptops are copies of webpages from the website http://www.velocitymicro.com and state that it is "the premier high-performance innovator of consumer technology and electronics in North America," that it is "100% based in the USA in Richmond, VA," and that some computers are "[a]ssembled by our expert engineers in Richmond, VA." Defendant admits that the referenced document Configure Your M17 includes the text "Careful custom integration and testing, final assembly by hand in Richmond, Virginia, USA" under the section "Support." Defendant otherwise denies the allegations of this

3

paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

24.    Defendant admits that the referenced documents are copies of webpages from the website http://www.velocitymicro.com and state "the immediate availability of the NVIDIA GeForce GTX 750, GTX 750 Ti, and the amazing GTX TITAN Black in select Gaming/Enthusiast and Workstation desktops" and "'Every evolution of the GeForce cards presents better and better choices for consumers, and these new products are no exception,' said Randy Copeland, President and CEO of Velocity. 'With the best-in-class performance of the TITAN Black and incredible price for performance of the GTX 750 and 750 Ti, NVIDIA has brought two great choices to market. We're excited to offer them to our enthusiast customers.'" Defendant otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

25.    Defendant admits that the referenced documents are copies of webpages from the website http://www.velocitymicro.com and state "desktops powered by NVIDIA GeForce GTX 780" and "'Since our first Editors' Choice award in 2002, we've seen PC hardware come a long way. NVIDIA has always led the way in that innovation,' said Randy Copeland, President and CEO of Velocity. 'After spending a few days testing the GeForce GTX 780, all I can say is WOW – they've done it again. This is seriously fast hardware and a must have for enthusiasts." Defendant otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

26.    Defendant admits that the referenced documents are copies of webpages from the website http://www.velocitymicro.com and state "Raptor X17 Notebook Featuring NVIDIA® GeForce® GTX 480M Mobile Graphics" and "'With the release of the NVIDIA GeForce GTX

4

480M, we're able to provide a new level of mobile gaming performance to our customers who demand the best hardware,' said Chip Lowell, VP of Sales for Velocity. 'This is more than just a desktop replacement. It's the ultimate mobile gaming system.'" Defendant otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

27.     Defendant admits that it issues press releases and that it has sold computers including NVIDIA graphics cards. The referenced document is a press release titled "Velocity Micro Announces the Immediate Availability of NVIDIA GeForce GTX 750, 750 Ti, and TITAN Black Graphics." Defendant otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

28.     Defendant admits that the referenced documents are copies of webpages from the website http://www.velocitymicro.com and state "Velocity Micro Partners With NVIDIA To Launch GeForce 6 Series of Graphics" and "'We're pleased to be able to launch such compelling technology in conjunction with a well-respected company like NVIDIA,' said Velocity founder and president Randall Copeland. 'This partnership is just one of the many reasons why Velocity Micro is able to offer premium products to meet the needs of all its customers.'" Defendant otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

29.     Defendant admits that Velocity Holdings, LLC sells computers, some of which may incorporate NVIDIA GPUs, and denies all remaining allegations in this paragraph.

30.     The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

31.     Defendant admits that Velocity Holdings, LLC sells products and services in the Commonwealth of Virginia.  Defendant denies that they infringe any valid and enforceable claim of the Asserted Patents.  Defendant avers that the referenced document speaks for itself, and otherwise denies the remaining allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpt

## JURISDICTION AND VENUE

32.     Defendant admits that this action purports to arise under the patent laws of the United States, Title 35 of the United States Code, but denies that this action has any merit or that Plaintiffs are entitled to the relief sought.  Defendant also admits that this Court has subject matter jurisdiction, but denies the remaining allegations of this paragraph.

33.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

34.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

35.     Defendant admits that Velocity Holdings, LLC conducts business activities within the Commonwealth of Virginia, but denies that they infringe any valid and enforceable claim of the Asserted Patents.  To the extent this paragraph also contains conclusions of law and not averments of facts to which an answer is required, but insofar as an answer may be deemed required, Defendant denies them.

36.     Defendant admits that Velocity Holdings, LLC sells products nationwide, including in Virginia, but denies that they infringe any valid and enforceable claim of the Asserted Patents, and denies all other allegations in this paragraph.

6

37.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

38.     Defendant admits that the referenced documents About Velocity and Gaming and Enthusiast Laptops are copies of webpages from the website http://www.velocitymicro.com and state that it is "100% based in the USA in Richmond, VA," and that some computers are "[a]ssembled by our expert engineers in Richmond, VA." Defendant admits that the referenced document Configure Your M17 includes the text "Careful custom integration and testing, final assembly by hand in Richmond, Virginia, USA" under the section "Support."  Defendant otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

39.     Defendant admits that Velocity Holdings, LLC was registered as a corporation with the Commonwealth of Virginia and appointed as its registered agent Gary S Cook, 4551 Cox Rd Suite 210, Glen Allen, VA 23060, and denies any remaining allegations in this paragraph.

40.     Defendant denies the allegations in this paragraph.

**ACCUSED PRODUCTS**

41.     Defendant admits that the Amended Complaint defines the term "Accused Products" to include "Accused GPUs" and "Accused SOCs" and all products that contain an "Accused GPU" or "Accused SOC" that have been made, sold, or offered for sale, or imported into the United States at any time since November 4, 2008.  Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents.  Defendant denies any remaining allegations.

42.     Defendant admits that the Amended Complaint defines the term "Accused GPUs" to include "all NVIDIA GPUs and all products that contain a NVIDIA GPU that have been

7

made, used, sold, offered for sale, or imported into the United States since November 4, 2008, including the products identified in paragraphs 43 to 55." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

43. Defendant admits that the Amended Complaint defines the term "938 Accused GPUs" to include "all NVIDIA GPUs and all products that contain NVIDIA GPUs that are designed to operate in conjunction with JEDEC standard SDRAM or SGRAM that includes posted CAS latency functionality or any equivalent thereof." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

44. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

45. Defendant admits that the Amended Complaint defines the term "602 Accused GPUs" to include "all NVIDIA GPUs and all products that contain NVIDIA GPUs that are designed to support any SDRAM or SGRAM that includes an input data strobe feature supporting single-ended and differential signaling or any equivalent thereof." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

46. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or

8

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

47.     Defendant admits that the Amended Complaint defines the term "Accused 28 nm GPUs" to include "all NVIDIA GPUs utilizing 28 nanometer fabrication processing and all products that contain such a GPU." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

48.     The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

49.     Defendant admits that the Amended Complaint defines the term "Accused 40 nm and Other GPUs" to include "all NVIDIA GPUs utilizing 40 nanometer, 55 nanometer, 65 nanometer, 80 nanometer, or 90 nanometer fabrication processing and all products that contain such a GPU." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

50.     The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

51.     Defendant admits that the Amended Complaint defines the term "'724 Accused Mobile GPUs" to include "all NVIDIA GPUs that support DisplayPort and that are used, or intended for use, in laptop computers." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

52.    The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

53.    Defendant admits that the Amended Complaint defines the term "724 Accused Mobile GPUs with Analog Output" to include "all NVIDIA GPUs that support DisplayPort and an analog output, such as DVI or VGA, and that are intended for use or used in laptop computers."   Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents.   Defendant denies any remaining allegations.

54.    The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

55.    Defendant admits that the Amended Complaint defines the term "Unified Cache GPUs" to include "all NVIDIA GPUs that include a unified L2 cache, as well as all products that contain such a GPU."   Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents.   Defendant denies any remaining allegations.

56.    The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

57.    Defendant admits that the Amended Complaint defines the term "Accused SOCs" to include "all NVIDIA SOCs and all products that contain a NVIDIA SOC that have been

10

made, used, sold, offered for sale, or imported into the United States at any time since November 4, 2008." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

58. Defendant admits that the Amended Complaint defines the term "Accused 28 nm SOCs" to include "all NVIDIA SOCs utilizing 28 nanometer fabrication processing and all products that contain such an SOC." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

59. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

60. Defendant admits that the Amended Complaint defines the term "Accused 40 nm and Other SOCs" to include "all NVIDIA SOCs utilizing 40 nanometer, 55 nanometer, 65 nanometer, 80 nanometer, or 90 nanometer fabrication processing and all products that contain such a SOC." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

61. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

62. Defendant admits that the Amended Complaint defines the term "Cortex-A9 SOCs" to include "all NVIDIA SOCs based on the ARM Cortex-A9 design and all products that contain such an SOC." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

63. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

11

64. Defendant admits that the Amended Complaint defines the term "Cortex-A15 SOCs" to include "all NVIDIA SOCs based on the ARM Cortex-A15 design and all products that contain such an SOC." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

65. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

66. Defendant admits that the Amended Complaint defines the term "'158 Accused Products" to include "Accused SOCs" and "Unified Cache GPUs." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

67. Defendant admits that the Amended Complaint defines the term "938 Accused Products" to include "Accused SOCs" and "'938 Accused GPUs" and/or all systems containing any of the "Acused SOCs" or "'938 Accused GPUs". Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

68. Defendant admits that the Amended Complaint defines the term "902 Accused Products" to include "Accused Products." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

69. Defendant admits that the Amended Complaint defines the term "602 Accused Products" to include "602 Accused GPUs" and "Accused SOCs." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

70.   Defendant admits that the Amended Complaint defines the term "675 Accused Products" to include "Accused 28 nm GPUs" and "Accused 28 nm SOCs."  Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents.  Defendant denies any remaining allegations.

71.   Defendant admits that the Amended Complaint defines the term "054 Accused Products" to include "all Velocity computer products that contain a hybrid hard drive—that is, a hard drive with both a spinning platter and separate, solid-state non-volatile storage capacity— that have been made, used, sold, offered for sale, or imported into the United States at any time since November 4, 2008."  Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents.  Defendant denies any remaining allegations.

72.   Defendant admits that the Amended Complaint defines the term "854 Accused Products" to include "all Velocity computers and computer cases that include flexible contacts on the computer case."  Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents.  Defendant denies any remaining allegations.

73.   Defendant admits that the Amended Complaint defines the term "724 Acussed Velocity Laptop" to include "all Velocity laptop computers with a DisplayPort port."  Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

74.   Defendant admits that certain identified products may be a Velocity laptop computer that supports DisplayPort, depending on the context in which these terms are used. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims,

13

Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

75. Defendant admits that the Amended Complaint defines the term "724 Accused Products" to include "724 Accused Velocity Laptops", "724 Accused Mobile GPUs", and all laptop computers containing "724 Accused Mobile GPUs." Defendant denies that Defendant infringes any valid and enforceable claim of the asserted patents. Defendant denies any remaining allegations.

<b><u>REFERENCES</u></b>

76. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

77. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

78. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so

numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

79. Defendant admits that the document identified in this paragraph appears to be an accurate printout from the website http://www.velocitymicro.com. To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

80. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

81. Defendant admits that the document identified in this paragraph appears to be an accurate printout from the website http://www.velocitymicro.com. To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

82. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

83. Defendant admits that the document identified in this paragraph appears to be an accurate printout from the website http://www.velocitymicro.com. To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required. Defendant

otherwise denies the allegations of this paragraph, including all characterizations of the document.

84.     This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

85.     Defendant admits that the document identified in this paragraph appears to be an accurate printout from the website http://www.velocitymicro.com.  To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required.  Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

86.     This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

87.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

88.     This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

89.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

90.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

91.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

92.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

93.     This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

94.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

95.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

96.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

97.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

98.     This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

17

99.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

100.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

101.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

102.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

103.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

104.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

105.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

106.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

107.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

108.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so

18

numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

109. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

110. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

111. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

112. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

113. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

114. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

115. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

116. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

117.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

118.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

119.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

120.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

121.   This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

122.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

123.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

124.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

125.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

126.   This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so

numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

127. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

128. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

129. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

130. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

131. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

132. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

133. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so

numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

134.   This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

135.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

136.   This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

137.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

138.   This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

139.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

140.   This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so

numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

141. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

142. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

143. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

144. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

145. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

146. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

147. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

148. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

149.   This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

150.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

151.   This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

152.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

153.   Defendant admits that Plaintiffs produced a document so numbered, but denies the remainder of the allegations.

154.   Defendant denies the allegations in this paragraph.

155.   This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered.  Defendant denies that the document contains a Velocity webpage entitled "Configure Your Z35."  Defendant is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

156.   Defendant denies the allegations in this paragraph.

157.   This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so

24

numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

158.    Defendant admits that the document identified in this paragraph appears to be an accurate printout from the website http://www.velocitymicro.com.  To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required.  Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

159.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

160.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

161.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

162.    Defendant admits that the document identified in this paragraph appears to be an accurate printout from the website http://www.velocitymicro.com.  To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required.  Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

163.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

164.    Defendant admits that the document identified in this paragraph appears to be an accurate printout from the website http://www.velocitymicro.com.  To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required.  Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

165.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

166.    Defendant admits that the document identified in this paragraph appears to be an accurate printout from the website http://www.velocitymicro.com.  To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required.  Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

167.    Defendant admits that the document identified in this paragraph appears to be a printout from the website http://www.velocitymicro.com, which customers may visit.  To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required.    Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

26

168. Defendant admits that in the context that the identified document is normally used, it describes aspects of grounding methods and may be accurate depending on context. To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

169. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

170. The Vector Z25 Chassis Image document includes an image that appears to be modified from an original image from the website http://www.velocitymicro.com. Defendant denies the allegations in this paragraph.

171. The Vector Z25 Chassis Image document includes an image that appears to be modified from an original image from the website http://www.velocitymicro.com. Defendant denies the allegations in this paragraph.

172. The Vector Z25 Chassis Image document includes an image that appears to be modified from an original image from the website http://www.velocitymicro.com. Defendant denies the allegations in this paragraph.

173. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

174.    Defendant admits that the document identified in this paragraph appears to be a printout of a partial copy of a webpage from the website http://www.velocitymicro.com. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

175.    Defendant admits that the document identified in this paragraph appears to be a printout of a partial copy of a webpage from the website http://www.velocitymicro.com. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

176.    Defendant admits that the document identified in this paragraph appears to be a partial copy of a webpage from the website http://www.velocitymicro.com that allows customers to configure a Velocity computer for purchase.  Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

177.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

178.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

179.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

180.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so

numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

181. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

182. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

183. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

184. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

185. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

186. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

187. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

188. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

189.	This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

190.	Defendant admits that the document identified in this paragraph appears to be a printout from the website https://web.archive.org.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in this paragraph, and on that basis denies them.

