

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

SAMSUNG ELECTRONICS CO.,
LTD., et al.,

    Plaintiffs,

v.                      Civil Action No. 3:14CV757

NVIDIA CORPORATION,
et al.,

    Defendants.

### ORDER

Having reviewed and considered the JOINT MOTION TO EXTEND THE DEADLINE FOR INITIAL PRIVILEGE LOG EXCHANGE (Docket No. 78) and DEFENDANTS' MOTION FOR LEAVE TO FILE ANSWERS AND COUNTERCLAIMS TO THE SECOND AMENDED COMPLAINT (Docket No. 83), the motions are hereby GRANTED. Plaintiffs shall file their motion to sever the counterclaims by April 24, 2015; Defendants shall file their response by May 8, 2015; and Plaintiffs shall file their reply by May 15, 2015. The Court will advise the parties if oral argument is needed.

Furthermore, the parties shall file a revised proposed scheduling order no later than April 21, 2015 at 10:00 a.m.

It is so ORDERED.

                                       /s/      REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: April 15, 2015