**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Plaintiffs, <br><br> -vs.- <br><br> NVIDIA CORPORATION, OLD MICRO, INC. F/K/A VELOCITY MICRO, INC., AND VELOCITY HOLDINGS, LLC, <br><br> Defendants. | Civil Action No. 3:14-cv-757-REP |

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**
**OF INVALIDITY UNDER 35 U.S.C. § 101**

Defendants, by counsel, move for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) on the grounds that the asserted claims of U.S. Patent No. 6,262,938 are invalid as a matter of law for lack of patent-eligible subject matter under 35 U.S.C. § 101. The grounds for this motion are more fully set forth in Defendants' Memorandum in support of this motion, which is filed herewith.

NVIDIA CORPORATION
OLD MICRO, INC.
F/K/A VELOCITY MICRO, INC.
VELOCITY HOLDINGS, LLC


By: _____/s/_____
     Of Counsel

Dabney J. Carr, IV, VSB No. 28679
dabney.carr@troutmansanders.com
Robert A. Angle, VSB No. 37691
robert.angle@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
T: (804) 697-1200
F: (804) 697-1339

Maximilian A. Grant (admitted *pro hac vice*)
max.grant@lw.com
Gabriel K. Bell (*pro hac vice* pending)
gabriel.bell@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Ste. 1000
Washington, DC 20004
Tel: (202) 637-2200; Fax: (202) 637-2201

Clement J. Naples (admitted *pro hac vice*)
clement.naples@lw.com
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Tel: (212) 906-1200; Fax: (212) 751-4864

Ron E. Shulman (admitted *pro hac vice*)
ron.shulman@lw.com
Richard G. Frenkel (admitted *pro hac vice*)
rick.frenkel@lw.com
Lisa K. Nguyen (admitted *pro hac vice*)
lisa.nguyen@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Tel: (650) 328-4600; Fax: (650) 463-2600

Julie M. Holloway (admitted *pro hac vice*)
julie.holloway@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600; Fax: (415) 395-8095

Ann Marie T. Wahls (admitted *pro hac vice*)
annmarie.wahls@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Tel: (312) 876-7700; Fax: (312) 993-9767

Counsel for NVIDIA Corporation,
Old Micro, Inc. f/k/a Velocity Micro, Inc.,
and Velocity Holdings, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2015, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Robert W. McFarland
rmcfarland@mcguirewoods.com
McGuire Woods LLP
101 W. Main Street, Suite 9000
Norfolk, VA 23510

Brian C. Riopelle
briopelle@mcguirewoods.com
McGuire Woods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219

Darin W. Snyder
dsnyder@omm.com
Alexander B. Parker
aparker@omm.com
Elysa Q. Wan
ewan@omm.com
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

Vision L. Winter
vwinter@omm.com
Ryan K. Yagura
ryagura@omm.com
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071

Mishima Alam
malam@omm.com
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006

Counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.

      /s/
Dabney J. Carr, IV (VSB No. 28679)
dabney.carr@troutmansanders.com
Robert A. Angle (VSB No. 37691)
robert.angle@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile:  (804) 697-1339