**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

SAMSUNG ELECTRONICS CO.,
LTD., et al.,

      Plaintiffs,

v.                                                     Civil Action No. 3:14cv757

NVIDIA CORPORATION,
et al.,

      Defendants.

**ORDER**

Having considered the DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS OF INVALIDITY UNDER 35 U.S.C. § 101 (Docket No. 231), the response and the reply memoranda, and finding that, at this stage of the proceedings, the defendants have failed to establish that any asserted claims of U. S. Patent No. 6,626,938 "are directed to a patent-ineligible concept" or that the challenged claim elements, individually and as an ordered combination, lack an inventive concept and that therefore they have failed to carry their burden under Alice Corp. Pty. Ltd. V. CLS Bank Int'l, 134 S. Ct. 2347 (2014), it is hereby ORDERED that DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS OF INVALIDITY UNDER 35 U.S.C. § 101 (Docket No. 231) is denied.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

_____/s/_____REP_____
Robert E. Payne
Senior United States District Judge


Richmond, Virginia
Date: September 2, 2015