IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SAMSUNG ELECTRONICS CO.,
LTD., et al.,

    Plaintiffs,

v.                           Civil Action No. 3:14cv757

NVIDIA CORPORATION,
et al.,

    Defendants.

**ORDER**

It is hereby ORDERED that oral argument on motions *in limine* and motions for partial summary judgment shall commence at 10:00 a.m. December 1, 2015 and continue to December 2, 2015, if necessary.

    It is so ORDERED.

                                    /s/ REP
                             Robert E. Payne
                             Senior United States District Judge

Richmond, Virginia
Date: November 12, 2015