IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



SAMSUNG ELECTRONICS CO.,
LTD., et al.,

    Plaintiffs,

v.                                Civil Action No. 3:14cv757

NVIDIA CORPORATION,
et al.,

    Defendants.

**ORDER**

Having considered SAMSUNG'S MOTION *IN* LIMINE TO EXCLUDE DEFENDANTS' UNTIMELY INVALIDITY CONTENTIONS AND PRIOR ART REFERENCES AND TO EXCLUDE WITHDRAWN REFERENCES (Docket No. 316), the supporting and opposing memoranda, and the NOTICE OF STIPULATION AND WITHDRAWAL OF SAMSUNG'S MOTION *IN* LIMINE TO EXCLUDE DEFENDANTS' UNTIMELY INVALIDITY CONTENTIONS AND PRIOR ART REFERENCES AND TO EXCLUDE WITHDRAWN REFERENCES (Docket No. 502), it is hereby ORDERED that, in view of the Stipulation, SAMSUNG'S MOTION *IN* LIMINE TO EXCLUDE DEFENDANTS' UNTIMELY INVALIDITY CONTENTIONS AND PRIOR ART REFERENCES AND TO EXCLUDE WITHDRAWN REFERENCES (Docket No. 316) is granted.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

                                            /s/ REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: November 30, 2015