IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division


SAMSUNG ELECTRONICS CO.,
LTD., et al.,

    Plaintiffs,

v.                                Civil Action No. 3:14cv757

NVIDIA CORPORATION,
et al.,

    Defendants.

**ORDER**

Having considered DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE IN PART THE TESTIMONY OF SAMSUNG'S DAMAGES EXPERT, CATHARINE M. LAWTON (Docket No. 347), the supporting and opposing memoranda, and finding that the methodology employed by Ms. Lawton is fully supported by the applicable legal principles controlling testimony about damages, and finding that the defendants' objections to her methodology are without merit, and finding that Ms. Lawton apportioned a value of the patented features using an analysis based on the appropriate factors as evidenced in Georgia-Pacific Corp. v. U.S. Plywood Corp., 318 F. Supp. 1116 (S.D.N.Y. 1970), modified & aff'd, 446 F.2d 295 (2d Cir.), cert. denied, 404 U.S. 870 (1971), it is hereby ORDERED that DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE IN PART THE TESTIMONY OF

SAMSUNG'S DAMAGES EXPERT, CATHARINE M. LAWTON (Docket No. 347) is denied.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

                                              /s/ REP
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: November 30, 2015