IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



SAMSUNG ELECTRONICS CO.,
LTD., et al.,

    Plaintiffs,

v.      Civil Action No. 3:14cv757

NVIDIA CORPORATION,
et al.,

    Defendants.

**ORDER**

Having considered DEFENDANTS' MOTION *IN LIMINE* NO. 2 TO PRECLUDE SAMSUNG FROM PROVIDING CERTAIN EVIDENCE RELATED TO ITS FAILURE TO TIMELY DISCLOSE THE '938 PATENT (Docket No. 338), the supporting and opposing memoranda, it is hereby ORDERED that, to the extent that the defendants are permitted to offer testimony respecting the plaintiffs' nondisclosure of certain information to JEDEC (which motion is still under advisement), the DEFENDANTS' MOTION *IN LIMINE* NO. 2 TO PRECLUDE SAMSUNG FROM PROVIDING CERTAIN EVIDENCE RELATED TO ITS FAILURE TO TIMELY DISCLOSE THE '938 PATENT (Docket No. 338) is denied.

2

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　/s/   REP
　　　　　　　　　　　　　　　　Robert E. Payne
　　　　　　　　　　　　　　　　Senior United States District Judge

Richmond, Virginia
Date: November 30, 2015