3:14cv757

Samsung is represented by
Brian Riopelle
Darin Snyder
Susan Van Keulen
Ryan Yagura
Brett Williamson
Mark Pensabene

Nvidia Corporation is represented by
Robert A. Angle
Max Grant
Julie Holloway
Bert Reiser
Ron Shulman
Clem Naples