**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| SAMSUNG ELECTRONICS CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:14cv757-REP |
| | ) | |
| NVIDIA CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**NVIDIA'S MOTION FOR
JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50
THAT SAMSUNG HAS FAILED TO PROVE INFRINGEMENT OF THE
THE '602 PATENT**

Defendant NVIDIA Corporation ("NVIDIA") respectfully moves for judgment as a matter of law under Rule 50(a) of the Federal Rules of Civil Procedure.  At the close of Plaintiff Samsung Electronics Co., Ltd.'s ("Samsung") case-in-chief, no reasonable jury would have a legally sufficient evidentiary basis to find for Samsung on the issue of infringement of U.S. Patent No. 6,819,602 ("the '602 patent").  The grounds for this motion are set forth in NVIDIA's Memorandum in Support of Motion for Judgment as a Matter of Law pursuant to Fed. R. Civ. P. 50 that Samsung Has Failed to Prove Infringement of the '602 Patent, which is filed herewith.

NVIDIA respectfully requests that the Court enter judgment as a matter of law that the '602 patent is not infringed.

Dated: February 5, 2016                   Respectfully submitted,


                                           By: /s/ Robert A. Angle
                                           Robert A. Angle, VSB No. 37691
                                           robert.angle@troutmansanders.com

TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Tel: (804) 697-1200
Fax: (804) 697-1339

Maximilian A. Grant (admitted *pro hac vice*)
max.grant@lw.com
Bert C. Reiser, VSB No. 31856
bert.reiser@lw.com
Matthew Aichele, VSB No. 77821
matthew.aichele@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Ste. 1000
Washington, DC 20004
Tel: (202) 637-2200; Fax: (202) 637-2201

Clement J. Naples (admitted *pro hac vice*)
clement.naples@lw.com
Michael A. David (admitted *pro hac vice*)
michael.david@lw.com
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Tel: (212) 906-1200; Fax: (212) 751-4864

Ron E. Shulman (admitted *pro hac vice*)
ron.shulman@lw.com
Richard G. Frenkel (admitted *pro hac vice*)
rick.frenkel@lw.com
Lisa K. Nguyen (admitted *pro hac vice*)
lisa.nguyen@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Tel: (650) 328-4600; Fax: (650) 463-2600

Julie M. Holloway (admitted *pro hac vice*)
julie.holloway@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600; Fax: (415) 395-8095

*Counsel for NVIDIA Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2016, I will electronically file the

foregoing with the Clerk of the Court using the CM/ECF system, which will then send a

notification of such filing (NEF) to the following:


Robert W. McFarland
rmcfarland@mcguirewoods.com
McGuire Woods LLP
101 W. Main Street, Suite 9000
Norfolk, VA 23510

Brian C. Riopelle
briopelle@mcguirewoods.com
McGuire Woods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219

Darin W. Snyder
dsnyder@omm.com
Alexander B. Parker
aparker@omm.com
Elysa Q. Wan
ewan@omm.com
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

Vision L. Winter
vwinter@omm.com
Ryan K. Yagura
ryagura@omm.com
Michael A. Koplow
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071

Mishima Alam
malam@omm.com
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006

*Counsel for Samsung Electronics Co., Ltd.*


By: /s/ Robert A. Angle
Robert A. Angle, VSB No. 37691
robert.angle@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Tel: (804) 697-1200
Fax:  (804) 697-1339