# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:14cv757-REP |
| ) | |
| NVIDIA CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50

Defendant NVIDIA Corporation ("NVIDIA") respectfully moves for judgment as a matter of law under Rule 50(a) of the Federal Rules of Civil Procedure. At the close of Plaintiff Samsung Electronics Co. Ltd.'s case-in-chief, no reasonable jury would have a legally sufficient basis to find any damages for U.S. Patent No. 6,819,602 ("'602 patent") under § 284. The grounds for this motion are set forth in NVIDIA's Memorandum in Support of Motion for Judgment as a Matter of Law pursuant to Fed. R. Civ. P. 50, which is filed herewith.

NVIDIA respectfully requests that the Court grant NVIDIA's motion for judgment as a matter of law pursuant to Rule 50(a) that no reasonable jury would have a legally sufficient basis to find any damages for the '602 patent under § 284.

Dated: February 5, 2016            Respectfully submitted,

By: /s/ Robert A. Angle
Robert A. Angle, VSB No. 37691
robert.angle@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219

Tel: (804) 697-1200
Fax: (804) 697-1339

Maximilian A. Grant (admitted *pro hac vice*)
max.grant@lw.com
Bert C. Reiser, VSB No. 31856
bert.reiser@lw.com
Gabriel K. Bell (admitted *pro hac vice*)
gabriel.bell@lw.com
Matthew Aichele, VSB No. 77821
matthew.aichele@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Ste. 1000
Washington, DC 20004
Tel: (202) 637-2200; Fax: (202) 637-2201

Clement J. Naples (admitted *pro hac vice*)
clement.naples@lw.com
Michael A. David (admitted *pro hac vice*)
michael.david@lw.com
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Tel: (212) 906-1200; Fax: (212) 751-4864

Ron E. Shulman (admitted *pro hac vice*)
ron.shulman@lw.com
Richard G. Frenkel (admitted *pro hac vice*)
rick.frenkel@lw.com
Lisa K. Nguyen (admitted *pro hac vice*)
lisa.nguyen@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Tel: (650) 328-4600; Fax: (650) 463-2600

Julie M. Holloway (admitted *pro hac vice*)
julie.holloway@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600; Fax: (415) 395-8095

*Counsel for NVIDIA Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of February, 2016, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Robert W. McFarland
rmcfarland@mcguirewoods.com
McGuire Woods LLP
101 W. Main Street, Suite 9000
Norfolk, VA 23510

Brian C. Riopelle
briopelle@mcguirewoods.com
McGuire Woods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219

*Counsel for Samsung Electronics Co., Ltd.*

Darin W. Snyder
dsnyder@omm.com
Alexander B. Parker
aparker@omm.com
Elysa Q. Wan
ewan@omm.com
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

Vision L. Winter
vwinter@omm.com
Ryan K. Yagura
ryagura@omm.com
Michael A. Koplow
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071

Mishima Alam
malam@omm.com
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006

By: /s/ Robert A. Angle
Robert A. Angle, VSB No. 37691
robert.angle@troutmansanders.com
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Tel: (804) 697-1200
Fax: (804) 697-1339