Day 8

# CIVIL JURY TRIAL MINUTE SHEET

DATE: 2/4/16

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE  Samsung v. NVIDIA | CASE NO: 314cv757 <br> JUDGE: Payne <br> COURT REPORTER: Peggy Peterson / Tracey Stroh |

MATTER COMES ON FOR: JURY TRIAL (✓)

## TRIAL PROCEEDINGS:

JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE ( ) EMPANELED, SWORN TO TRY ISSUE ( )

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( ) OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ): _____

REBUTTAL EVIDENCE ADDUCED ( ) SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( ) ARGUMENTS OF COUNSEL HEARD (✓)

JURY CHARGED BY THE COURT (✓) ALTERNATE JUROR(S) DISCHARGED ( )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY
DEFENDANT ( ) GOVERNMENT ( ) NONE NOTED ( )

* JURY OUT: 2:36
** JURY IN: 3:28-3:35
4:52-5:00

Jury out 2:36

Ex 1
Ex 2

INQUIRIES OF THE JURY RECEIVED; ANSWERED ( ) ADDITIONAL CHARGE ( )
3:28 - Question Answer   Question 4:52 - to be answered 2/4/16

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) ( ) MONETARY AWARD $ _____

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) ( ) _____

JURY UNABLE TO AGREE ( ) MISTRIAL DECLARED ( ) JURY DISCHARGED ( )

CLERK TO ENTER JUDGMENT ON VERDICT ( ) TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL 2/5/16 AT 930 a.M. FOR Jury Trial

MOTION(S) ~~AFTER~~ VERDICT: exhibits going to jury read into the record by Brian Riopelle

Counsel for the Plaintiff(s)

Counsel for the Defendant(s)

SET: 930    BEGAN: 935    VOIR DIRE:    ENDED: 5:00    TIME IN COURT: 4:17
RECESSES:
10:44-10:55    2:40-3:28
12:46-1:36     4:52-

Where do we find the interrogatories?

Linda & Jury Adams

[signature]

Gwendolyn Hart

Ct. Ex. 1

The Interrogatories and Answers are exhibits!

 Px 900
  " 900A
  " 901
  " 902
  " 903
  " 903A
  " 904

*Rob't E. Payne*

*Cf. Ex. 2*

The Interrogatories and

Answers are as follows:

PX [illegible]

" [illegible]

" [illegible]

" [illegible]

" [illegible]

" [illegible]

" [illegible]

[illegible]

[illegible]

# SAMSUNG ELECTRONICS CO., LTD ET AL.
# V.
# NVIDIA CORP. ET AL.
CASE NO. 3:14-CV-00757REP

# ADMITTED TRIAL EXHIBIT LIST

**Trial Exhibit Number:**

DX-0019, DX-0020, DX-0022, DX-0057, DX-0164, DX-0174, DX-0638, DX-0639, DX-0640, DX-0641, DX-0642, DX-0643, DX-0644, DX-0670, DX-0671, DX-0672, DX-0673, DX-0674, DPX-0002

J-0003, ⟋J5 Stipulation of Uncontroverted Facts

P-0118, P-0119, P-0120, P-0121, P-0122, P-0127, P-0201, P-0202, P-0208, P-0209, P-0217, P-0218, P-0219, P-0220, P-0221, P-0222, P-0225, P-0226, P-0232, P-0235, P-0236, P-0237, P-0238, P-0244, P-0247, P-0248, P-0249, P-0255, P-0258, P-0259, P-0260, P-0266, P-0269, P-0270, P-0276, P-0279, P-0280, P-0286, P-0289, P-0290, P-0293, P-0299, P-0302, P-0303, P-0309, P-0312, P-0313, P-0352, P-0353, P-0354, P-0355, P-0407, P-0415, P-0430, P-0432, P-0621, P-0646, P-0654, P-0662, P-0900, P-0900A, P-0901, P-0902, P-0903, P-0903A, P-0904, P-1000, P-1001, P-1002, P-1003

*Stipulated Facts*