Day 9

# CIVIL JURY TRIAL MINUTE SHEET

DATE: 2/5/16

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE  Samsung v. NVIDIA | CASE NO: 314 CV 757 <br> JUDGE: Payne <br> COURT REPORTER: Peppy Peterson / Tracey Stroh |

MATTER COMES ON FOR: JURY TRIAL ( ✓ )

**TRIAL PROCEEDINGS:**

JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE ( )  EMPANELED, SWORN TO TRY ISSUE ( )

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )  DEFENDANT(S) ( )  COURT ( )

OPENING STATEMENTS MADE ( )  OPENING WAIVED ( )

PLAINTIFF(S) ADUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) ____

DEFENDANT(S) ADUCED EVIDENCE ( )  RESTED ( )  MOTION ( ): ____

REBUTTAL EVIDENCE ADUCED ( )  SUR-REBUTTAL EVIDENCE ADUCED ( )

EVIDENCE CONCLUDED ( )  ARGUMENTS OF COUNSEL HEARD ( )

JURY CHARGED BY THE COURT ( )  ALTERNATE JUROR(S) DISCHARGED ( )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY  *JURY OUT: ____
DEFENDANT ( )  GOVERNMENT ( )  NONE NOTED ( )  **JURY IN: 9:30 - to answer question / retired @ 10 -

INQUIRIES OF THE JURY RECEIVED; ANSWERED ( )  ADDITIONAL CHARGE ( )

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) ( )  MONETARY AWARD $____  lunch

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) ( ✓ ) ____  12-1

JURY UNABLE TO AGREE ( )  MISTRIAL DECLARED ( )  JURY DISCHARGED ( ✓ )

CLERK TO ENTER JUDGMENT ON VERDICT ( )  TRIAL EXHIBITS RETURNED TO COUNSEL ( ✓ )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR ____

MOTION(S) AFTER VERDICT: ____

____
Counsel for the Plaintiff(s)

____
Counsel for the Defendant(s)

SET: 9:30  BEGAN: 9:20  VOIR DIRE:  ENDED: 3:35  TIME IN COURT: 1:02
RECESSES: 9:20
10:00 - 3:12

Questions:

1) When we are evaluating claims for infringement or validity claims, do we only look at language within that claim or the entire patent document
    ex: claim 3 vs. abstract
         vs common sense

2) Where can we find schematic for DVII?

Gwendolyn Hart

Ct. Ex. 3



SS v. NVIDIA - Proposed response to jury questions
Angle, Robert A.
to:
Emily_Rose@vaed.uscourts.gov
02/05/2016 09:04 AM
Cc:
"Riopelle, Brian C."
Hide Details
From: "Angle, Robert A." <robert.angle@troutmansanders.com>
To: "Emily_Rose@vaed.uscourts.gov" <Emily_Rose@vaed.uscourts.gov>
Cc: "Riopelle, Brian C." <briopelle@mcguirewoods.com>

Ms. Rose –

The parties have met & conferred on the jury's questions from yesterday. The parties agree to the following:

1. For question #1, the parties agree that the Judge should direct the jurors to Instruction Nos. 23, 25, 30 and 45. Given that the jurors already have the instructions, the parties see no reason that the judge should need to read them again to the jury.

2. The parties agree that the response to question #2 is DX-22.

We will be ready to discuss with the Court at 9:15.

Best regards,

Robert
**Robert A. Angle**
**Troutman Sanders LLP**
1001 Haxall Point
P.O. Box 1122 (23218)
Richmond, VA 23219
**Direct** 804.697.1246
**Cell** 804.304.0636
**Fax** 804.698.5124

| **Email** | **vCard** | **LinkedIn** | **Blog** | **Web** |

Atlanta • Beijing • Charlotte • Chicago • Hong Kong • New York
Orange County • Portland • Raleigh • Richmond • San Francisco
San Diego • Shanghai • Tysons Corner • Virginia Beach • Washington
<image001.jpg>

Ct. Ex. 4

This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.