191.	Defendant denies the allegations in this paragraph.

192.	Defendant admits that in the context that the identified document is normally used, it describes the NoteMagix M15 laptop and appears to be accurate.  Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

193.	This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

194.	Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

195.	Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

196.	This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so

numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

197. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

198. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

199. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

200. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

201. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

202. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

203. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

204. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

205. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

206. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

207. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

208. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

209. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

210. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

211. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

212. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

213. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

214. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

215. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

216. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

217. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

218. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

219. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

220. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

221. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

222. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

223. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

224. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

225. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

226. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

227. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

228. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

229. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

230. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

231.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

232.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

233.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

234.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

235.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

236.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

237.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

238.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

239.    This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so

numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

240. Defendant admits that the document identified in this paragraph appears to be an accurate printout from the website http://www.velocitymicro.com. To the extent this paragraph contains conclusions of law and not averments of facts, no answer is required. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

241. Defendant admits that in the context that the identified document is normally used, it describes certain aspects of the history of Velocity's business and appears to be accurate. Defendant otherwise denies the allegations of this paragraph, including all characterizations of the document.

242. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

243. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

244. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

245. This paragraph contains no factual allegations that require a response, but to the extent a response is required, Defendant admits that Plaintiffs produced a document so numbered, but is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations set forth in this paragraph, and on that basis denies them.

246.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

247.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

## CLAIMS FOR RELIEF

248.   Defendant admits that no discovery has been produced in this matter, and otherwise denies the remaining allegations of this paragraph, including that Plaintiff's claims have evidentiary support.

249.   Defendant admits that the court has not construed the meaning of any claims or terms in the Asserted Patents, and otherwise denies the allegations of this paragraph.

250.   Defendant expressly denies that they infringe one or more claims of the Asserted Patents, and denies any remaining the allegations of this paragraph.

## FIRST CLAIM FOR RELIEF INFRINGEMENT OF
## U.S. PATENT NO. 5,860,158 (AGAINST NVIDIA AND VELOCITY)

251.   Defendant restates and incorporates by reference its responses to the allegations of Paragraphs 1-250 of the Amended Complaint as if fully set forth herein.

252.   Defendant admits that Exhibit A to the First Amended Complaint purports to state that the application for U.S. Patent No. 5,860,158 was filed on November 15, 1996, purports to state that the patent was issued on January 12, 1999, and purports to state that it is entitled "Cache Control Unit with a Cache Request Transaction-Oriented Protocol."  The remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the remaining allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

253.    Defendant admits that what appears to be a copy of U.S. Patent No. 5,860,158 is attached as Exhibit A to the First Amended Complaint.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

254.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

255.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

256.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

257.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

258.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

259.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

260.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

261.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

262.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

263.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

264.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

265.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

266.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

267.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

268.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

269.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

270.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

271.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

272.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

273.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

274.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

275.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

276.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

277.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

278.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

279.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

280.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

281.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

282.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

283.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

284.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

40

285. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

286. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

287. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

288. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

289. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

290. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

291. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

292. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

293. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

294. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

295. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

296. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

297. Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

298. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

299. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

300. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

301. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

302. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

303. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

304. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

305. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

306. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

307.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

308.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

309.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

310.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

311.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

312.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

313.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

314.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

315.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

316.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

317.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

318.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

319.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

320.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

321.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

322.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

323.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

324.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

325.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

326.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

327.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

328.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

329.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

330.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

331.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

332.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

333.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

334.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

335.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

336.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

337.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

338.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

339.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

340.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

341.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

342.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

343.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

344.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

345.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

346.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

347.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

348.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

349.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

350.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

351.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

352.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

353.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

354.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

355.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

356.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

357.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

358.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

359.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

360.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

361.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

47

362.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

363.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

364.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

365.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

366.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

367.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

368.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

369.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

370.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

371.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

372.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

373. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

374. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

375. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

376. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

377. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

378. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

379. Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

380. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

381. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

382. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

383. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

384.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

385.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

386.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

387.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

388.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

389.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

390.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

391.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

392.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

393.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

394.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

395.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

396.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

397.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

398.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

399.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

400.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

401.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

402.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

403.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

404.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

405.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

406.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

407.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

408.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

409.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

410.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

411.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

412.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

413.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

414.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

415.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

416.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

417.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

418.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

419.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

420.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

421.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

422.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

423.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

424.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

425.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

426.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

427.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

428.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

429.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

430.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

431.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

432.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

433.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

434.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

435.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

436.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

437.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

438.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

439. Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

440. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

441. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

442. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

443. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

444. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

445. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

446. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

447. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

448. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

449. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

450.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

451.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

452.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

453.   Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

454.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

455.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

456.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

457.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

458.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

459.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

460.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

461.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

462.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

463.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

464.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

465.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

466.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

467.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

468.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

469.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

470.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

471.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

472.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

473.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

474.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

475.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

476.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

477.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

478.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

479.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

480.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

481.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

482.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

483.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

484.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

485.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

486.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

487.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

488.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

489.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

490.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

491.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

492.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

493.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

494. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

495. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

496. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

497. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

498. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

499. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

500. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

501. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

502. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

503. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

504. Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

505.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

506.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

507.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

508.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

509.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

510.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

511.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

512.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

513.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

514.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

515.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

516. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

517. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

518. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

519. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

520. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

521. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

522. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

523. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

524. Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

525. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

526. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

527.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

528.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

529.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

530.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

531.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

532.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

533.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

534.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

535.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

536.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

537.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

538.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

539.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

540.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

541.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

542.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

543.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

544.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

545.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

546.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

547.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

548.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

64

549.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

550.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

551.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

552.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

553.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

554.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

555.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

556.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

557.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

558.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

559.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

560.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

561.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

562.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

563.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

564.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

565.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

566.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

567.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

568.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

569.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

570.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

571.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

572.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

573.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

574.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

575.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

576.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

577.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

578.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

579.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

580.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

581.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

582.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

583.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

584.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

585.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

586.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

587.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

588.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

589.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

590.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

591.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

592.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

593. Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

594. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

595. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

596. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

597. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

598. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

599. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

600. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

601. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

602. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

603. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

604. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

605. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

606. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

607. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

608. Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

609. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

610. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

611. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

612. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

613. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

614. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

615. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

616. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

617. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

618. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

619. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

620. Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

621. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

622. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

623. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

624. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

625. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

626.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

627.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

628.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

629.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

630.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

631.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

632.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

633.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

634.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

635.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

636.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

637. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

638. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

639. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

640. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

641. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

642. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

643. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

644. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

645. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

646. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

647. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

648. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

649. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

650. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

651. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

652. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

653. Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

654. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

655. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

656. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

657. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

658. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

659.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

660.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

661.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

662.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

663.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

664.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

665.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

666.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

667.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

668.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

669.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

670. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

671. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

672. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

673. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

674. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

675. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

676. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

677. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

678. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

679. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

680. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

681.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

682.  Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

683.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

684.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

685.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

686.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

687.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

688.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

689.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

690.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

691.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

692. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

693. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

694. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

695. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

696. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

697. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

698. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

699. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

700. Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

701. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

702. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

703.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

704.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

705.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

706.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

707.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

708.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

709.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

710.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

711.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

712.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

713.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

714. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

715. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

716. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

717. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

718. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

719. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

720. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

721. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

722. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

723. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

724. Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

725.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

726.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

727.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

728.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

729.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

730.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

731.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

732.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

733.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

734.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

735.    Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

736.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

737.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

738.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

739.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

740.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

741.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

742.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

743.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

744.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

745.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

746. Defendant avers that the '158 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

747. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

748. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

749. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

750. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

751. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

752. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

753. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

754. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

755. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

756. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

757.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

758.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

759.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

760.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

761.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

762.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

763.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

764.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

765.    Defendant admits that it has sold some products that incorporate one or more of the identified products.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

766.    Defendant admits that it has sold a computer called the Raptor Signature Edition. Except as expressly admitted, Defendant denies the allegations in this paragraph.

767.    Defendant admits that the Raptor Signature Edition computer can be configured to include at least some of the identified components.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

768.    Defendant admits that the Raptor Signature Edition computer can be configured to include a GeForce GTX Titan Black.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

769.    Defendant admits that it has used computers including at least some of the identified components.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

770.    Defendant denies the allegations in this paragraph.

771.    Defendant admits that it has used computers including at least some of the identified components.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

772.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

773.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

774.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

775.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

776.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

777.   Defendant admits the allegations in this paragraph.

778.   Defendant denies the allegations in this paragraph.

779.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

780.   Defendant denies the allegations in this paragraph.

781.   Defendant admits that it has provided some of the identified products to others. Except as expressly admitted, Defendant denies the allegations in this paragraph.

782.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

783.   Defendant admits that it has provided technical documentation to others.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

784.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

785.   Defendant denies the allegations in this paragraph.

786.   Defendant admits that NVIDIA has sold some of the identified products directly to customers.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in this paragraph, and on that basis denies them.

787.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

788.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

789.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

790.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

791.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

792.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

793.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

794.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

795.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

796.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

797.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

798.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

799.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

800.    Defendant admits that it has sold computers including at least some of the identified components.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

801.    Defendant admits that it has sold a computer called the Raptor Signature Edition. Except as expressly admitted, Defendant denies the allegations in this paragraph.

802.    Defendant admits that the Raptor Signature Edition computer can be configured to include at least some of the identified components.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

803.    Defendant admits that the Raptor Signature Edition computer can be configured to include a GeForce GTX Titan Black.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

804.    Defendant admits that it has provided computers incorporating at least some of the identified components to others.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

805.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

806.    Defendant denies the allegations in this paragraph.

807.    Defendant admits that it has sold some of the identified products via the website, http://www.velocitymicro.com, to customers in the United States.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

808.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

809.    Defendant admits that it has sold computers including at least some of the identified components to resellers.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

810.	Defendant admits that it has sold computers including at least some of the identified components to electronics retailers.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

811.	Defendant denies the allegations in this paragraph.

812.	Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

813.	Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

814.	Defendant denies the allegations in this paragraph.

815.	Defendant denies the allegations in this paragraph.

816.	Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

817.	Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

818.	Defendant denies the allegations in this paragraph.

819.	Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

820.	Defendant denies the allegations in this paragraph.

821.	Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

822.	Defendant denies the allegations in this paragraph.

## SECOND CLAIM FOR RELIEF INFRINGEMENT OF
## U.S. PATENT NO. 6,262,938 (AGAINST NVIDIA AND VELOCITY)

823.   Defendant restates and incorporates by reference its responses to the allegations of paragraphs 1-822 of the First Amended Complaint as if fully set forth herein.

824.   Defendant admits that Exhibit B to the First Amended Complaint purports to state that the application for the U.S. Patent No. 6,262,938 was filed on March 3, 2000, purports to state that the patent was issued on July 17, 2001, and purports to state that it is entitled "SYNCHRONOUS DRAM HAVING POSTED CAS LATENCY AND METHOD FOR CONTROLLING CAS LATENCY."  Defendant affirmatively states that it does not infringe any valid and enforceable claim of the '938 patent.  The remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the remaining allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

825.   Defendant admits that what appears to be a copy of U.S. Patent No. 6,262,938 is attached as Exhibit B to the First Amended Complaint.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

826.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

827.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

828.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

90

829.   Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

830.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

831.   Defendant admits that the Amended Complaint defines the term "'938 Accused GPUs" to mean "all NVIDIA GPUs and all products that contain NVIDIA GPUs that are designed to operate in conjunction with JEDEC standard SDRAM or SGRAM that includes posted CAS latency functionality or any equivalent thereof."   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

832.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

833.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

834.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

835.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

836.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

837.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

838.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

839.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

840.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

841.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

842.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

843.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

844.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

845.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

846.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

847.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

848.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

849. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

850. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

851. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

852. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

853. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

854. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

855. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

856. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

857. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

858. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

859. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

860. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

861. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

862. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

863. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

864. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

865. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

866. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

867. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

868. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

869.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

870.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

871.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

872.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

873.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

874.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

875.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

876.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

877.   Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

878.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

879.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

880.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

881.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

882.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

883.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

884.   Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

885.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

886.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

887.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

888.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

889.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

890.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

891. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

892. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

893. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

894. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

895. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

896. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

897. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

898. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

899. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

900. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

901. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

902. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

903. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

904. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

905. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

906. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

907. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

908. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

909. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

910. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

911.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

912.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

913.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

914.   Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

915.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

916.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

917.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

918.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

919.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

920.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

921.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

922.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

923.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

924.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

925.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 845 of the First Amended Complaint as if fully set forth herein.

926.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 846 of the First Amended Complaint as if fully set forth herein.

927.    Defendant restates and incorporates by reference its responses to the allegations of paragraph 847 of the First Amended Complaint as if fully set forth herein.

928.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

929.    Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

930.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

931.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

932.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

933.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

934.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

935.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

936.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

937.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

938.   Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

939.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

940.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

941.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

942.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

943. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

944. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

945. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

946. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

947. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

948. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

949. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

950. Defendant restates and incorporates by reference its responses to the allegations of paragraph 864 of the First Amended Complaint as if fully set forth herein.

951. Defendant restates and incorporates by reference its responses to the allegations of paragraph 865 of the First Amended Complaint as if fully set forth herein.

952. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

953.   Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

954.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

955.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 870 of the First Amended Complaint as if fully set forth herein.

956.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 871 of the First Amended Complaint as if fully set forth herein.

957.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 900 of the First Amended Complaint as if fully set forth herein.

958.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

959.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 875 of the First Amended Complaint as if fully set forth herein.

960.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

961.   Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

962.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

963. Defendant restates and incorporates by reference its responses to the allegations of paragraph 887 of the First Amended Complaint as if fully set forth herein.

964. Defendant restates and incorporates by reference its responses to the allegations of paragraph 888 of the First Amended Complaint as if fully set forth herein.

965. Defendant restates and incorporates by reference its responses to the allegations of paragraph 889 of the First Amended Complaint as if fully set forth herein.

966. Defendant restates and incorporates by reference its responses to the allegations of paragraph 891 of the First Amended Complaint as if fully set forth herein.

967. Defendant restates and incorporates by reference its responses to the allegations of paragraph 892 of the First Amended Complaint as if fully set forth herein.

968. Defendant restates and incorporates by reference its responses to the allegations of paragraph 893 of the First Amended Complaint as if fully set forth herein.

969. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

970. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

971. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

972. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

973. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

974. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

975. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

976. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

977. Defendant restates and incorporates by reference its responses to the allegations of paragraph 888 of the First Amended Complaint as if fully set forth herein.

978. Defendant restates and incorporates by reference its responses to the allegations of paragraph 889 of the First Amended Complaint as if fully set forth herein.

979. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

980. Defendant restates and incorporates by reference its responses to the allegations of paragraph 958 of the First Amended Complaint as if fully set forth herein.

981. Defendant restates and incorporates by reference its responses to the allegations of paragraph 892 of the First Amended Complaint as if fully set forth herein.

982. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

983. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

984. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

985. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

986. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

987. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

988. Defendant restates and incorporates by reference its responses to the allegations of paragraph 864 of the First Amended Complaint as if fully set forth herein.

989. Defendant restates and incorporates by reference its responses to the allegations of paragraph 865 of the First Amended Complaint as if fully set forth herein.

990. Defendant restates and incorporates by reference its responses to the allegations of paragraph 902 of the First Amended Complaint as if fully set forth herein.

991. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

992. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

993. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

994. Defendant restates and incorporates by reference its responses to the allegations of paragraph 900 of the First Amended Complaint as if fully set forth herein.

995. Defendant restates and incorporates by reference its responses to the allegations of paragraph 901 of the First Amended Complaint as if fully set forth herein.

996. Defendant restates and incorporates by reference its responses to the allegations of paragraph 908 of the First Amended Complaint as if fully set forth herein.

997. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

998. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

999. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1000. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1001. Defendant restates and incorporates by reference its responses to the allegations of paragraph 912 of the First Amended Complaint as if fully set forth herein.

1002. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1003. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1004. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1005. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1006. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1007. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1008. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1009. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1010. Defendant restates and incorporates by reference its responses to the allegations of paragraph 833 of the First Amended Complaint as if fully set forth herein.

1011. Defendant restates and incorporates by reference its responses to the allegations of paragraph 832 of the First Amended Complaint as if fully set forth herein.

1012. Defendant restates and incorporates by reference its responses to the allegations of paragraph 835 of the First Amended Complaint as if fully set forth herein.

1013. Defendant restates and incorporates by reference its responses to the allegations of paragraph 834 of the First Amended Complaint as if fully set forth herein.

1014. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1015. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1016. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1017. Defendant restates and incorporates by reference its responses to the allegations of paragraph 846 of the First Amended Complaint as if fully set forth herein.

1018. Defendant restates and incorporates by reference its responses to the allegations of paragraph 847 of the First Amended Complaint as if fully set forth herein.

1019. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1020. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1021. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1022. Defendant restates and incorporates by reference its responses to the allegations of paragraph 931 of the First Amended Complaint as if fully set forth herein.

1023. Defendant restates and incorporates by reference its responses to the allegations of paragraph 932 of the First Amended Complaint as if fully set forth herein.

1024. Defendant restates and incorporates by reference its responses to the allegations of paragraph 934 of the First Amended Complaint as if fully set forth herein.

1025. Defendant restates and incorporates by reference its responses to the allegations of paragraph 935 of the First Amended Complaint as if fully set forth herein.

1026. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1027. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1028. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1029. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1030. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1031. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1032. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1033. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1034. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1035. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1036. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1037. Defendant restates and incorporates by reference its responses to the allegations of paragraph 833 of the First Amended Complaint as if fully set forth herein.

1038. Defendant restates and incorporates by reference its responses to the allegations of paragraph 832 of the First Amended Complaint as if fully set forth herein.

1039. Defendant restates and incorporates by reference its responses to the allegations of paragraph 835 of the First Amended Complaint as if fully set forth herein.

1040. Defendant restates and incorporates by reference its responses to the allegations of paragraph 834 of the First Amended Complaint as if fully set forth herein.

1041. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1042. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1043. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1044. Defendant restates and incorporates by reference its responses to the allegations of paragraph 846 of the First Amended Complaint as if fully set forth herein.

111

1045. Defendant restates and incorporates by reference its responses to the allegations of paragraph 847 of the First Amended Complaint as if fully set forth herein.

1046. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1047. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1048. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1049. Defendant restates and incorporates by reference its responses to the allegations of paragraph 931 of the First Amended Complaint as if fully set forth herein.

1050. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1051. Defendant restates and incorporates by reference its responses to the allegations of paragraph 934 of the First Amended Complaint as if fully set forth herein.

1052. Defendant restates and incorporates by reference its responses to the allegations of paragraph 935 of the First Amended Complaint as if fully set forth herein.

1053. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1054. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1055. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1056. Defendant restates and incorporates by reference its responses to the allegations of paragraph 880 of the First Amended Complaint as if fully set forth herein.

1057. Defendant restates and incorporates by reference its responses to the allegations of paragraph 966 of the First Amended Complaint as if fully set forth herein.

1058. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1059. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1060. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1061. Defendant restates and incorporates by reference its responses to the allegations of paragraph 881 of the First Amended Complaint as if fully set forth herein.

1062. Defendant restates and incorporates by reference its responses to the allegations of paragraph 966 of the First Amended Complaint as if fully set forth herein.

1063. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1064. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1065. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1066. Defendant restates and incorporates by reference its responses to the allegations of paragraph 963 of the First Amended Complaint as if fully set forth herein.

1067. Defendant restates and incorporates by reference its responses to the allegations of paragraph 888 of the First Amended Complaint as if fully set forth herein.

1068. Defendant restates and incorporates by reference its responses to the allegations of paragraph 958 of the First Amended Complaint as if fully set forth herein.

1069. Defendant restates and incorporates by reference its responses to the allegations of paragraph 892 of the First Amended Complaint as if fully set forth herein.

1070. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1071. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1072. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1073. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1029 of the First Amended Complaint as if fully set forth herein.

1074. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1030 of the First Amended Complaint as if fully set forth herein.

1075. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1076. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1077. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1032 of the First Amended Complaint as if fully set forth herein.

1078. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1079. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1080. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1081. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1082. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1083. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1084. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1006 of the First Amended Complaint as if fully set forth herein.

1085. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1007 of the First Amended Complaint as if fully set forth herein.

1086. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1087. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1088. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1089. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1090. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1091. Defendant restates and incorporates by reference its responses to the allegations of paragraph 833 of the First Amended Complaint as if fully set forth herein.

1092. Defendant restates and incorporates by reference its responses to the allegations of paragraph 832 of the First Amended Complaint as if fully set forth herein.

1093. Defendant restates and incorporates by reference its responses to the allegations of paragraph 835 of the First Amended Complaint as if fully set forth herein.

1094. Defendant restates and incorporates by reference its responses to the allegations of paragraph 834 of the First Amended Complaint as if fully set forth herein.

1095. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1096. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

116

1097. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1098. Defendant restates and incorporates by reference its responses to the allegations of paragraph 846 of the First Amended Complaint as if fully set forth herein.

1099. Defendant restates and incorporates by reference its responses to the allegations of paragraph 847 of the First Amended Complaint as if fully set forth herein.

1100. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1101. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1102. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1103. Defendant restates and incorporates by reference its responses to the allegations of paragraph 931 of the First Amended Complaint as if fully set forth herein.

1104. Defendant restates and incorporates by reference its responses to the allegations of paragraph 932 of the First Amended Complaint as if fully set forth herein.

1105. Defendant restates and incorporates by reference its responses to the allegations of paragraph 934 of the First Amended Complaint as if fully set forth herein.

1106. Defendant restates and incorporates by reference its responses to the allegations of paragraph 935 of the First Amended Complaint as if fully set forth herein.

1107. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1108. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1109. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1110. Defendant restates and incorporates by reference its responses to the allegations of paragraph 940 of the First Amended Complaint as if fully set forth herein.

1111. Defendant restates and incorporates by reference its responses to the allegations of paragraph 941 of the First Amended Complaint as if fully set forth herein.

1112. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1113. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1114. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1115. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1056 of the First Amended Complaint as if fully set forth herein.

1116. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1117. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1118. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1119. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1120. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1121. Defendant restates and incorporates by reference its responses to the allegations of paragraph 881 of the First Amended Complaint as if fully set forth herein.

1122. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1116 of the First Amended Complaint as if fully set forth herein.

1123. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1117 of the First Amended Complaint as if fully set forth herein.

1124. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1125. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1126. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1127. Defendant restates and incorporates by reference its responses to the allegations of paragraph 963 of the First Amended Complaint as if fully set forth herein.

119

1128. Defendant restates and incorporates by reference its responses to the allegations of paragraph 964 of the First Amended Complaint as if fully set forth herein.

1129. Defendant restates and incorporates by reference its responses to the allegations of paragraph 965 of the First Amended Complaint as if fully set forth herein.

1130. Defendant restates and incorporates by reference its responses to the allegations of paragraph 980 of the First Amended Complaint as if fully set forth herein.

1131. Defendant restates and incorporates by reference its responses to the allegations of paragraph 981 of the First Amended Complaint as if fully set forth herein.

1132. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1133. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1134. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1135. Defendant restates and incorporates by reference its responses to the allegations of paragraph 972 of the First Amended Complaint as if fully set forth herein.

1136. Defendant restates and incorporates by reference its responses to the allegations of paragraph 973 of the First Amended Complaint as if fully set forth herein.

1137. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1138. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1139. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1140. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1029 of the First Amended Complaint as if fully set forth herein.

1141. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1030 of the First Amended Complaint as if fully set forth herein.

1142. Defendant restates and incorporates by reference its responses to the allegations of paragraph 888 of the First Amended Complaint as if fully set forth herein.

1143. Defendant restates and incorporates by reference its responses to the allegations of paragraph 978 of the First Amended Complaint as if fully set forth herein.

1144. Defendant restates and incorporates by reference its responses to the allegations of paragraph 979 of the First Amended Complaint as if fully set forth herein.

1145. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1032 of the First Amended Complaint as if fully set forth herein.

1146. Defendant restates and incorporates by reference its responses to the allegations of paragraph 892 of the First Amended Complaint as if fully set forth herein.

1147. Defendant restates and incorporates by reference its responses to the allegations of paragraph 978 of the First Amended Complaint as if fully set forth herein.

1148. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1149. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1150. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1151. Defendant restates and incorporates by reference its responses to the allegations of paragraph 833 of the First Amended Complaint as if fully set forth herein.

1152. Defendant restates and incorporates by reference its responses to the allegations of paragraph 832 of the First Amended Complaint as if fully set forth herein.

1153. Defendant restates and incorporates by reference its responses to the allegations of paragraph 835 of the First Amended Complaint as if fully set forth herein.

1154. Defendant restates and incorporates by reference its responses to the allegations of paragraph 834 of the First Amended Complaint as if fully set forth herein.

1155. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1156. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1157. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1158. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1159. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1160. Defendant restates and incorporates by reference its responses to the allegations of paragraph 887 of the First Amended Complaint as if fully set forth herein.

1161. Defendant restates and incorporates by reference its responses to the allegations of paragraph 882 of the First Amended Complaint as if fully set forth herein.

1162. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1086 of the First Amended Complaint as if fully set forth herein.

1163. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1087 of the First Amended Complaint as if fully set forth herein.

1164. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1165. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1166. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1167. Defendant restates and incorporates by reference its responses to the allegations of paragraph 887 of the First Amended Complaint as if fully set forth herein.

1168. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1169. Defendant restates and incorporates by reference its responses to the allegations of paragraph 870 of the First Amended Complaint as if fully set forth herein.

1170. Defendant restates and incorporates by reference its responses to the allegations of paragraph 871 of the First Amended Complaint as if fully set forth herein.

1171. Defendant restates and incorporates by reference its responses to the allegations of paragraph 882 of the First Amended Complaint as if fully set forth herein.

1172. Defendant restates and incorporates by reference its responses to the allegations of paragraph 892 of the First Amended Complaint as if fully set forth herein.

1173. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1174. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1175. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1176. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1029 of the First Amended Complaint as if fully set forth herein.

1177. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1030 of the First Amended Complaint as if fully set forth herein.

1178. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1075 of the First Amended Complaint as if fully set forth herein.

1179. Defendant restates and incorporates by reference its responses to the allegations of paragraph 882 of the First Amended Complaint as if fully set forth herein.

1180. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1032 of the First Amended Complaint as if fully set forth herein.

124

1181. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1078 of the First Amended Complaint as if fully set forth herein.

1182. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1079 of the First Amended Complaint as if fully set forth herein.

1183. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1184. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1185. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1186. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1076 of the First Amended Complaint as if fully set forth herein.

1187. Defendant restates and incorporates by reference its responses to the allegations of paragraph 882 of the First Amended Complaint as if fully set forth herein.

1188. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1079 of the First Amended Complaint as if fully set forth herein.

1189. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1190. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1191. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1192. Defendant restates and incorporates by reference its responses to the allegations of paragraph 833 of the First Amended Complaint as if fully set forth herein.

1193. Defendant restates and incorporates by reference its responses to the allegations of paragraph 832 of the First Amended Complaint as if fully set forth herein.

1194. Defendant restates and incorporates by reference its responses to the allegations of paragraph 835 of the First Amended Complaint as if fully set forth herein.

1195. Defendant restates and incorporates by reference its responses to the allegations of paragraph 834 of the First Amended Complaint as if fully set forth herein.

1196. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1155 of the First Amended Complaint as if fully set forth herein.

1197. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1156 of the First Amended Complaint as if fully set forth herein.

1198. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1191 of the First Amended Complaint as if fully set forth herein.

1199. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1200. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1201. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1202. Defendant restates and incorporates by reference its responses to the allegations of paragraph 887 of the First Amended Complaint as if fully set forth herein.

1203. Defendant restates and incorporates by reference its responses to the allegations of paragraph 888 of the First Amended Complaint as if fully set forth herein.

1204. Defendant restates and incorporates by reference its responses to the allegations of paragraph 889 of the First Amended Complaint as if fully set forth herein.

1205. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1116 of the First Amended Complaint as if fully set forth herein.

1206. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1117 of the First Amended Complaint as if fully set forth herein.

1207. Defendant restates and incorporates by reference its responses to the allegations of paragraph 892 of the First Amended Complaint as if fully set forth herein.

1208. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1209. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1210. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1211. Defendant restates and incorporates by reference its responses to the allegations of paragraph 973 of the First Amended Complaint as if fully set forth herein.

1212. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1116 of the First Amended Complaint as if fully set forth herein.

1213. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1117 of the First Amended Complaint as if fully set forth herein.

1214. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1215. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1216. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1217. Defendant restates and incorporates by reference its responses to the allegations of paragraph 887 of the First Amended Complaint as if fully set forth herein.

1218. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1168 of the First Amended Complaint as if fully set forth herein.

1219. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1169 of the First Amended Complaint as if fully set forth herein.

1220. Defendant restates and incorporates by reference its responses to the allegations of paragraph 871 of the First Amended Complaint as if fully set forth herein.

1221. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1116 of the First Amended Complaint as if fully set forth herein.

1222. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1117 of the First Amended Complaint as if fully set forth herein.

1223. Defendant restates and incorporates by reference its responses to the allegations of paragraph 892 of the First Amended Complaint as if fully set forth herein.

1224. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1225. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1226. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1227. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1029 of the First Amended Complaint as if fully set forth herein.

1228. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1030 of the First Amended Complaint as if fully set forth herein.

1229. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1230. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1116 of the First Amended Complaint as if fully set forth herein.

1231. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1117 of the First Amended Complaint as if fully set forth herein.

1232. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1078 of the First Amended Complaint as if fully set forth herein.

1233. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1234. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1235. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1236. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1237. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1116 of the First Amended Complaint as if fully set forth herein.

1238. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1117 of the First Amended Complaint as if fully set forth herein.

1239. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1240. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1241. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1242. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1243. Defendant restates and incorporates by reference its responses to the allegations of paragraph 880 of the First Amended Complaint as if fully set forth herein.

1244. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1116 of the First Amended Complaint as if fully set forth herein.

1245. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1117 of the First Amended Complaint as if fully set forth herein.

1246. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1247. Defendant avers that the '938 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1248. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1249. Defendant restates and incorporates by reference its responses to the allegations of paragraph 881 of the First Amended Complaint as if fully set forth herein.

1250. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1116 of the First Amended Complaint as if fully set forth herein.

1251. Defendant restates and incorporates by reference its responses to the allegations of paragraph 1117 of the First Amended Complaint as if fully set forth herein.

1252. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1253. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1254. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1255. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1256. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1257. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1258. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1259. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1260. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1261. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1262. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1263. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1264. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1265. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1266. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1267. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1268. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1269. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1270. Defendant admits that it has sold some computers including some of the products included in the '938 Accused Products.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies.

1271. Defendant denies the allegations in this paragraph.

1272. To the extent this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '938 patent.  Plaintiffs' allegation is vague and ambiguous at least because Plaintiffs have not explained what they mean by "can be configured to operate with" and have not identified the scope and meaning of "GDDR2 memory."  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1273. Defendant admits that it has used, to some extent, some computers including some of the products included in the '938 Accused Products.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

1274. Defendant admits that it has used, to some extent, Vector Z35.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

1275. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1276. Defendant admits that it has offered for sale and sold some products including some of the products included in the '938 Accused Products.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

1277. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1278. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1279. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1280. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1281. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1282. Defendant admits the allegations in this paragraph.

1283. Defendant denies the allegations in this paragraph.

1284. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1285. Defendant denies the allegations in this paragraph.

1286. Defendant denies the allegations in this paragraph.

1287. Defendant admits that it has provided some of the products included in the '938 Accused Products to others. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

1288. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1289. Defendant admits that it has provided technical documentation to others. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

1290. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1291. Defendant denies the allegations in this paragraph.

1292. Defendant denies the allegations in this paragraph.

1293. Defendant admits that NVIDIA has sold some of the identified products directly to customers. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in this paragraph, and on that basis denies them.

1294. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1295. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1296. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1297. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1298. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1299. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1300. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1301. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1302. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1303. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1304. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1305. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1306. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1307. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1308. Defendant admits that it has sold some of the products included in the '938 Accused Products to its customers. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

1309. Defendant denies the allegations in this paragraph.

1310. Defendant denies the allegations in this paragraph.

1311. Defendant admits that it has provided some of the products included in the '938 Accused Products and technical documentation for some of the products included in the '938 Accused Products to others. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

1312. Defendant denies the allegations in this paragraph.

1313. Defendant denies the allegations in this paragraph.

1314. Defendant denies the allegations in this paragraph.

1315. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1316. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1317. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1318. Defendant denies the allegations in this paragraph.

1319. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1320. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1321. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1322. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

### THIRD CLAIM FOR RELIEF INFRINGEMENT OF
### U.S. PATENT NO. 6,287,902 (AGAINST NVIDIA AND VELOCITY)

1323. Defendant restates and incorporates by reference its responses to the allegations of Paragraphs 1-1322 of the Amended Complaint as if fully set forth herein.

1324. Defendant admits that Exhibit C to the First Amended Complaint purports to state that the application for the U.S. Patent No. 6,287,902 was filed on May 25, 1999, purports to state that the patent was issued on September 11, 2001, and purports to state that it is entitled "Methods of Forming Etch Inhibiting Structures on Field Isolation Regions." The remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the remaining allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

1325. Defendant admits that what appears to be a copy of U.S. Patent No. 6,287,902 is attached as Exhibit C to the First Amended Complaint. Except as expressly admitted, Defendant

138

is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

1326. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1327. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1328. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1329. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1330. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1331. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1332. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1333. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1334. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1335. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1336.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1337.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1338.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1339.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1340.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1341.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1342.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1343.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1344.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1345.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1346.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1347.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1348.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1349.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1350.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1351.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1352.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1353.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1354.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1355.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1356.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1357.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1358.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1359.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1360.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1361.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1362.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1363.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1364.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1365.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1366.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1367.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1368.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1369.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1370.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1371.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1372.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1373.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1374.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1375.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1376.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1377.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1378.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1379.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1380. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1381. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1382. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1383. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1384. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1385. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1386. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1387. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1388. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1389. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1390. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

144

1391.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1392.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1393.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1394.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1395.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1396.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1397.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1398.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1399.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1400.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1401.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1402.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1403.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1404.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1405.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1406.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1407.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1408.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1409.   Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1410.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1411.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1412.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

146

1413.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1414.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1415.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1416.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1417.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1418.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1419.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1420.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1421.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1422.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1423.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1424.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1425.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1426.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1427.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1428.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1429.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1430.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1431.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1432.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1433.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1434.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1435. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1436. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1437. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1438. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1439. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1440. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1441. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1442. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1443. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1444. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1445. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1446. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1447. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1448. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1449. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1450. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1451. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1452. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1453. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1454. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1455. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1456. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1457. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1458. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1459. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1460. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1461. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1462. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1463. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1464. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1465. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1466. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1467. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1468. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1469. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1470. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1471. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1472. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1473. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1474. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1475. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1476.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1477.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1478.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1479.   Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1480.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1481.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1482.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1483.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1484.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1485.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1486.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1487. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1488. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1489. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1490. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1491. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1492. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1493. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1494. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1495. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1496. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1497. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1498.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1499.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1500.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1501.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1502.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1503.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1504.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1505.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1506.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1507.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1508.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1509.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1510.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1511.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1512.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1513.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1514.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1515.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1516.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1517.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1518. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1519. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1520. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1521. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1522. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1523. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1524. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1525. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1526. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1527. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1528. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1529.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1530.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1531.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1532.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1533.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1534.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1535.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1536.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1537.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1538.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1539.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1540. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1541. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1542. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1543. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1544. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1545. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1546. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1547. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1548. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1549. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1550. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1551. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1552. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1553. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1554. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1555. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1556. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1557. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1558. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1559. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1560. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1561. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1562. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1563. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1564. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1565. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1566. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1567. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1568. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1569. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1570. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1571. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1572. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1573.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1574.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1575.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1576.   Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1577.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1578.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1579.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1580.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1581.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1582.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1583.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1584.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1585.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1586.    Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1587.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1588.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1589.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1590.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1591.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1592.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1593.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1594.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1595.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1596.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1597.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1598.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1599.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1600.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1601.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1602.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1603.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1604.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1605.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1606.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1607.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1608.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1609.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1610.   Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1611.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1612.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1613.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1614.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1615.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1616.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1617.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1618.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1619.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1620.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1621.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1622.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1623.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1624.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1625.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1626.    Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1627.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

166

1628. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1629. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1630. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1631. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1632. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1633. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1634. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1635. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1636. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1637. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1638. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1639.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1640.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1641.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1642.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1643.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1644.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1645.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1646.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1647.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1648.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1649.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1650. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1651. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1652. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1653. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1654. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1655. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1656. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1657. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1658. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1659. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1660. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1661.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1662.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1663.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1664.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1665.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1666.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1667.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1668.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1669.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1670.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1671.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1672.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1673.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1674.   Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1675.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1676.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1677.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1678.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1679.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1680.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1681.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1682.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1683.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1684.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1685.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1686.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1687.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1688.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1689.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1690.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1691.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1692.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1693.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

172

1694. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1695. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1696. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1697. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1698. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1699. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1700. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1701. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1702. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1703. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1704. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1705.   Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1706.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1707.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1708.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1709.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1710.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1711.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1712.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1713.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1714.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1715.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1716. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1717. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1718. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1719. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1720. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1721. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1722. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1723. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1724. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1725. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1726. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1727.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1728.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1729.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1730.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1731.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1732.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1733.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1734.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1735.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1736.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1737.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1738. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1739. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1740. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1741. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1742. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1743. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1744. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1745. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1746. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1747. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1748. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1749. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1750. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1751. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1752. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1753. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1754. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1755. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1756. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1757. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1758. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1759. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1760. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1761. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1762. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1763. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1764. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1765. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1766. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1767. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1768. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1769. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1770. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1771. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1772. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1773. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1774. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1775. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1776. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1777. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1778. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1779. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1780. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1781. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1782.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1783.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1784.    Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1785.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1786.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1787.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1788.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1789.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1790.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1791.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1792.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1793. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1794. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1795. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1796. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1797. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1798. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1799. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1800. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1801. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1802. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1803. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1804. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1805. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1806. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1807. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1808. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1809. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1810. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1811. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1812. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1813. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1814. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1815. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1816. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1817. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1818. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1819. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1820. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1821. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1822. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1823. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1824. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1825. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1826. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1827. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1828. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1829. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1830. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1831. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1832. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1833. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1834. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1835. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1836. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1837. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1838. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1839. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1840. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1841. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1842. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1843. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1844. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1845. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1846.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1847.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1848.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1849.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1850.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1851.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1852.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1853.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1854.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1855.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1856.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1857.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1858.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1859.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1860.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1861.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1862.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1863.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1864.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1865.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1866.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1867.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1868.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1869.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1870.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1871.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1872.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1873.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1874.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1875.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1876.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1877.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1878.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

189

1879. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1880. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1881. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1882. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1883. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1884. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1885. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1886. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1887. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1888. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1889. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1890. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1891. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1892. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1893. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1894. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1895. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1896. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1897. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1898. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1899. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1900. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1901. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1902. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1903. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1904. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1905. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1906. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1907. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1908. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1909. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1910. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1911. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1912. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1913. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1914. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1915. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1916. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1917. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1918. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1919. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1920. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1921. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1922. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1923.   Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1924.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1925.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1926.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1927.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1928.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1929.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1930.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1931.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1932.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1933.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1934. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1935. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1936. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1937. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1938. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1939. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1940. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1941. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1942. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1943. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1944.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1945.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1946.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1947.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1948.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1949.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1950.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1951.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1952.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1953.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1954.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1955.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1956.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1957.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1958.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1959.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1960.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1961.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1962.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1963.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1964.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1965.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1966.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1967.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1968.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1969.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1970.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1971.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1972.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1973.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1974.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1975.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1976.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1977. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1978. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1979. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1980. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1981. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1982. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1983. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1984. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1985. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1986. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1987. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1988. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1989. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1990. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1991. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1992. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1993. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

1994. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1995. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1996. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1997. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1998. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

1999. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2000. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2001. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2002. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2003. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2004. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2005. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2006. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2007. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2008. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2009. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2010.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2011.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2012.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2013.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2014.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2015.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2016.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2017.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2018.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2019.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2020.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

202

2021. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2022. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2023. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2024. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2025. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2026. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2027. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2028. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2029. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2030. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2031. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2032.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2033.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2034.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2035.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2036.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2037.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2038.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2039.  Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2040.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2041.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2042.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

204

2043. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2044. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2045. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2046. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2047. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2048. Defendant avers that the '902 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2049. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2050. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2051. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2052. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2053. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2054.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2055.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2056.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2057.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2058.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2059.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2060.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2061.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2062.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2063.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2064.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2065.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2066.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2067.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2068.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2069.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2070.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2071.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2072.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2073.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2074.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2075.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2076. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2077. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2078. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2079. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2080. Defendant admits that it has sold some computers including some of the identified products. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2081. Defendant admits that it has sold a computer called the Raptor Signature Edition. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2082. Defendant admits that the Raptor Signature Edition computer can be configured to include some of the Accused 28 nm GPUs. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2083. Defendant admits that the Raptor Signature Edition computer can be configured to include an NVIDIA GeForce GTX Titan Black. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2084. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2085. Defendant denies the allegations in this paragraph.

2086. Defendant admits that it has used computers including some of the identified products. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2087.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2088.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2089.   Defendant denies the allegations in this paragraph.

2090.   Defendant admits that it has offered to sell and sold computers including an Accused 28 nm GPU.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

2091.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2092.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2093.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2094.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2095.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2096.   Defendant admits the allegations in this paragraph.

2097.   Defendant denies the allegations in this paragraph.

2098.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2099.   Defendant denies the allegations in this paragraph.

2100. Defendant admits that it has provided some of the identified products to others. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2101. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2102. Defendant admits that it has provided technical documentation to others. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2103. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2104. Defendant denies the allegations in this paragraph.

2105. Defendant admits that NVIDIA has sold some of the identified products directly to customers. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2106. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2107. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2108. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2109. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2110. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2111. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2112.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2113.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2114.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2115.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2116.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2117.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2118.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2119.   Defendant restates and incorporates by references its responses to the allegation of Paragraph 2080.

2120.   Defendant restates and incorporates by references its responses to the allegation of Paragraph 2081.

2121.   Defendant restates and incorporates by references its responses to the allegation of Paragraph 2082.

2122.   Defendant restates and incorporates by references its responses to the allegation of Paragraph 2083.

2123. Defendant admits that it has provided some of the identified products to customers. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2124. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2125. Defendant denies the allegations in this paragraph.

2126. Defendant admits that it has sold products, including computers configured to include an NVIDIA GeForce GTX Titan Black, via the website, http://www.velocitymicro.com, to customers in the United States. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2127. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2128. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2129. Defendant admits that Old Micro, Inc. sold products to electronics retailers. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2130. Defendant denies the allegations in this paragraph.

2131. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2132.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2133.   Defendant denies the allegations in this paragraph.

2134.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2135.   Defendant denies the allegations in this paragraph.

### FOURTH CLAIM FOR RELIEF INFRINGEMENT OF U.S. PATENT NO. 6,819,602 (AGAINST NVIDIA AND VELOCITY)

2136.   Defendant restates and incorporates by reference its responses to the allegations of paragraphs 1-2135 of the First Amended Complaint as if fully set forth herein.

2137. Defendant admits that Exhibit D to the First Amended Complaint purports to state that the application for the U.S. Patent No. 6,819,602 was filed on October 23, 2002, purports to state that the patent was issued on November 16, 2004, and purports to state that it is entitled "MULTIMODE DATA BUFFER AND METHOD FOR CONTROLLING PROPAGATION DELAY TIME."   Defendant states that it does not infringe any valid and enforceable claim of the '602 patent.   The remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the remaining allegations depends on context.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2138. Defendant admits that what appears to be a copy of U.S. Patent No. 6,819,602 is attached as Exhibit D to the First Amended Complaint.   Except as expressly admitted, Defendant

is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2139.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2140.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2141.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2142.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2143.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2144.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2145.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2146.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2147.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2148.  Defendant avers that the '602 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2149. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2150. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2151. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2152. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2153. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2154. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2155. Defendant avers that the '602 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2156. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2157. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2158. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2159. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2160.   Defendant restates and incorporates by reference its responses to the allegations of paragraph 833 of the First Amended Complaint as if fully set forth herein.

2161.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2162.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2163.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2164.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2165.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2166.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2167.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2168.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2169.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2170.   Defendant avers that the '602 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2171.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2172.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2173.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2174.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 2167 of the First Amended Complaint as if fully set forth herein.

2175.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 2168 of the First Amended Complaint as if fully set forth herein.

2176.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2177.  Defendant avers that the '602 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2178.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2179.  Defendant restates and incorporates by reference its responses to the allegations of paragraph 2145 of the First Amended Complaint as if fully set forth herein.

2180.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2181.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

217

2182. Defendant avers that the '602 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2183. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2184. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2185. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2158 of the First Amended Complaint as if fully set forth herein.

2186. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2159 of the First Amended Complaint as if fully set forth herein.

2187. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2188. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2165 of the First Amended Complaint as if fully set forth herein.

2189. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2190. Defendant avers that the '602 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2191. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2192. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2193. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2162 of the First Amended Complaint as if fully set forth herein.

2194. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2163 of the First Amended Complaint as if fully set forth herein.

2195. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2164 of the First Amended Complaint as if fully set forth herein.

2196. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2197. Defendant avers that the '602 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2198. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2199. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2200. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2201. Defendant avers that the '602 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2202. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2203. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2204. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2165 of the First Amended Complaint as if fully set forth herein.

2205. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2167 of the First Amended Complaint as if fully set forth herein.

2206. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2168 of the First Amended Complaint as if fully set forth herein.

2207. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2208. Defendant avers that the '602 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2209. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2210. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2211. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

220

2212. Defendant avers that the '602 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2213. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2214. Defendant avers that the '602 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2215. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2216. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2217. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2218. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2167 of the First Amended Complaint as if fully set forth herein.

2219. Defendant restates and incorporates by reference its responses to the allegations of paragraph 2168 of the First Amended Complaint as if fully set forth herein.

2220. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2221. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2222. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2223. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2224. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2225. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2226. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2227. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2228. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2229. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2230. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2231. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2232. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2233.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2234.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2235.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2236.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2237.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2238.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2239. Defendant admits that it has sold some computers including some of the products included in the '602 Accused Products.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies.

2240.  Defendant denies the allegations in this paragraph.

2241.  The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2242. Defendant admits that it has used, to some extent, some computers including some of the products included in the '602 Accused Products. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2243. Defendant admits that it has used, to some extent, Vector Z35. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2244. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2245. Defendant admits that it has offered for sale and sold some products including some of the products included in the '602 Accused Products. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2246. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2247. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2248. Defendant admits the allegations in this paragraph.

2249. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2250. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2251. Defendant denies the allegations in this paragraph.

2252. Defendant admits that it has provided some of the products included in the '602 Accused Products to others. Except as expressly admitted, Defendant is without knowledge or

information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2253. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2254. Defendant admits that it has provided technical documentation to others. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2255. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2256. Defendant denies the allegations in this paragraph.

2257. Defendant denies the allegations in this paragraph.

2258. Defendant admits that NVIDIA has sold some of the identified products directly to customers. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in this paragraph, and on that basis denies them.

2259. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2260. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2261. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2262. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2263. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2264. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2265. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2266. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2267. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2268. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2269. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2270. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2271. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2272. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2273. Defendant admits that it has sold some of the products included in the '602 Accused Products to its customers. Except as expressly admitted, Defendant is without

knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2274. Defendant denies the allegations in this paragraph.

2275.  Defendant denies the allegations in this paragraph.

2276. Defendant admits that it has provided some of the products included in the '602 Accused Products and technical documentation for some of the products included in the '602 Accused Products to others.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2277.  Defendant denies the allegations in this paragraph.

2278.  Defendant denies the allegations in this paragraph.

2279.  Defendant denies the allegations in this paragraph.

2280.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2281.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2282.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2283.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2284.  Defendant denies the allegations in this paragraph.

2285.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2286.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2287.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

### FIFTH CLAIM FOR RELIEF INFRINGEMENT OF U.S. PATENT NO. 8,252,675 (AGAINST NVIDIA AND VELOCITY)

2288.   Defendant restates and incorporates by reference its responses to the allegations of Paragraphs 1-2287 of the Amended Complaint as if fully set forth herein.

2289.   Defendant admits that Exhibit E to the First Amended Complaint purports to state that the application for the U.S. Patent No. 8,252,675 was filed on November 9, 2010, purports to state that the patent was issued on August 28, 2012, and purports to state that it is entitled "Methods Of Forming CMOS Transistors With High Conductivity Gate Electrodes."  The remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the remaining allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2290.   Defendant admits that what appears to be a copy of U.S. Patent No. 8,252,675 is attached as Exhibit E to the First Amended Complaint.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2291.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2292.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2293.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2294.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2295.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2296.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2297.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2298.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2299.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2300.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2301.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2302.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2303.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2304.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2305.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2306.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2307.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2308.   Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2309.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2310.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2311.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2312.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2313.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2314.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2315. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2316. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2317. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2318. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2319. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2320. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2321. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2322. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2323. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2324. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2325.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2326.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2327.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2328.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2329.   Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2330.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2331.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2332.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2333.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2334.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2335.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2336. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2337. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2338. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2339. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2340. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2341. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2342. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2343. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2344. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2345. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2346. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2347.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2348.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2349.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2350.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2351.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2352.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2353.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2354.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2355.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2356.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2357.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2358.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2359.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2360.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2361.   Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2362.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2363.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2364.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2365.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2366.   Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2367. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2368. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2369. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2370. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2371. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2372. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2373. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2374. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2375. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2376. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2377. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2378.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2379.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2380.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2381.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2382.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2383.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2384.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2385.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2386.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2387.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2388.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2389.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2390.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2391.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2392.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2393.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2394.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2395.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2396.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2397.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2398.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2399.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2400.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2401.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2402.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2403.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2404.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2405.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2406.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2407.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2408. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2409. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2410. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2411. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2412. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2413. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2414. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2415. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2416. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2417. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2418. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2419. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2420. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2421. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2422. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2423. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2424. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2425. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2426. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2427. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2428. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2429.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2430.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2431.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2432.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2433.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2434.   Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2435.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2436.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2437.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2438.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2439.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2440. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2441. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2442. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2443. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2444. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2445. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2446. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2447. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2448. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2449. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2450. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2451. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2452. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2453. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2454. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2455. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2456. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2457. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2458. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2459. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2460.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2461.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2462.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2463.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2464.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2465.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2466.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2467.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2468.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2469.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2470.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2471.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2472.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2473.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2474.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2475.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2476.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2477.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2478.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2479.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2480. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2481. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2482. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2483. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2484. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2485. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2486. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2487. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2488. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2489. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2490.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2491.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2492.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2493.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2494.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2495.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2496.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2497.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2498.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2499.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2500.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2501.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2502.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2503.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2504.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2505.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2506.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2507.  Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2508.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2509.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2510. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2511. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2512. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2513. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2514. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2515. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2516. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2517. Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2518. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2519. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2520.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2521.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2522.   Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2523.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2524.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2525.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2526.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2527.   Defendant avers that the '675 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2528.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2529.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2530.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2531.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2532.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2533.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2534.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2535.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2536.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2537.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2538.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2539.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2540.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2541.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2542.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2543.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2544.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2545.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2546.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2547.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2548.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2549.  Defendant admits that it has sold some computers including an Accused 28 nm GPU.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

2550.  Defendant admits that it has sold a computer called the Raptor Signature Edition. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2551.  Defendant admits that the Raptor Signature Edition computer can be configured to include some of the identified products.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

2552.  Defendant admits that the Raptor Signature Edition computer can be configured to include an NVIDIA GeForce GTX Titan Black.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

2553.  Defendant admits that it has used its own products including some of the identified products, for testing and development purposes.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

2554.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2555.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2556.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2557.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2558.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2559.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2560.  Defendant admits the allegations in this paragraph.

2561.  Defendant denies the allegations in this paragraph.

2562.  Defendant denies the allegations in this paragraph.

2563.  Defendant admits that it has provided some of the identified products to others. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2564.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2565.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2566.  Defendant denies the allegations in this paragraph.

2567.  Defendant admits that NVIDIA has sold some of the identified products directly to customers.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in this paragraph, and on that basis denies them.

2568.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2569.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2570.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2571.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2572.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2573.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2574.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2575.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2576.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2577.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2578.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2579.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2580.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2581.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2582.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2583.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2584.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2585.   Defendant admits that it has provided some of the identified products to customers.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

2586. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2587. Defendant denies the allegations in this paragraph.

2588. Defendant admits that it has sold products, including computers configured to include an NVIDIA GeForce GTX Titan Black, via its website, http://www.velocitymicro.com, to customers in the United States. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2589. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth within this paragraph, and on that basis denies them.

2590. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2591. Defendant admits that Old Micro, Inc. sold products to electronics retailers. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2592. Defendant denies the allegations in this paragraph.

2593. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2594. The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2595.   Defendant denies the allegations in this paragraph.

2596.   Defendant denies the allegations in this paragraph.

### SIXTH CLAIM FOR RELIEF INFRINGEMENT OF U.S. PATENT NO. 6,804,724 (AGAINST NVIDIA AND VELOCITY)

2597.   Defendant restates and incorporates by reference its responses to the allegations of Paragraphs 1-2596 of the Amended Complaint as if fully set forth herein.

2598.   Defendant admits that Exhibit F to the First Amended Complaint purports to state that the application for U.S. Patent No. 6,804,724 was filed on April 29, 1999, purports to state that the patent was issued on October 24 ,2004, and purports to state that it is entitled "Analog/Digital Display Adapter and a Computer System Having the Same."  The remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the remaining allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2599.   Defendant admits that what appears to be a copy of U.S. Patent 6,804,724 is attached as Exhibit F to the First Amended Complaint.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2600.   Defendant denies the allegations in this paragraph.

2601.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2602.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2603. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2604. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2605. Defendant admits that the Amended Complaint defines the term "'724 Accused Velocity Laptops" to include Velocity laptop computers with a DisplayPort port. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and

conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2606. Defendant admits that the Amended Complaint defines the term "'724 Accused Velocity Laptops" to include Velocity laptop computers with a DisplayPort port. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2607. Defendant admits that the Amended Complaint defines the term "'724 Accused Velocity Laptops" to include Velocity laptop computers with a DisplayPort port. This allegation

260

relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2608. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2609. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2610.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2611.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2612.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2613.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2614.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2615.  Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2616.  Defendant admits that depending on the context, laptop computers could be considered portable computers.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

262

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2617. Defendant admits that the Amended Complaint defines the term "'724 Accused Velocity Laptops" to include Velocity laptop computers. Defendant admits that depending on the context, laptop computers could be considered portable computers. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2618. Defendant admits that the Amended Complaint defines the term "'724 Accused Velocity Laptops" to include Velocity laptop computers. Defendant admits that depending on the context, laptop computers could be considered portable computers. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the

accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2619. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2620. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2621. Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2622. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2623. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2624. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2625. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2626. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2627. Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2628. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2629. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2630. Defendant admits that the NoteMagix M15 Ultra can include a GeForce GTS 250M.

2631. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2632. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2633. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2634. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2635. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2636. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2637. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2638. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2639. Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2640. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2641. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2642. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not

provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2643. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2644. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2645.   This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2646.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2647.   This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

270

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2648. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2649. Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2650. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2651. Defendant admits that the NoteMagix M15 Ultra can include a GeForce GTS 250M. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in this paragraph, and on that basis denies them.

2652. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2653. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2654. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2655. Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2656. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2657. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

272

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2658.    This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2659.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2660.    Defendant admits that the cited Standard includes the quoted language. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective

273

assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2661.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2662.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2663.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2664.  Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2665.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

274

2666.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2667.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2668.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2669.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2670.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2671.   Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2672.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2673.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2674.   Defendant denies the allegations in this paragraph.

2675.   Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2676.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

275

2677.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2678.  Defendant denies the allegations in this paragraph.

2679.  Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2680.  Defendant admits that depending on the context, laptop computers could be considered portable computers.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2681.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2682.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2683.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2684. Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2685. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2686. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2687. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2688. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2689. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2690. Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2691. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2692. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2693. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2694. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2695. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2696. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2697. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2698. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2699. Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2700. Defendant admits that the Amended Complaint defines the term "'724 Accused Velocity Laptops" to include Velocity laptop computers with a DisplayPort port. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and

278

therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2701.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2702.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2703.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2704.  This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2705.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2706.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2707.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2708.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2709.  Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2710.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2711.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2712.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2713.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2714.  Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2715.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2716.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2717. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2718. Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2719. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2720. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2721. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2722. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2723. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2724. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2725. Defendant avers that the '724 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2726. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2727.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2728.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2729.   This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2730.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2731.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2732.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2733.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2734.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2735.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2736.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2737.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2738.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2739.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2740.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2741.   Defendant admits that it has assembled computers including some of the identified products.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

2742.   Defendant admits that it has assembled a product called the NoteMagix M15. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2743.   Defendant admits that it has assembled a product called the NoteMagix M15 that included some of the identified components.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

2744. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2745. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2746. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2747. Defendant admits that it has assembled a product called the NoteMagix M15. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2748. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2749. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2750. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2751. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2752. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2753. Defendant admits the allegations in this paragraph.

2754. Defendant denies the allegations in this paragraph.

2755. Defendant denies the allegations in this paragraph.

2756. Defendant denies the allegations in this paragraph.

2757.  Defendant admits that it has provided at least some of the identified products to others.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

2758.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2759.  Defendant denies the allegations in this paragraph.

2760.  Defendant admits that it has provided technical documentation to others.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

2761.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2762.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2763.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2764.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2765.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2766.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2767.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2768.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2769. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2770. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2771. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2772. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2773. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2774. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2775. Defendant admits that it has sold at least some of the identified products. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2776. Defendant admits that it has sold a computer called the NoteMagix M15. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2777. Defendant admits that the NoteMagix M15 can include some of the identified components. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2778. Defendant admits that it has provided some of the identified products to others. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2779. Defendant denies the allegations in this paragraph.

2780. Defendant denies the allegations in this paragraph.

2781. Defendant admits that it has sold some of the identified products via the website, http://www.velocitymicro.com, to customers in the United States.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

2782. Defendant denies the allegations in this paragraph.

2783. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2784. Defendant admits that it has sold some of the identified products to resellers. Except as expressly admitted, Defendant denies the allegations in this paragraph.

2785. Defendant admits that it sold products to electronics retailers.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

2786. Defendant denies the allegations in this paragraph.

2787. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2788. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2789. Defendant denies the allegations in this paragraph.

2790. Defendant denies the allegations in this paragraph.

2791. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2792. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2793. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2794. Defendant denies the allegations in this paragraph.

2795. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

2796. Defendant denies the allegations in this paragraph.

2797. Defendant denies the allegations in this paragraph.

2798. This allegation relies on terms found in the claims of the '724 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '724 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '724 patent.

2799. Defendant denies the allegations in this paragraph.

2800. Defendant denies the allegations in this paragraph.

**SEVENTH CLAIM FOR RELIEF INFRINGEMENT OF
U.S. PATENT NO. 7,073,054 (AGAINST VELOCITY)**

2801. Defendant restates and incorporates by reference its responses to the allegations of Paragraphs 1-2800 of the Amended Complaint as if fully set forth herein.

2802. Defendant admits that Exhibit G to the First Amended Complaint purports to state that the application for U.S. Patent No. 7,073,054 was filed on August 16, 2002, purports to state that the patent was issued on July 4, 2006, and purports to state that it is entitled "Computer

288

System and Method for Booting Up the Same." The remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the remaining allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2803. Defendant admits that what appears to be a copy of U.S. Patent 7,073,054 is attached as Exhibit G to the First Amended Complaint. Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

2804. The phrase "substantially the same way" is vague and ambiguous at least because Plaintiffs have not explained what they mean by this phrase. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2805. The phrases "substantially the same way" and "functionally equivalent" are vague and ambiguous at least because Plaintiffs have not explained what they mean by these phrases. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required

289

and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2806.  Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2807.   Defendant admits that the Amended Complaint defines the term "'054 Accused Products" to include Velocity computer products.  Defendant admits that depending on the context, Velocity computer products could be considered to be computer systems. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2808.   Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2809.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2810. Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2811. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2812. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2813. Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2814. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2815.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2816.   Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2817.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is

294

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2818. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2819. Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2820. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2821. Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2822. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to

296

interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2823. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2824. Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2825. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to

297

interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2826. Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2827. Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because

298

Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2828. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2829. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

299

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2830. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2831. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2832.   Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2833.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.   Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2834.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.   Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2835.   Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2836.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2837.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2838.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2839.  Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2840.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2841. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2842. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not

provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2843. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2844. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2845.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2846.   Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2847.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2848. Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2849. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

307

2850.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2851.  Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2852.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2853.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2854.  Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2855.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2856.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2857.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not

provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2858. Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2859. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2860. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not

311

provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2861. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2862. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2863. Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2864. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2865. Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations

depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2866.  Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2867.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

314

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2868.    This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.   Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2869.    This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.   Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2870.   Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2871.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2872.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2873.   Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2874.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2875.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is

317

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2876. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2877. Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2878. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is

318

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2879. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2880. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not

provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2881. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2882. Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2883. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not

320

provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2884. Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2885. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

321

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2886. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2887. Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2888. Defendant admits that the Amended Complaint defines the term "'054 Accused Products" to include Velocity computer products. Defendant admits that depending on the context, Velocity computer products could be considered to be computer systems. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the

322

meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2889. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

2890. Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2891. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2892. Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2893. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2894. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2895. Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2896. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

325

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2897. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2898. Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2899.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2900.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2901.   Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

327

2902.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2903.   Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2904.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2905. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2906. Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2907. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is

329

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2908. Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2909. Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged

330

invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2910.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2911.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

331

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2912. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2913. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

332

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2914.  Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2915.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2916.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2917. Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2918. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2919. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2920. Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2921. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2922. Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2923. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2924. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2925.  Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2926.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2927.  Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com.  This allegation relies on terms found in the claims of the

337

'054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2928. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2929. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to

interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2930. Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2931. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2932. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to

339

interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2933. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2934. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2935. Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2936. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2937. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

341

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2938. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2939. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2940.   Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2941.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2942.   Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to

the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2943.    This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2944.    This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

344

2945.   Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2946.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2947.   Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to

the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2948. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2949. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2950.    Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2951.    This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2952.    Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to

the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2953.  Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2954.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2955. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2956. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2957. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2958. Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2959. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2960. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

350

the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2961. Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2962. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not

351

provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2963. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2964. Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2965. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not

provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2966. Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2967. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2968. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2969. Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2970. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2971. Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2972. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2973. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2974. Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2975. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

356

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2976. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2977. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2978.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2979.   Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2980.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2981. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2982. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2983. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2984.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2985.   Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2986.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

360

the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2987.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2988.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2989. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2990. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2991. Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2992. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2993. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2994. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2995. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2996. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2997. Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

2998. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

2999.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3000.   Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3001.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is

366

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3002.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3003.  Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

3004.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is

required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3005. Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3006. Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged

invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3007. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3008. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

369

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3009. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3010. Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

3011. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

370

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3012. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3013. Defendant admits that the identified document appears to be a printout from the website http://www.velocitymicro.com. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to

the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3014.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3015.   This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3016. Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

3017. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3018. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3019. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3020. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3021. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3022.  Defendant avers that the '054 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the document beyond the text of the document and distortions via selective excerpts.

3023.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3024.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of

375

the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3025.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3026.  This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations.  Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3027. This allegation relies on terms found in the claims of the '054 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '054 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3028. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3029. Defendant denies the allegations in this paragraph.

3030. Defendant denies the allegations in this paragraph.

3031. Defendant denies the allegations in this paragraph.

3032. Defendant admits that it has made, offered to sell and sold some of its own products. Defendant admits that the website http://www.velocitymicro.com displayed the

377

NoteMagix M15 HHD as a customizable option in the past.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

3033.  Defendant admits that the website http://www.velocitymicro.com displayed the NoteMagix M15 HHD as a customizable option in the past.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

3034.  Defendant denies the allegations in this paragraph.

3035.  Defendant admits that the website http://www.velocitymicro.com displayed the NoteMagix M15 HHD as a customizable option in the past.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

3036.  Defendant admits that the website http://www.velocitymicro.com displayed the NoteMagix M15 HHD as a customizable option in the past.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

3037.  Defendant denies the allegations in this paragraph.

3038.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3039.  Defendant admits the allegations in this paragraph.

3040.  Defendant denies the allegations in this paragraph.

3041.  Defendant denies the allegations in this paragraph.

3042.  Defendant denies the allegations in this paragraph.

3043.  Defendant denies the allegations in this paragraph.

3044.  Defendant denies the allegations in this paragraph.

3045.  Defendant denies the allegations in this paragraph.

3046. Defendant admits that the website http://www.velocitymicro.com displayed the NoteMagix M15 HHD as a customizable option in the past. Except as expressly admitted, Defendant denies the allegations in this paragraph.

3047. Defendant denies the allegations in this paragraph.

3048. Defendant denies the allegations in this paragraph.

3049. Defendant admits that it has sold products to electronics retailers. Except as expressly admitted, Defendant denies the allegations in this paragraph.

3050. Defendant denies the allegations in this paragraph.

3051. Defendant denies the allegations in this paragraph.

3052. Defendant denies the allegations in this paragraph.

3053. Defendant denies the allegations in this paragraph.

3054. Defendant denies the allegations in this paragraph.

3055. Defendant denies the allegations in this paragraph.

3056. Defendant denies the allegations in this paragraph.

3057. Defendant denies the allegations in this paragraph.

3058. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them. Defendant states that it does not infringe any valid and enforceable claim of the '054 patent.

3059. Defendant denies the allegations in this paragraph.

3060. Defendant denies the allegations in this paragraph.

3061. Defendant denies the allegations in this paragraph.

3062. Defendant denies the allegations in this paragraph.

379

## EIGHTH CLAIM FOR RELIEF INFRINGEMENT OF
## U.S. PATENT NO. 5,777,854 (AGAINST VELOCITY)

3063.   Defendant restates and incorporates by reference its responses to the allegations of Paragraphs 1-3062 of the Amended Complaint as if fully set forth herein.

3064.   Defendant admits that Exhibit H to the First Amended Complaint purports to state that the application for the U.S. Patent No. 5,777,854 was filed on May 30, 1997, purports to state that the patent was issued on July 7, 1998, and purports to state that it is entitled "Integrated Flexible Contacts Grounding System For A Computer System Chassis."  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.  The remaining allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent of the remaining allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

3065.   Defendant admits that what appears to be a copy of U.S. Patent No. 5,777,854 is attached as Exhibit H to the First Amended Complaint.  Except as expressly admitted, Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph, and on that basis denies them.

3066.   Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3067.   This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an

380

answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3068. Defendant admits that depending on the context, the Vector Z25 could be considered to include a case. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

3069. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not inten and the accuracy of the allegations depends on context. Defendant lacks knowledge or information

381

sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3070.  Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3071.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3072.  Defendant admits that depending on the context, the Vector Z25 could be considered to include a case with at least two parts.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the

382

allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

3073.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3074.  Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3075.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3076.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3077.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3078.   Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3079.   This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3080.   This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3081. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3082. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3083. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the

scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3084. Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3085. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3086. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the

scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3087. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3088. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

388

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3089. Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3090. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3091. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3092. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3093. Defendant avers that the referenced document states "Common methods of properly grounding yourself are prioritized in order of effectiveness below (1 being most effective, etc.): . . . 4. 'Discharging' yourself by touching a piece of metal or the case." This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective

390

assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3094. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3095. Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3096. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3097.   This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3098.   This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3099.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3100.  Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3101.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

393

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3102. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3103. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3104. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3105. Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3106. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3107. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3108. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3109. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the

scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3110. Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3111. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3112. Defendant admits that in the context of how the term "desktop" is used in the Configure Your Z25 document, the Vector Z25 could be considered a desktop computer system. This allegation relies on a term(s) found in the claims of the '854 patent and contains

397

legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

3113.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3114.  Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3115.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an

398

answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3116. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3117. Defendant admits that in the context of how the term "desktop" is used in the Configure Your Z25 document, the Vector Z25 could be considered a desktop computer system. Defendant further admits that in the context of the Configure Your Z25 document, the "Intel® Core i5-4460 Processor, 4-core @ 3.2GHz (3.4GHz Turbo) 6MB L3 Cache, 84 watts" is a processor option. This allegation relies on a term(s) found in the claims of the '854 patent and

contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3118.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3119.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended

to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3120.  Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3121.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3122.  Defendant admits that depending on the context, the Vector Z25 could be considered to include a case.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention

and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

3123. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3124. Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3125. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended

to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3126. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3127. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3128. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3129. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3130. Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3131. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3132. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3133. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3134. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3135. Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

406

3136. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3137. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3138. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the

scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3139. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3140. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3141. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3142. Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3143. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3144. Defendant admits that depending on the context, the Vector Z25 could be considered to include a case. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term, this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

3145. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

410

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3146.  Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3147.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3148.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

411

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3149. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3150. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3151. Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3152. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3153. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3154.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3155.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3156.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the

414

scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3157. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3158. Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3159. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the

415

scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3160. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3161. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3162. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3163. Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3164. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated

417

subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3165. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3166. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3167. Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3168. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3169. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3170.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3171.  Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3172.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

420

allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3173. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3174. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3175. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3176. Defendant avers that the '854 patent speaks for itself, and otherwise denies the allegations of this paragraph, including all characterizations of the documents beyond the text of the document and distortions via selective excerpts.

3177. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3178.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3179.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent.  Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3180.  This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required.  To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the

423

scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3181. This allegation relies on a term(s) found in the claims of the '854 patent and contains legal arguments and conclusions; therefore, no answer is required. To the extent an answer is required and this paragraph makes allegations regarding the alleged invention and the scope of the claims, Defendant denies such allegations. Defendant's responses are not intended to interpret the meaning or scope of the claims in the '854 patent. Because Plaintiffs have not provided an interpretation or construction for this term(s), this allegation contains unstated subjective assessments from Plaintiffs and the accuracy of the allegations depends on context. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3182. Defendant admits the allegations in this paragraph.

3183. Defendant denies the allegations in this paragraph.

3184. Defendant admits that it has assembled the Velocity Vector Z25 and other computers with the GX-2 chassis. Except as expressly admitted, Defendant denies the allegations in this paragraph. Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3185.   Defendant admits that it has used the Velocity GX-2 chassis.  Except as expressly admitted, Defendant denies the allegations in this paragraph.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3186.   Defendant admits that it has demonstrated and tested the Velocity Z25.  Except as expressly admitted, Defendant denies the allegations in this paragraph.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3187.   Defendant admits that it has sold and offered to sell the Velocity GX-2 chassis.  Except as expressly admitted, Defendant denies the allegations in this paragraph.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3188.   Defendant admits that it has sold the Velocity Z25 online.  Except as expressly admitted, Defendant denies the allegations in this paragraph.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3189.   Defendant denies the allegations in this paragraph.

3190.   Defendant denies the allegations in this paragraph.

3191.   Defendant admits that it has provided the Velocity GX-2 chassis to customers.  Except as expressly admitted, Defendant denies the allegations in this paragraph.  Defendant states that it does not infringe any valid and enforceable claim of the '854 patent.

3192.   Defendant admits that Old Micro, Inc. sold products to electronics retailers.  Except as expressly admitted, Defendant denies the allegations in this paragraph.

3193.   The allegations in this paragraph contain subjective assessments from Plaintiffs and the accuracy of the allegations depends on context.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies them.

3194. Defendant denies the allegations in this paragraph.

3195. Defendant denies the allegations in this paragraph.

## NINTH CLAIM FOR RELIEF FALSE ADVERTISING
## (AGAINST NVIDIA) (VA. CODE §§ 18.2-216 AND 59.1-68.3)

3196. Defendant restates and incorporate by reference their responses to the allegations of Paragraphs 1-3195 of the Amended Complaint as if fully set forth herein.

3197. Defendant states that this paragraph contains no factual allegations against Velocity that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3198. Defendant states that this paragraph contains no factual allegations against Velocity that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3199. Defendant states that this paragraph contains no factual allegations against Velocity that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3200. Defendant states that this paragraph contains no factual allegations against Velocity that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3201. Defendant states that this paragraph contains no factual allegations against Velocity that require a response, but to the extent a response is required, Defendant is without

426

knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3202. Defendant states that this paragraph contains no factual allegations against Velocity that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3203. Defendant states that this paragraph contains no factual allegations against Velocity that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3204. Defendant states that this paragraph contains no factual allegations against Velocity that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3205. Defendant states that this paragraph contains no factual allegations against Velocity that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

3206. Defendant states that this paragraph contains no factual allegations against Velocity that require a response, but to the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this paragraph, and on that basis denies them.

## JURY DEMAND

3207. Defendant acknowledges that Plaintiff demands a trial by jury on all issues.

427

## RESPONSE TO PRAYER FOR RELIEF

Answering Plaintiff's request for judgment, Defendant denies that they infringe or have infringed any valid and enforceable claim of the Asserted Patents. Defendant also denies that Plaintiffs are entitled to any relief requested against Defendant, including damages, interest, costs, disbursements, attorneys' fees, expenses, or any other relief of any kind, including, without limitation, Paragraphs (i) through (vii) of Plaintiffs' prayer for relief.

## DEFENSES

To the extent not expressly admitted above, the factual allegations contained in the Amended Complaint are denied. Subject to the responses above, Defendant alleges and asserts the following defenses in response to the allegations set forth in the Amended Complaint, undertaking the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated herein. In addition to the defenses and affirmative defenses set forth below, and subject to its responses above, Defendant specifically maintains the right to allege additional defenses pursuant to Rule 8(c) of the Federal Rules of Civil Procedure, the Patent Laws of the United States, and any other defenses, at law or in equity, that now exist or in the future may become known through the course of litigation discovery and further factual investigation in this case.

## FIRST DEFENSE
### (Non-Infringement)

Defendant is not infringing and has not infringed, either literally or under the doctrine of equivalents, directly, by inducement, contributorily, or in any way, any valid enforceable claim of the patents-in-suit.

428

## SECOND DEFENSE
### (Invalidity)

1.    **Invalidity of the '158 Patent**

Plaintiffs' claims are barred because the claims of the '158 patent are invalid for failure to comply with the requirements of 35 U.S.C. §§ 102, 103 and 112.  The asserted claims of the '158 patent recite a method for controlling a cache, involving a cache controller and request ID values, among other elements.  At least under Plaintiffs' apparent interpretation of the claims, the claimed limitations were well known in the art prior to the '158 patent's filing date of November 15, 1996.  *See, e.g.,* U.S. Patent. Pub. No. 2007/0101103 ("Nguyen") at, *e.g.*, ¶¶ 384-390.  Thus the asserted claims of the '158 patent are invalid for failure to satisfy one or more of the requirements of 35 U.S.C. §§ 102 and 103.  To the extent that the Nguyen reference does not anticipate the asserted claims of the '158 patent, there are numerous other references that invalidate the asserted claims, including but not limited to U.S. Patent No. 5,778,434 (the "'434 patent"), either alone or in combination with other references.  As an example, and without limitation, at least under Plaintiffs' apparent interpretation of the claims, the '434 patent discloses a "cache control unit" that can receive a request for data, provide an "identification tag" for the request, and  initiate processing of the request after receiving the request.   '434 patent at, *e.g.*, Fig. 1, col. 1, ll. 48-60, col. 2, ll. 43-56, col. 4, ll. 58-66, col. 5, ll. 49-55.  Moreover, it would have been obvious to one of ordinary skill in the art to combine Nguyen with many other references, including the '434 patent, as these references identify and address the same set of technical issues and suggest similar solutions to those issues.  For example, each of these two references relates to a memory cache and the references share an inventor.  Additionally, any alleged differences between the asserted claims of the '158 patent and either of these two

references are trivial and, when combined with the knowledge of one of ordinary skill in the art at the relevant time, each such claim is obvious under 35 U.S.C. § 103.

Further, the asserted claims of the '158 patent are invalid for failure to comply with the requirements of 35 U.S.C. § 112 including, but not limited to, lack of written description, failure to particularly point out and distinctly claim the alleged invention, failure to enable any person skilled in the art to make and use the alleged invention, and/or failure to inform, with reasonable certainty, those skilled in the art about the scope of the invention.  For example, at least under Plaintiffs' apparent interpretation of the claims, each asserted claim is invalid for lack of sufficient written description and failure to enable any person skilled in the art to make and use the alleged invention as the specification fails to disclose providing by the cache controller a first or second request ID value.

### 2.    Invalidity of the '938 Patent

Plaintiffs' claims are barred because the claims of the '938 patent are invalid for failure to comply with the requirements of 35 U.S.C. §§ 102, 103 and 112.  At least under Plaintiffs' apparent interpretation of the claims, the claimed limitations were well known in the art prior to the '938 patent's purported foreign priority date of March 3, 1999.  *See, e.g.*, U.S. Patent No. 6,067,632 ("Yamaguchi") at, *e.g.*, 1:5-39, 2:57-3:8, 5:19-49, 6:36-43, 7:39-8:51.  Thus, the asserted claims of the '938 patent are invalid for failure to satisfy one or more of the requirements of 35 U.S.C. §§ 102 and 103.  To the extent that the Yamaguchi reference does not anticipate the asserted claims of the '938 patent, there are numerous other references that invalidate the asserted claims, including but not limited to U.S. Patent No. 5,950,229 ("Jeddeloh"), either alone or in combination with other references.  As an example, and without limitation, at least under Plaintiffs' apparent interpretation of the claims, the Jeddeloh reference

discloses a memory device which controls and minimizes RAS/CAS delays in memory operations. Jeddeloh at, *e.g.*, 1:44-2:15, 3:5-24, 5:29-56, 6:13-48. Moreover, it would have been obvious to one of ordinary skill in the art to combine the Yamaguchi reference with many other references, including the Jeddeloh reference, as these references identify and address the same set of technical issues and suggest similar solutions to those issues. For example, each of these two references relates to a memory device with rows and columns and the timing of access commands. Additionally, any alleged differences between the asserted claims of the '938 patent and either of these two references are trivial and, when combined with the knowledge of one of ordinary skill in the art at the relevant time, each such claim is obvious under 35 U.S.C. § 103.

Further, the asserted claims of the '938 patent are invalid for failure to comply with the requirements of 35 U.S.C. § 112 including, but not limited to, lack of written description, failure to particularly point out and distinctly claim the alleged invention, failure to enable any person skilled in the art to make and use the alleged invention, and/or failure to inform, with reasonable certainty, those skilled in the art about the scope of the invention. For example, claim 18 of the '938 patent is indefinite as it claims an apparatus and recites method steps. As another example, claim 18 of the '938 patent is invalid as the specification does not provide sufficient written description to support or enable a synchronous DRAM synchronized with a clock signal after predetermined column access strobe (CAS) latency has lapsed from a column access command.

3.   **Invalidity of the '902 Patent**

Plaintiffs' claims are barred because the claims of the '902 patent are invalid for failure to comply with the requirements of 35 U.S.C. §§ 102, 103 and 112. The asserted claims of the '902 patent recite a method of forming a contact hole for a microelectronic structure, involving steps for forming a field oxide layer, a first and second conductive layer, and a contact hole,

431

among other elements. At least under Plaintiffs' apparent interpretation of the claims, the claimed limitations were well known in the art prior to the '902 patent's alleged priority date of November 12, 1996. *See, e.g.*, U.S. Patent No. 5,554,557 ("Koh") at *e.g.*, Figs. 1 and 3 and all accompanying text. Thus the asserted claims of the '902 patent are invalid for failure to satisfy one or more of the requirements of 35 U.S.C. §§ 102 and 103. To the extent that the Koh reference does not anticipate the asserted claims of the '902 patent, there are numerous other references that invalidate the asserted claims, including but not limited to U.S. Patent No. 5,118,640 ("Fujii"), either alone or in combination with other references. As an example, and without limitation, at least under Plaintiffs' apparent interpretation of the claims, Fujii discloses a method of forming a contact hole for a microelectronic structure, involving steps for forming a field oxide layer, a first and second conductive layer, and a contact hole. Fujii at, *e.g.*, Figs. 1-3 and all accompanying text. Moreover, it would have been obvious to one of ordinary skill in the art to combine the Koh reference with many other references, including the Fujii reference, as these references identify and address the same set of technical issues and suggest similar solutions to those issues. For example, each of these two references relates to forming a contact hole between gates. Additionally, any alleged differences between the asserted claims of the '902 patent and either of these two references are trivial and, when combined with the knowledge of one of ordinary skill in the art at the relevant time, each such claim is obvious under 35 U.S.C. § 103.

Further, the asserted claims of the '902 patent are invalid for failure to comply with the requirements of 35 U.S.C. § 112 including, but not limited to, lack of written description, failure to particularly point out and distinctly claim the alleged invention, failure to enable any person skilled in the art to make and use the alleged invention, and/or failure to inform, with reasonable

432

certainty, those skilled in the art about the scope of the invention.  For example, at least under Plaintiffs' apparent interpretation of the claims, each asserted claim is invalid as it fails to inform, with reasonable certainty, those skilled in the art about the scope of at least the following terms:  forming an insulating layer on said substrate, said field isolation layer, said first patterned conductive layer, and said etch inhibiting layer; forming an insulating layer covering said substrate, said field isolation layer, said first and second patterned layers.

4.       **Invalidity of the '602 Patent**

Plaintiffs' claims are barred because the claims of the '602 patent are invalid for failure to comply with the requirements of 35 U.S.C. §§ 102, 103 and 112.  The asserted claims of the '602 patent recite a data strobe input buffer comprising a differential amplifier or  a method involving amplifying and outputting differentially amplified data strobe signals, among other elements.  At least under Plaintiffs' apparent interpretation of the claims, the claimed limitations were well known in the art prior to the '602 patent's provisional filing date of May 10, 2002. *See, e.g.*, U.S. Patent No. 6,522,599 ("Ooishi") at, *e.g.*, 2:8-23, 4:57-59, 12:22-35, 14:20-39, 18:18-43, 19:44-20:30.  Thus, the asserted claims of the '602 patent are invalid for failure to satisfy one or more of the requirements of 35 U.S.C. §§ 102 and 103.  To the extent that the Ooishi reference does not anticipate the asserted claims of the '602 patent, there are numerous other references that invalidate the asserted claims, including but not limited to U.S. Patent No. 5,243,623 ("Murdock"), either alone or in combination with other references.  As an example, and without limitation, at least under Plaintiffs' apparent interpretation of the claims, the Murdock reference discloses a differential receiver that can operate in either a differential or a single-ended mode depending on the level of a control signal.  Murdock at, *e.g.*, 2:9-34, 3:28-52, 4:1-18, 4:31-37, 4:63-5:4, 5:20-6:9.  Moreover, it would have been obvious to one of ordinary

skill in the art to combine the Ooishi reference with many other references, including the Murdock reference, as these references identify and address the same set of technical issues and suggest similar solutions to those issues. For example, each of these two references relates to a signal receiver with multiple modes. Additionally, any alleged differences between the asserted claims of the '602 patent and either of these two references are trivial and, when combined with the knowledge of one of ordinary skill in the art at the relevant time, each such claim is obvious under 35 U.S.C. § 103.

Further, the asserted claims of the '602 patent are invalid for failure to comply with the requirements of 35 U.S.C. § 112 including, but not limited to, lack of written description, failure to particularly point out and distinctly claim the alleged invention, failure to enable any person skilled in the art to make and use the alleged invention, and/or failure to inform, with reasonable certainty, those skilled in the art about the scope of the invention. For example, at least under Plaintiffs' apparent interpretation of the claims, claim 26 of the '602 patent is invalid as the specification does not provide sufficient written description to support or enable a differential amplifier that outputs two different differentially amplified data strobe signals. As another example, at least under Plaintiffs' apparent interpretation of the claims, claim 1 of the '602 patent is invalid as the full scope of the claim is not supported by the disclosure. As another example, claim 26 of the '602 patent is invalid, at least under Plaintiffs' apparent interpretation of the claims, as the claim fails to reasonably enable a person of ordinary skill in the art to practice the full scope of the claimed method of controlling propagation delay time of a semiconductor memory. As another example, claim 27 of the '602 patent is indefinite as "the level of the control signal" lacks an explicit antecedent basis.

434

5.      **<u>Invalidity of the '675 Patent</u>**

Plaintiffs' claims are barred because the claims of the '675 patent are invalid for failure to comply with the requirements of 35 U.S.C. §§ 102, 103 and 112.  The asserted claims of the '675 patent recite a method of forming an insulated-gate transistor, involving steps for forming a gate insulating layer, metal layers, and a dummy gate electrode layer, among other elements.  At least under Plaintiffs' apparent interpretation of the claims, the claimed limitations were well known in the art prior to the '675 patent's filing date of November 9, 2010.  *See, e.g.*, U.S. Patent No. 8,404,535 ("Yu") at *e.g.*, Figs. 1-9 and all accompanying text.  Thus the asserted claims of the '675 patent are invalid for failure to satisfy one or more of the requirements of 35 U.S.C. §§ 102 and 103.  To the extent that the Yu reference does not anticipate the asserted claims of the '675 patent, there are numerous other references that invalidate the asserted claims, including but not limited to U.S. Patent No. 8,441,033 ("Yamakawa"), either alone or in combination with other references.  As an example, and without limitation, at least under Plaintiffs' apparent interpretation of the claims, Yamakawa discloses a method of forming an insulated-gate transistor that includes forming a gate insulating layer, metal layers, and a dummy gate electrode layer. Yamakawa at, *e.g.*, Figs. 11-13, 16-18 and all accompanying text.  Moreover, it would have been obvious to one of ordinary skill in the art to combine the Yu reference with many other references, including the Yamakwa reference, as these references identify and address the same set of technical issues and suggest similar solutions to those issues.  For example, each of these two references relates to forming a layered gate transistor.  Additionally, any alleged differences between the asserted claims of the '675 patent and either of these two references are trivial and, when combined with the knowledge of one of ordinary skill in the art at the relevant time, each such claim is obvious under 35 U.S.C. § 103.

Further, the asserted claims of the '675 patent are invalid for failure to comply with the requirements of 35 U.S.C. § 112 including, but not limited to, lack of written description, failure to particularly point out and distinctly claim the alleged invention, failure to enable any person skilled in the art to make and use the alleged invention, and/or failure to inform, with reasonable certainty, those skilled in the art about the scope of the invention. For example, at least under Plaintiffs' apparent interpretation of the claims, each asserted claim is invalid as it fails to inform, with reasonable certainty, those skilled in the art about the scope of at least the following terms: "metal buffer gate electrode layer"; "metal gate electrode layer".

**6.      Invalidity of the '724 Patent**

Plaintiffs' claims are barred because the claims of the '724 patent are invalid for failure to comply with the requirements of 35 U.S.C. §§ 102, 103 and 112. The asserted claims of the '724 patent recite a portable computer system with a video controller, external video port connecting a digital cable to an external digital monitor, and a digital transmitter, among other elements. At least under Plaintiffs' apparent interpretation of the claims, the claimed limitations were well known in the art prior to the '724 patent's filing date of April 29, 1999. *See, e.g.,* U.S. Patent No. 5,710,570 ("Wada") at, *e.g.*, Figs. 1-2 and accompanying text. Thus the asserted claims of the '724 patent are invalid for failure to satisfy one or more of the requirements of 35 U.S.C. §§ 102 and 103. To the extent that the Wada reference does not anticipate the asserted claims of the '724 patent, there are numerous other references that invalidate the asserted claims, including but not limited to the VESA Plug & Display Standard, Version 1 ("Plug & Display"), either alone or in combination with other references. As an example, and without limitation, at least under Plaintiffs' apparent interpretation of the claims, the Plug & Display reference discloses a video controller, external video port connecting a digital cable to an external digital

436

monitor, and a digital transmitter. Plug & Display at, *e.g.,* pp. 13-16, 22-25, 29, 31, 41, 65-68, 98. Moreover, it would have been obvious to one of ordinary skill in the art to combine Wada with many other references, including the Plug & Display reference, as these references identify and address the same set of technical issues and suggest similar solutions to those issues. For example, each of these two references relates to a computer display system that works with an external monitor. Additionally, any alleged differences between the asserted claims of the '724 patent and either of these two references are trivial and, when combined with the knowledge of one of ordinary skill in the art at the relevant time, each such claim is obvious under 35 U.S.C. § 103.

Further, the asserted claims of the '724 patent are invalid for failure to comply with the requirements of 35 U.S.C. § 112 including, but not limited to, lack of written description, failure to particularly point out and distinctly claim the alleged invention, failure to enable any person skilled in the art to make and use the alleged invention, and/or failure to inform, with reasonable certainty, those skilled in the art about the scope of the invention. For example, at least under Plaintiffs' apparent interpretation of the claims, each asserted claim is invalid for lack of sufficient written description and failure to enable any person skilled in the art to make and use the alleged invention as the specification fails to disclose a digital transmitter sending parallel digital video data to said external digital monitor. As another example, the asserted claims are indefinite because they claim both an apparatus and method steps.

### 7.   Invalidity of the '054 Patent

Plaintiffs' claims are barred because the claims of the '054 patent are invalid for failure to comply with the requirements of 35 U.S.C. §§ 102, 103 and 112. The asserted claims of the '054 patent recite a computer system and method with a disk drive with a motor and a memory.

437

At least under Plaintiffs' apparent interpretation of the claims, the claimed limitations were well known in the art prior to the '054 patent's filing date of August 16, 2002. See, e.g., U.S. Patent No. 6,172,936 at, e.g., col. 1, ll. 57-64, col. 3, l. 44 – col. 4, l. 30, col. 7, ll. 25-34. Thus the asserted claims of the '054 patent are invalid for failure to satisfy one or more of the requirements of 35 U.S.C. §§ 102 and 103. To the extent that the '936 patent does not anticipate the asserted claims of the '054 patent, there are numerous other references that invalidate the asserted claims, including but not limited to U.S. Patent No. 6,915,417 ("Stein"), either alone or in combination with other references. As an example, and without limitation, at least under Plaintiffs' apparent interpretation of the claims, Stein discloses a computer system with a disk drive and a memory. See, e.g., Stein at Figure 1a and accompanying text, col. 1, ll. 51-62, col. 2, ll. 65-67, col. 5, ll. 20-54. Moreover, it would have been obvious to one of ordinary skill in the art to combine the '4175 patent with many other references, including Stein, as these references identify and address the same set of technical issues and suggest similar solutions to those issues. For example, each of these two references relates to a computer storage system with a hard drive. Additionally, any alleged differences between the asserted claims of the '054 patent and either of these two references are trivial and, when combined with the knowledge of one of ordinary skill in the art at the relevant time, each such claim is obvious under 35 U.S.C. § 103.

Further, at least claims 1-3 and 6-19 of the '054 patent are invalid for failure to comply with the requirements of 35 U.S.C. § 112 including, but not limited to, lack of written description, failure to particularly point out and distinctly claim the alleged invention, failure to enable any person skilled in the art to make and use the alleged invention, and/or failure to inform, with reasonable certainty, those skilled in the art about the scope of the invention. For example, claims 1-3 and 6-19 are indefinite as they claim both an apparatus and method steps.

8.      **Invalidity of the '854 Patent**

Plaintiffs' claims are barred because the claims of the '854 patent are invalid for failure to comply with the requirements of 35 U.S.C. §§ 102, 103 and 112. The asserted claims of the '854 patent recite a chassis for housing electronic devices, including elements for a base, a cover, and electrical contacts, among other elements. At least under Plaintiffs' apparent interpretation of the claims, the claimed limitations were well known in the art prior to the '854 patent's alleged priority date of May 19, 1995. *See, e.g.*, U.S. Patent No. 5,536,905 ("Redman") at *e.g.*, Fig. 2 and all accompanying text. Thus the asserted claims of the '854 patent are invalid for failure to satisfy one or more of the requirements of 35 U.S.C. §§ 102 and 103. To the extent that the Redman reference does not anticipate the asserted claims of the '854 patent, there are numerous other references that invalidate the asserted claims, including but not limited to U.S. Patent No. 4,952,752 ("Roun"), either alone or in combination with other references. As an example, and without limitation, at least under Plaintiffs' apparent interpretation of the claims, Roun discloses a chassis for housing electronic devices, including elements for a base, a cover, and electrical contacts. Roun at, *e.g.*, Figs. 3-5 and all accompanying text. Moreover, it would have been obvious to one of ordinary skill in the art to combine the Redman reference with many other references, including the Roun reference, as these references identify and address the same set of technical issues and suggest similar solutions to those issues. For example, each of these two references relates to forming a chassis with improved electrical contacts. Additionally, any alleged differences between the asserted claims of the '854 patent and either of these two references are trivial and, when combined with the knowledge of one of ordinary skill in the art at the relevant time, each such claim is obvious under 35 U.S.C. § 103.

Further, the asserted claims of the '854 patent are invalid for failure to comply with the requirements of 35 U.S.C. § 112 including, but not limited to, lack of written description, failure to particularly point out and distinctly claim the alleged invention, failure to enable any person skilled in the art to make and use the alleged invention, and/or failure to inform, with reasonable certainty, those skilled in the art about the scope of the invention. For example, at least under Plaintiffs' apparent interpretation of the claims, each asserted claim is invalid as it fails to provide sufficient written description to support or enable and/or to inform, with reasonable certainty, those skilled in the art about the scope of at least the following terms:  "flexible contacts," "slot."

### THIRD DEFENSE
**(Waiver, Laches, Estoppel)**

Plaintiffs' claims for relief, in whole or in part, are barred by the doctrines of waiver, laches, and/or estoppel. On information and belief, Plaintiffs' claims under the patents-in-suit are barred by the doctrine of laches due to Plaintiffs' knowledge or knowledge Plaintiffs reasonably should have had of Defendant's allegedly infringing actions and Plaintiffs' unreasonable and inexcusable failure to pursue its claims of infringement diligently and timely, and by virtue of the fact that Defendant has been both economically and materially prejudiced and/or injured from Plaintiffs' unreasonable and inexcusable lack of diligence, including (but not limited to) through the loss of records of third parties pertaining to the prior art, and the unreliability of the memories of witnesses who otherwise possess knowledge of the technology at issue.

Furthermore, on information and belief, Plaintiffs waived all rights, if any, and is estopped from enforcing '938 and '602 patents against Defendant due to Plaintiffs' knowledge of Defendant's actions that are alleged to infringe the '938 and/or '602 patents, due further to the fact that Plaintiffs misleadingly communicated to JEDEC participants by words, conduct or

silence that activities like those of Defendant are not infringing and/or Plaintiffs do not intend to enforce its patents against Defendant, due to Defendant's and/or JEDEC participants' reasonable reliance upon such conduct (including Defendant's continuing to maintain its activities that are now alleged to infringe the one or more of the patents-in-suit), and by virtue of the fact that insofar as Defendant reasonably relied upon Plaintiffs' misleading conduct, Defendant now would be materially prejudiced  if Plaintiffs were to be permitted to assert any claim against Defendant inconsistent with Plaintiffs' previous conduct.  At a minimum, Plaintiffs are barred from recovering any presuit damages as a result of waiver, laches, and/or estoppel.

## FOURTH DEFENSE
### (Express or Implied License, Patent Exhaustion)

Plaintiffs' claims for relief, in whole or in part, are barred by any express or implied license to the patents-in-suit that Defendant and/or other entities supplying, directly or indirectly, any allegedly infringing services or products or components of those products to Defendant may have and/or by the doctrine of patent exhaustion.  These licenses include, but are not limited to, express or implied licenses at least with respect to the '938 and/or '602 patents arising from Plaintiffs' participation in the Joint Electric Device Engineering Counsel ("JEDEC"), a standard-setting organization ("SSO") promulgating standards in the semiconductor industry.   On information and belief, these licenses also include Plaintiffs' commitments to grant licenses at least with respect to the '938 and/or '602 patents on FRAND terms to willing licensees like NVIDIA, and those to the extent that any allegedly infringing products or components of those products are directly or indirectly supplied to NVIDIA by any entity or entities having express or implied licenses to the patent-in-suit.

441

**FIFTH DEFENSE**
**(Prosecution History Estoppel, Prosecution Disclaimer)**

Plaintiffs' claims for relief, in whole or in part, are barred by the doctrines of prosecution history estoppel and/or prosecution disclaimer.

**SIXTH DEFENSE**
**(Limitations on Damages)**

Any claim by Plaintiffs' for damages is limited under 35 U.S.C. §§ 286 and 287.

**SEVENTH DEFENSE**
**(Patent Misuse)**

Plaintiffs are barred from at least with respect to the '938 and/or '602 patents by the equitable doctrine of patent misuse. On information and belief, Plaintiffs and NVIDIA are both members of JEDEC. On information and belief, through written assurances made to JEDEC, Plaintiffs have explicitly declared that at least the '938 and/or '602 patents are essential to one or more JEDEC standards and have committed to grant licenses to these patents on FRAND terms. On information and belief, in violation of these assurances, Plaintiffs have failed to provide NVIDIA a FRAND offer and to conclude a license on FRAND terms and conditions for at least the '938 and/or '602 patents. On information and belief, Plaintiffs have taken these steps in spite of NVIDIA's submission of offers on FRAND terms and conditions for a license that would include at least the '938 and/or '602 patents and NVIDIA's statement that it is ready and willing to agree to FRAND license terms for a license that would include at least the '938 and/or '602 patents to the extent that NVIDIA actually requires a license to the Asserted Patents (*i.e.*, to the extent the '938 and/or '602 patents are valid, essential, and actually practiced by NVIDIA in relevant products).

442

**EIGHTH DEFENSE**
**(Breach of Contract)**

On information and belief, Plaintiffs have breached assurances that it made to JEDEC, and to NVIDIA as a third-party beneficiary of these assurances, by failing to timely disclose its patents and patent applications for at least the '938 and/or '602 patents to JEDEC, and by failing to provide NVIDIA with a FRAND offer and to conclude a license on FRAND terms and conditions for at least the '938 and/or '602 patents.

**NINTH DEFENSE**
**(Unclean Hands)**

On information and belief, at least the '938 and/or '602 patents are unenforceable due to the equitable doctrine of unclean hands based on Plaintiffs' failure to timely disclose, at least for the '938 and/or '602 patents, its patents and patent applications to JEDEC, Plaintiffs' breach of its assurances to JEDEC that it would grant licenses to at least the '938 and/or '602 patents on FRAND terms, and its failure to provide NVIDIA with a FRAND offer and to conclude a license on FRAND terms and conditions.  On information and belief, Plaintiffs have taken these steps in spite of NVIDIA's statement that it is ready and willing to agree to FRAND terms for a license that would cover at least the '938 and/or '602 patents to the extent that NVIDIA actually requires a license to the Asserted Patents (*i.e.*, to the extent the '938 and/or '602 patents are valid, essential, and actually practiced by NVIDIA in relevant products).

**TENTH DEFENSE**
**(Equitable/Promissory Estoppel)**

On information and belief, Plaintiffs' claims are barred in whole or in part due to the doctrines of equitable and promissory estoppel. On information and belief, Plaintiffs committed to grant licenses to at least the '938 and/or '602 patents on FRAND terms.  On information and belief, Plaintiffs have violated that commitment by its failure to provide NVIDIA with a FRAND

offer and to conclude a license on FRAND terms and conditions. Furthermore, Plaintiffs failed to timely disclose, at least for the '938 and/or '602 patents, its patents and patent applications to JEDEC. On information and belief, NVIDIA relied to its detriment on Plaintiffs' commitments in adopting JEDEC standards in products that Plaintiffs now seek damages on the basis of NVIDIA's compliance with those standards, and in making continued investments in such products. On information and belief, NVIDIA has suffered actual injury as a direct result of Plaintiffs' misconduct. Plaintiffs' claims are also barred based on its failure to comply with assurances made to JEDEC and manufacturers of products compliant with JEDEC standards, NVIDIA's reliance on Plaintiffs' assurances to JEDEC, and NVIDIA's detriment because of Plaintiffs' failure to honor its obligations.

**ELEVENTH DEFENSE**
**(Incorporation by Reference)**

Defendant hereby incorporates by reference any defenses asserted by NVIDIA Corporation in its Answer to Plaintiffs' Amended Complaint that also apply to Defendant.

**TWELFTH DEFENSE**
**(Other)**

Defendant provides notice that it intends to rely upon any additional defenses that become available or apparent during discovery, and reserves its right to amend this pleading and to assert such additional defenses or, if appropriate, delete any of the above-delineated defenses as discovery proceeds.

Defendant demands trial by jury.

VELOCITY HOLDINGS, LLC


By: _____/s/_____
           Of Counsel


444

Dabney J. Carr, IV, VSB No. 28679
dabney.carr@troutmansanders.com
Robert A. Angle, VSB No. 37691
robert.angle@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
T: (804) 697-1200
F:  (804) 697-1339

Clement J. Naples (admitted *pro hac vice*)
clement.naples@lw.com
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Tel: (212) 906-1200; Fax: (212) 751-4864

Counsel for NVIDIA Corporation
Velocity Micro, Inc. d/b/a Velocity Micro
and Velocity Holdings, LLC

445

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2015, I will electronically file the foregoing

with the Clerk of the Court using the CM/ECF system, which will then send a notification of

such filing (NEF) to the following:

Robert W. McFarland
rmcfarland@mcguirewoods.com
Sarah K. McConaughy
smcconaughy@mcguriewoods.com
McGuire Woods LLP
101 W. Main Street, Suite 9000
Norfolk, VA 23510

Sean F. Murphy
sfmurphy@mcguirewoods.com
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, VA 22102-4215

Darin W. Snyder
dsnyder@omm.com
Alexander B. Parker
aparker@omm.com
Elysa Q. Wan
ewan@omm.com
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

Vision L. Winter
vwinter@omm.com
Ryan K. Yagura
ryagura@omm.com
Michael A. Koplow
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071

Mishima Alam
malam@omm.com
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006

Counsel for Samsung Electronics Co., Ltd. and
Samsung Electronics America, Inc.

/s/

Dabney J. Carr, IV (VSB No. 28679)
dabney.carr@troutmansanders.com
Robert A. Angle (VSB No. 37691)
robert.angle@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile:  (804) 697-1339

446